Mark D. Nielsen, Esq., No. 210,023
    *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
    *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendants,
C S P YEMAYA INTERNATIONAL, INC.
and ALDEMAR RODRIGUEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIO PRODUCTS, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C S P YEMAYA INTERNATIONAL, INC., a California Corporation; and ALDEMAR RODRIGUEZ,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-01018 VAP (AGRx)<br><br>[Hon. Virginia A. Phillips]<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND SETTING BRIEFING SCHEDULE FOR CONTEMPLATED MOTION FOR PRELIMINARY INJUNCTION**<br><br>[[Proposed] Order submitted herewith]<br><br>Complaint Served: 2/18/2019<br>Current Response Date: 4/02/2019<br>New Response Date: 4/30/2019 |

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477   TELEPHONE: (310) 394-4477

**SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE FOR CONTEMPLATED MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS, on or about February 11, 2019, Plaintiff Indio Products, Inc. ("Indio") commenced this case against Defendants C S P Yemaya International, Inc. ("CSP Yemaya") and Aldemar Rodriguez ("Rodriguez") (collectively "Defendants") for, *inter alia*, copyright infringement, trademark infringement, and unfair competition;

WHEREAS, Defendants' initial deadline to respond was on March 12, 2019;

WHEREAS, on March 8, 2019, the parties stipulated pursuant to Local Rule 8-3 to extend the Defendants' deadline to respond to the Complaint to April 2, 2019 (see, Docket No. 24);

WHEREAS, Plaintiff indicated that it is contemplating filing a motion for preliminary injunction against Defendants;

WHEREAS, lead counsel for Defendants, Mark D. Nielsen, has long-standing family vacation plans that will have him out of the country from March 26-April 11, 2019;

WHEREAS, lead counsel for Plaintiff, Linda D. Mettes, also has long-standing family vacation plans that will have her out of the country from May 15-31, 2019;

WHEREAS, in light of the schedules for respective lead counsel, and the contemplated motion for preliminary injunction, Defendants agree not to sell in the U.S. any of whatever inventory they may have of any of the accused items set forth in the Complaint for at least sixty (60) days from the date this stipulation is submitted to the Court;

WHEREAS, in light of the schedules for respective lead counsel and Defendants' agreement not to sell the accused products for sixty (60) days, counsel have conferred regarding a schedule for Defendants to respond to the Complaint,

1

and for the briefing of a motion for preliminary injunction, and have agreed to submit the same to the Court for approval, as follows:

- Defendants to file their respective responses to the Complaint by no later than April 30, 2019;

- Plaintiff to file any motion for preliminary injunction by no later than May 13, 2019;

- Defendants to file any opposition to Plaintiff's motion for preliminary injunction by no later than May 30, 2019;

- Plaintiff to file any reply papers on its motion for preliminary injunction by no later than June 17, 2019; and,

- A hearing on the motion, if any, to be held on July 1, 2019 at 2:00 p.m., or as soon thereafter as possible per the Court's calendar.

WHEREAS, in light of the schedules for respective lead counsel, and the contemplated motion for preliminary injunction, counsel for Defendants agrees not to use any of the time subsequent to Plaintiff's filing of the Complaint as an argument that preliminary injunctive relief is unwarranted;

WHEREAS, in the intervening period between the submission of this Stipulation and the contemplated motion for preliminary injunction, to the extent feasible, the parties, through counsel, will attempt to discuss resolution of this matter;

WHEREAS, this stipulation for an extension of time is not submitted for purposes of delay, but for the reasons noted above.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

- Defendants to file their responses to the Complaint by no later than April 30, 2019;

- Plaintiff to file any motion for preliminary injunction by no later than May 13, 2019;

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

- Defendants to file any opposition to Plaintiff's motion for preliminary injunction by no later than May 30, 2019;
- Plaintiff to file any reply papers on its motion for preliminary injunction by no later than June 17, 2019; and,
- A hearing on the motion, if any, to be held on July 1, 2019 at 2:00 p.m., or as soon thereafter as possible per the Court's calendar.

**CISLO & THOMAS LLP**

/s/Mark D. Nielsen
Mark D. Nielsen
Daniel M. Cislo

Attorneys for Defendants,
C S P YEMAYA INTERNATIONAL,
INC. and ALDEMAR

Dated: March 25, 2019

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**

/s/Edward W. Lukas, Jr. (with permission)
Edward W. Lukas, Jr.

Linda D. Mettes (pro hac vice admitted)
BROOKS KUSHMAN, P.C.

Attorneys for Plaintiff,
INDIO PRODUCTS, INC.

Dated: March 25, 2019

\\Srv-db\tmdocs\19-38393\Second Stipulation for Extension of Time to Respond to Complaint.docx

1

## <u>CERTIFICATE OF SERVICE</u>

2

3     I hereby certify that on March 25, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

4

5     I hereby certify that on March 25, 2019, I caused the foregoing document to be served by the Court's Electronic Filing System:

6

7     Edward W. Lukas, Jr., Esq.
HARRINGTON, FOXX, DUBROW & CANTER, LLP

8     333 South Hope Street, Suite 1000
Los Angeles, California 90071-1429

9     Telephone: (213) 489-3222

10     Fax: (213) 623-7929
elukas@hfdclaw.com

11
Linda D. Mettes, Esq.

12     BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor

13     Southfield, Michigan 48075
Tel: (248) 358-4400

14     Fax: (248) 358-3351
lmettes@brookskushman.com

15

16     ☒     **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

17

18     Executed on March 25, 2019, at Los Angeles, California.

19

20     /s/Stephanie Diaz-Sandoval
Stephanie Diaz-Sandoval

21

22

23

24

25

26

27

28

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477