1  Mark D. Nielsen, Esq., No. 210,023
       *mnielsen@cislo.com*
2  Daniel M. Cislo, Esq., No. 125,378
       *dan@cislo.com*
3  CISLO & THOMAS LLP
   12100 Wilshire Boulevard, Suite 1700
4  Los Angeles, California 90025
   Telephone: (310) 451-0647
5  Fax: (310) 394-4477
6
   Attorneys for Defendants,
7  C S P YEMAYA INTERNATIONAL, INC.
   and ALDEMAR RODRIGUEZ
8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12 INDIO PRODUCTS, INC., a          )   CASE NO. 2:19-cv-01018 VAP (AGRx)
   California Corporation,          )
13                                  )   [Hon. Virginia A. Phillips]
              Plaintiff,            )
14                                  )
              vs.                   )   **DEFENDANTS' ANSWER TO**
15                                  )   **COMPLAINT, AFFIRMATIVE**
   C S P YEMAYA INTERNATIONAL,      )   **DEFENSES, AND**
16 INC., a California Corporation; and )  **COUNTERCLAIMS**
   ALDEMAR RODRIGUEZ,               )
17                                  )   [DEMAND FOR JURY TRIAL]
              Defendants, and       )
18 _____ )
19                                  )
   C S P YEMAYA INTERNATIONAL,      )
20 INC., a California Corporation; and )
   ALDEMAR RODRIGUEZ,               )
21                                  )
              Counterclaimants,     )
22                                  )
              vs.                   )
23                                  )
   INDIO PRODUCTS, INC., a          )
24 California Corporation, POOYA     )
   GHASSEMI BAKHTIARI a/k/a         )
25 PETER BAKHTIARI, and DOES 1-9,   )
   inclusive,                       )
26                                  )
              Counter-Defendants.   )
27 _____ )
28

Defendant/Counterclaimants C S P Yemaya International, Inc. (hereafter "CSP") and Aldemar Rodriguez (hereafter "Rodriguez") (hereafter collectively "Defendants") hereby submit their Answer to Plaintiff Indio Products, Inc.'s ("Indio" or "Plaintiff") Complaint in this action, their Affirmative Defenses, and their Counterclaims.

## DEFENDANTS' ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

The paragraph numbers set forth herein correspond to the same paragraph numbers in the Complaint.

### Nature of the Action

1.     Defendants admit that Indio filed a Complaint for copyright and trademark infringement against Defendants.  Defendants deny that the Complaint has any merit.

2.     Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph, and on that basis, deny the allegations contained therein.

3.     Denied.

4.     The allegations of this paragraph are too non-specific to be answered. Defendants nonetheless deny all of the allegations set forth in this paragraph.

5.     Aside from the fact that this paragraph is argumentative and a legal conclusion such that it does not require a response, Defendants nonetheless deny the allegations set forth in this paragraph.

### The Parties

6.     Defendants are without sufficient information to admit or deny the

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

1

allegations set forth in this paragraph, and on that basis, deny the allegations contained therein.

7.      Admitted that Defendant CSP is a California corporation.  Denied that its principal place of business is at 11080 Artesia Boulevard, Suite C, Cerritos, California 90703.

8.      Admitted that Rodriguez resides in California.   Admitted that Rodriguez is the sole owner of CSP.  Except as expressly admitted, Defendants deny all of the other allegations set forth in this paragraph.

## Jurisdiction and Venue

9.      Admitted that this is an action assertedly for copyright infringement, trademark infringement, false designation of origin and unfair competition.  Denied that the claims have any merit.  Except as expressly admitted, Defendants deny all of the other allegations set forth in this paragraph.

10.     Admitted as to the alleged copyright infringement claim.  Denied as to the remaining claims.

11.     Admitted.

12.     Admitted that the Court has personal jurisdiction over Defendants because they reside in this judicial district, and because CSP has done business in this judicial district.  Except as expressly admitted, Defendants deny all of the other allegations set forth in this paragraph.

13.     Admitted.

## Facts Relevant To All Counts

Initially, Defendants deny that any of the following allegations are "facts" or are "relevant facts."

14.     Denied.

15.     Denied.

2

16. Denied.

17. The allegations of this paragraph are too non-specific to be answered. Defendants nonetheless deny all of the allegations set forth in this paragraph.

18. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph, and on that basis, deny the allegations contained therein.

19. Denied.

20. Denied, and denied that any license, authorization, permission or consent is needed.

## COUNT I
## COPYRIGHT INFRINGEMENT
### (17 S.C. §§ 101 et seq and 501)

21. Defendants incorporate their responses to paragraphs 1 through 20 as if fully set forth herein.

22. Defendants are without sufficient information to admit or deny the allegations set forth in this paragraph in regards to Indio's Artwork since Indio failed to attach to the Complaint its copyright registration or application forms or the deposit materials associated with the copyright registrations or applications. On that basis, Defendants deny the allegations contained in this paragraph. Except as expressly admitted, Defendants deny all of the other allegations set forth in this paragraph. In addition, Defendants note that the U.S. Supreme Court has recently held in Fourth Estate Public Benefit Corporation v. Wall-Street.com that a copyright registration is required in order to initiate litigation. If Indio's lawsuit is based, at all, upon applied-for, but unregistered copyrights, any such asserted copyrights must be dismissed from the Complaint and this case.

23. The allegations of this paragraph are too non-specific to be answered. For example, "Defendants sell candles bearing designs which are the same or

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

substantially similar to Plaintiff's designs." Which designs? Defendants nonetheless deny all of the allegations set forth in this paragraph.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. The allegations of this paragraph are too non-specific to be answered. Defendants nonetheless deny all of the allegations set forth in this paragraph.

46. The allegations of this paragraph are too non-specific to be answered. Defendants nonetheless deny all of the allegations set forth in this paragraph.

47. Denied.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

1    48.    Denied.

2

3                            **COUNT II**

4                  **TRADEMARK INFRINGEMENT**

5                  <u>**(15 U.S.C. §§ 1114, 1125)**</u>

6    49.    Defendants incorporate their responses to paragraphs 1 through 48 as

7    if fully set forth herein.

8    50.    Denied.

9    51.    Denied.

10   52.    Denied.

11   53.    Denied.

12   54.    Denied.

13

14                          **COUNT III**

15   **UNFAIR COMPETITION & INFRINGEMENT**

16            **UNDER LANHAM ACT § 43**

17                <u>**(15 U.S.C. § 1125)**</u>

18   55.    Defendants incorporate their responses to paragraphs 1 through 54 as

19   if fully set forth herein.

20   56.    Denied.

21   57.    Denied.

22   58.    Denied.

23   59.    Denied.

24   60.    Denied.

25   61.    Denied.

26   ///

27   ///

28   ///

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

**COUNT IV**

**VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE §**
**17200**

62.   Defendants incorporate their responses to paragraphs 1 through 61 as if fully set forth herein.

63.   Denied.

64.   Denied.

65.   Denied.

66.   Denied.

**COUNT V**

**COMMON LAW TRADEMARK INFRINGEMENT**

**(California Common Law)**

67.   Defendants incorporate their responses to paragraphs 1 through 66 as if fully set forth herein.

68.   Denied.

69.   Denied.

70.   Denied.

**COUNT VI**

**UNFAIR COMPETITION**

**(California Common Law)**

71.   Defendants incorporate their responses to paragraphs 1 through 70 as if fully set forth herein.

72.   Denied.

73.   Denied.

74.   Denied.

75.   Denied.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

# AFFIRMATIVE DEFENSES

As separate and distinct defenses to each of the claims set forth in Indio's Complaint, Defendants set forth the following and assert that each are at issue, or are expected to be at issue, after Indio makes its initial disclosures under Fed.R.Civ.P. 26(a), and there is an opportunity to conduct discovery:

## FIRST AFFIRMATIVE DEFENSE

### (Lack of Copyright Ownership)

1.      Indio's claims relating to Indio's alleged copyrights, and Indio's other claims based thereon, fail because Indio has not shown, and knows (through its owner and principal, Pooya Ghassemi Bakhtiari aka Peter Bakhtiari (hereafter "Bakhtiari")), that it cannot show, that it owns each and every one of the copyright registrations identified in (but not attached to) the Complaint.  Indio is not entitled to the presumption of validity for its copyright registrations since the certificates of registrations were made well more than five (5) years after the alleged dates of first publication of the works on the registration forms.  See, 17 U.S.C. § 410(c).  In addition, neither Indio (nor its employees) created much, if any, of the allegedly copyrighted and/or allegedly copyrightable Artwork.  Furthermore, to the extent Indio claims work for hire, it has not identified a single person who created any of the alleged Artwork.  Therefore, in the absence of proving that it owns the copyrights, Indio cannot prevail on its copyright infringement claims.

## SECOND AFFIRMATIVE DEFENSE

### (First Amendment)

2.      Indio's claims relating to Indio's asserted copyrights, Indio's asserted trademarks, and Indio's other claims based thereon, are barred by the free exercise clause of the First Amendment to the U.S. Constitution and/or the freedom of expression protected by the First Amendment to the U.S. Constitution.  To the

7

extent the allegedly copyrighted or allegedly trademarked works are religious symbols, emblems, items, and imagery, and/or that the claimed copyrighted or trademarked works are pertinent to the function, use, and purpose of the works and the products onto which they are added such that their use is protected by the First Amendment with respect to Indio's copyright and trademark claims, and its other claims based thereon.

**THIRD AFFIRMATIVE DEFENSE**

(Copyrighted Works are in the Public Domain)

3.     Indio's claims relating to at least some of Indio's alleged copyrights, and Indio's other claims based thereon, are barred because to the extent of what Indio alleges is protectable in its designs, those aspects of the designs are not copyrightable because the same or substantially similar designs have been around for decades, in the public domain, and are not now subject to copyright protection in Indio's name.  Indio purports to have registered copyrights over Artwork that it knows (through its owner and principal, Bakhtiari) was not created by Indio or its employees, and that are not subject to any transfer of rights from the actual creator of the Artwork.  Indio's assertion of copyrights that it does not own is unfairly competitive, anticompetitive, and constitutes a fraud on the Copyright Office.

**FOURTH AFFIRMATIVE DEFENSE**

(Lack of Copyrightable Subject Matter/Lack of Originality)

4.     Indio, either because it copied from the public domain some or all of the Artwork in which it claims copyright, or because the Artwork in which it claims copyright is not sufficiently artistic to warrant copyright protection, cannot establish that its copyrights contain copyrightable subject matter.  For example, it is believed that the Holy Death artwork in which Indio claims copyright was simply a re-drawn version of a pre-existing Holy Death image that was not original to Indio.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

It is also believed that the artwork on a number of Indio's other claimed copyrights (e.g., Elegua, Ogun, Oshun, Orunla, Yemoja) is well-known religious imagery that is not copyrightable and/or not original with Indio.  Lacking a presumption of validity, Indio must prove these matters, and it cannot.  Therefore, Indio cannot prevail on its copyright claims.

## FIFTH AFFIRMATIVE DEFENSE

### (Copyright Misuse)

5.  Incorporating herein by reference Defendants' first through fourth affirmative defenses, Indio's claims relating to Indio's alleged copyrights, and Indio's other claims based thereon, are barred because some, if not all, of Indio's alleged copyrights are unenforceable – namely, Indio is seeking to expand the scope of its copyright protection beyond what the law permits in order to attempt to secure control of areas outside the scope of its copyrights as a means of gaining an unfair competitive advantage over Defendants (and others).  In addition, it is also a misuse of a copyright when one seeks to enforce a copyright registration over a work that the alleged owner of the registration knows (through its owner and principal, Bakhtiari) it does not own, over content that is not original, and/or that lacks copyrightable subject matter, which is precisely what Indio is doing in this case with some, if not all, of its asserted copyright registrations.  Furthermore, attempting to claim and enforce copyright in standard religious imagery, emblems, and the like is similarly a misuse of copyright and a violation of practitioners' and Defendants' First Amendment rights.

## SIXTH AFFIRMATIVE DEFENSE

### (Fraud on the Copyright Office)

6.  As noted in the previous affirmative defenses, Indio has purportedly registered copyrights over Artwork that neither it, nor its employees, created, and/or

9

over Artwork that Indio to which Indio knows (through its owner and principal, Bakhtiari) that it lacks clear title (i.e., the works were created by persons and/or entities other than Indio), and/or Artwork that has been in the public domain for years, and/or Artwork that constitutes religious imagery.  Indio's registration of works that it (through its owner and principal, Bakhtiari) knows, knew, or should have known, that it lacked rights over, was a fraud on the Copyright Office, the esoteric/mystical candle industry, and the public at the time the copyright applications were filed, and continue to be a fraud today inasmuch as Indio is now attempting to enforce such copyrights against third parties such as Defendants, causing interference with Defendants' business operations, causing Defendants to incur substantial attorneys' fees and costs, and regarding which Defendants must take Indio's improper attempts at enforcement seriously in that the copyright registrations, despite their belated registration dates relative to their alleged dates of first publication, were nonetheless issued by a branch of the U.S. government.  A Rule 11 motion served, but not filed with the Court, in a prior case in this Court (Indio Products v. Camao, Inc., Case No. 2:16-cv-07668-AB-E) contains additional details as to the deficiencies in Indio's copyright claims.

## SEVENTH AFFIRMATIVE DEFENSE

(Express or Implied License for Indio's Alleged Copyrights)

7.    Indio's claims relating to Indio's alleged copyrights, and Indio's other claims based thereon, are barred by an express and/or implied license granted to Defendants to use, make copies of, and/or distribute the allegedly copyrighted works without restriction.

## EIGHTH AFFIRMATIVE DEFENSE

(Marks are Descriptive)

8.    Indio's claims relating to Indio's claimed marks, and Indio's other

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

claims based thereon, are barred because Indio's claimed marks describe the types of the products (i.e., the kind of prayers associated with the candles or other goods, regardless of the source, and/or the purpose of the candles or other goods, regardless of the source) and therefore fail to show any distinctiveness. See e.g., **Exhibits 1-5**, attached hereto.

## NINTH AFFIRMATIVE DEFENSE
### (Marks are Generic and/or Functional)

9.     Indio's claims relating to Indio's claimed marks, and Indio's other claims based thereon, are barred because Indio's claimed marks have become the generic name for, or used synonymously with, the general classes of products they are meant to describe (i.e., what kind of prayers, functions, or outcomes the candles or other goods are used for, regardless of the source), and therefore fail to show distinctiveness. See e.g., **Exhibits 1-5**, attached hereto.

## TENTH AFFIRMATIVE DEFENSE
### (No Trademark Infringement/Likelihood of Confusion)

10.     Indio's claims relating to Indio's alleged trademarks, and Indio's other claims based thereon, fail because Defendants' products clearly indicate the source of the product such that the relevant purchasing public would not be confused into thinking Defendants' products are Indio's.  In addition, Indio's products indicate that they are from Indio.  As such, there is no likelihood of confusion.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Lack of Trademark Ownership/Not Subject to Trademark)

11.     Indio's claims relating to Indio's alleged trademarks, and Indio's other claims based thereon, are barred because Indio cannot prove ownership of its claimed marks, since most, if not all, of Indio's claimed marks, if they are even

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

trademarks, have been used in commerce by other entities since prior to the time Indio claims its first use of such marks (e.g., BREAK UP).  See e.g., **Exhibits 1-5**, attached hereto.  In addition, Indio's claimed marks (e.g., Oshun, Holy Death) are names and/or images of religious figures, deities, or "orishas," which are not subject to trademark protection in the current context because they are descriptive, functional, generic, and/or subject to the First Amendment such that exclusive rights in such names should not be granted to anyone, particularly in a religious context, as here.

## TWELFTH AFFIRMATIVE DEFENSE

(Express or Implied License for Indio's Alleged Trademarks)

12.    Indio's claims relating to Indio's alleged trademarks, and Indio's other claims based thereon, are barred by an express and/or implied license granted to Defendants to use, make copies of, and/or distribute the allegedly trademarked works, without restriction.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Fraud on the Trademark Office)

13.    As noted in the previous affirmative defenses, Indio has registered and/or is attempting to register trademarks with the United States Patent and Trademark Office for which Indio knows (through its owner and principal, Bakhtiari) that it is not the originator of some, if not all, of the trademarks for which application has been made.  See, **Exhibits 1-5** attached hereto.  Indio, through an attorney representative, signed a declaration with each trademark application in question affirming that Indio has the rights to use the applied-for marks in commerce, which others have disputed beforehand.  This affirmation under penalty of perjury is believed to be fraudulent in that Indio cannot establish, nor claim, trademark rights in at least the trademarks it is attempting to assert in this case.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

Indio's registrations, or attempts to register marks, that it (through its owner and principal, Bakhtiari) knows, knew, or should have known, it lacked rights over, was a fraud on the Trademark Office, the esoteric/mystical candle industry, and the public at the time the trademark applications were filed, and continue to be a fraud today inasmuch as Indio is now attempting to enforce such trademarks against third parties such as Defendants, causing interference with Defendants' business operations, causing Defendants to incur substantial attorneys' fees and costs, and regarding which Defendants must take Indio's improper attempts at enforcement seriously in that the trademarks are being registered, are at least applied for, with a U.S. government agency.   Furthermore, Indio is attempting to claim as its own unique source identifiers imagery and emblems that are religious in nature (which Indio neglects to inform the Trademark Office of) and that do not function as source identifiers for Indio.  A Rule 11 motion served, but not filed with the Court, in a prior case in this Court (Indio Products v. Camao, Inc., Case No. 2:16-cv-07668-AB-E) contains additional details as to the deficiencies in Indio's trademark claims.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Trademark Misuse)

14.     Indio's claims relating to Indio's alleged trademarks, and Indio's other claims based thereon, are barred because some, if not all, of Indio's alleged trademarks are unenforceable – namely, Indio is seeking to claim trademark protection beyond what the law permits in order to attempt to secure control of areas outside the scope of whatever trademarks it believes it has as a means of gaining an unfair competitive advantage over Defendants (and others).  In addition, it is also a misuse of a trademark when one seeks to enforce a trademark that the alleged owner of the trademark knows (through its owner and principal, Bakhtiari)

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

that it does not own, which is precisely what Indio is doing in this case with some, if not all, of its asserted trademarks.  See, **Exhibits 1-5**, attached hereto.

## **FIFTEENTH AFFIRMATIVE DEFENSE**

(Aesthetic Functionality as to Plaintiff's Asserted Marks)

15.    Indio's claims relating to its Holy Death, Elegua/Esu, Oshun/Osun, and Break Up trademarks are barred, and Indio's other claims based thereon, because they constitute aesthetically functional product designs that serve significant non-trademark functions (including religious purposes), lack secondary meaning, such that granting trademark protection in such a non-trademark element will improperly stifle legitimate competition.  In this case, given that Indio's alleged trademarks are based on Santa Muerta (or Muerte), a female deity of Mexican folk religion, the image functions to identify the female deity and what she represents, religious emblems in the case of Oshun/Osun, and a drawing that illustrates the function and purpose of the Break Up products, none of which function as a source identifier/trademark.

## **SIXTEENTH AFFIRMATIVE DEFENSE**

(Merely Ornamental Designs)

16.    Indio's asserted trademarks are merely ornamental designs that do not function as indicias of source or origin, and do not constitute trademarks.

## **SEVENTEENTH AFFIRMATIVE DEFENSE**

(Speculative Damages)

17.    To the extent Indio has suffered any damages, which is denied, any such damages are speculative and uncertain.

///

///

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

18.    Indio failed to mitigate or minimize damages, if there were any, in that Indio failed to properly maintain, or otherwise conduct its activities, and otherwise failed to take adequate measures to minimize Indio's purported harm, if any.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Laches)

19.    Indio's claims are barred by the doctrine of laches.  Indio claims to have been using its allegedly copyrighted Artwork and allegedly trademarked names for many years (in some cases since approximately 1992) without any efforts to protect its alleged rights against others in the industry for approximately twenty (20) years.  On information and belief, Defendants believes that it is generally understood through the hoodoo/Santeria, esoteric/mystical candles (and related products) industry that the names and designs on such products were in the public domain and free for anyone to use.  Furthermore, Indio, including its principal, Bakhtiari, has had actual knowledge of sales of the accused products in this case for many years, and has done nothing about it.  Accordingly, to the extent Indio might be determined to own, or have owned, any such rights, which is denied, Indio is barred by the doctrine of laches from any recovery against Defendants or others until it specifically placed Defendants or others on notice of its alleged rights.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Waiver)

20.    Indio's claims are barred by waiver.  Indio claims to have been using its allegedly copyrighted Artwork and allegedly trademarked names for many years without any efforts to protect its alleged rights against others in the industry for approximately twenty (20) years.  On information and belief, Defendants believe

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

that it is generally understood through the hoodoo/Santeria, esoteric/mystical candles (and related products) industry that the names and designs on such products were and are in the public domain and free for anyone to use. Accordingly, to the extent Indio might be determined to own, or have owned, any such rights, which is denied, Indio should be deemed to have waived whatever rights it allegedly had in any such Artwork or names for many years of knowing non-enforcement. Furthermore, Indio, including its principal, Bakhtiari, has had actual knowledge of sales of the accused products in this case for many years, and has done nothing about it.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Estoppel/Equitable Estoppel)

21.    Indio's claims are barred by estoppel and/or equitable estoppel. Indio claims to have been using its allegedly copyrighted Artwork and allegedly trademarked names for many years (since approximately 1992) without any efforts to protect its alleged rights against others in the industry for approximately twenty (20) years. On information and belief, Defendants believes that it is generally understood through the hoodoo/Santeria, esoteric/mystical candles (and related products) industry that the names and designs on such products were in the public domain and free for anyone to use. Accordingly, to the extent Indio might be determined to own, or have owned, any such rights, which is denied, Indio should be stopped, equitably or otherwise, from asserting whatever rights it allegedly had in any such Artwork or names for many years of knowing non-enforcement and the concomitant reliance of the industry on Indio's non-enforcement. Furthermore, Indio, including its principal, Bakhtiari, has had actual knowledge of sales of the accused products in this case for many years, and has done nothing about it.

///

///

16

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Acquiescence)

22.    Indio's claims are barred by acquiescence.  Indio claims to have been using its allegedly copyrighted Artwork and allegedly trademarked names for many years (since approximately 1992) without any efforts to protect its alleged rights against others in the industry for approximately twenty (20) years.  On information and belief, Defendants believes that it is generally understood through the hoodoo/Santeria, esoteric/mystical candles (and related products) industry that the names and designs on such products were in the public domain and free for anyone to use.  Accordingly, to the extent Indio might be determined to own, or have owned, any such rights, which is denied, Indio has acquiesced to others' use of any such Artwork or names based on Indio's many years of turning a blind eye to such use by others and without any enforcement efforts.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (No Statutory Damages or Attorneys' Fees – 17 U.S.C. § 412)

23.    17 U.S.C. § 412 bars Indio from obtaining statutory damages or attorneys' fees for the alleged copyright infringement.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Lack of Causation)

24.    To the extent any infringements or unfair competition occurred, which Defendants deny, Indio is not entitled to recover any damages due to lack of causation.  Because there are numerous other entities in the market, Indio cannot show that "but for" Defendants' presence in the market, Indio would have made the allegedly lost sales.

///

///

17

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

(No Willful Infringement)

25.   Defendants at all times acted in good faith, has not infringed the copyrights or trademarks marks at issue, has not willfully infringed the copyrights or trademarks at issue, and has not engaged in any type of unfair competition or willfully unfair competition.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

(Fair Use - Copyright)

26.   Based on the all of the foregoing affirmative defenses and denials of the allegations in the Complaint, the contents of which are incorporated herein by reference, Defendants have, at all times, made a fair use of the Artwork for which copyright protection is claimed.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

(Fair Use - Trademark)

27.   Based on all of the foregoing affirmative defenses and denials of the allegations in the Complaint, the contents of which are incorporated herein by reference, Defendants have, at all times, made a fair use of the marks for which trademark protection is claimed.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

28.   Based on the all of the foregoing affirmative defenses and denials of the allegations in the Complaint, the contents of which are incorporated herein by reference, Indio is barred from any and all recovery related to its claims in this case because of its unclean hands.  In addition, Indio has previously been made aware of these and other infirmities with its alleged copyrights and trademarks, yet

disregards those issues, including those related to lack of ownership and chain-of-title problems (e.g., that the current Plaintiff, Indio, is not the same entity as a prior Indio Products, Inc.), and with knowledge and intent, has proceeded with this action despite these deficiencies in its case.  In addition, with awareness of these issues, on information and belief, Defendants allege that Indio did not perform a prefiling investigation as to Defendants' fair use of the asserted copyrights and trademarks.  Furthermore, Indio's principal, Bakhtiari, was greatly assisted in his start in the esoteric/mystical products industry by a family member of Aldemar Rodriguez; yet, Bakhtiari now comes and sues a member of the very family that helped him start in the industry, basing the lawsuit on knowingly frivolous assertions of copyrights and trademarks that Indio does not own, that Indio cannot enforce, and/or that Defendants do not infringe.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

(Intent to Injure Competition/Restraint of Free Trade)

29.    Based on the all of the foregoing affirmative defenses and denials of the allegations in the Complaint, the contents of which are incorporated herein by reference, Indio has used, and continues to use, whatever copyright rights it may have, the existence of which are specifically denied, with the intent of restraining trade and injuring competition, such that Indio's alleged copyright rights are unenforceable in this action (if not in general).  Indio is attempting to enforce copyrights over Artwork it did not create, and for which it has no transfer of ownership rights, against others in the industry, including Defendants, to injure competition and restrain trade, both of which are illegitimate purposes and/or results.

30.    Based on the all of the foregoing affirmative defenses and denials of the allegations in the Complaint, the contents of which are incorporated herein by reference, Indio has also used, and continues to use, whatever trademark rights it

19

may have, the existence of which are specifically denied (in light of the descriptiveness, genericness, and lack of ownership of such alleged trademarks by Indio), with the intent of restraining trade and of injuring competition, such that Indio's alleged trademark rights are unenforceable in this action (if not in general). The alleged marks that Indio claims to own, and claims that are infringed, are descriptive or generic for the products in question.   In addition, such product descriptors for which Indio claims trademark rights have been in existence and used by others in the industry for years for the purpose of denoting or describing particular candles and/or other related products (and/or the purpose or function of them), *regardless of the source of the candles*.   Therefore, in attempting to assert trademark rights in over names that have been used for decades by others in a descriptive or generic sense that serves no source identifying purpose, Indio is attempting to unfairly hinder competition and restrain free trade through an improper and anti-competitive use of the trademark laws.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Valid Competition)

31.    Based on the all of the foregoing affirmative defenses and denials of the allegations in the Complaint, the contents of which are incorporated herein by reference, some or all of Indio's claims for relief in the Complaint are barred because the conduct alleged by Indio was privileged to the extent that Defendants may be considered a competitor of Indio and the actions alleged concern matters within the scope of such privilege.

## COUNTERCLAIMS

Defendants/Counterclaimants, by and through its undersigned counsel, hereby counterclaim against Plaintiff/Counter-Defendant Indio, and Counter-Defendant Bakhtiari, and alleges as follows:

**The Parties**

1.      Defendant/Counterclaimant, C S P Yemaya International, Inc. is a California corporation having its principal place of business in Los Angeles, California.

2.      Defendant/Counterclaimant, Aldemar Rodriguez, is an individual residing in this judicial district.  Defendants/Counterclaimants may be referred to herein simply as "Defendants."

3.      Upon information and belief, Plaintiff/Counter-Defendant Indio Products, Inc. ("Counter-Defendant" or "Indio") is a California corporation with its principal place of business in this judicial district.

4.      Upon information and belief, Counter-Defendant Bakhtiari is a resident of this judicial district, the sole or majority owner of Indio, who so dominates and controls Indio with respect to all of its business activities and legal decision-making, and does so without observing corporate formalities, such that Indio has no separate will of its own, and is a mere instrumentality of Bakhtiari. Together, Indio and Bakhtiari may be referred to herein as "Counter-Defendants."

5.      The true names and capacities, whether individual, corporate or otherwise of Counter-Defendants Does 1-9 inclusive, are unknown to Defendants, who therefore sues them by such fictitious names.  Defendants will seek leave to amend this complaint to allege their true names and capacities when they have been ascertained.  Defendants are informed and believe and thereon allege that each of the fictitiously named Counter-Defendants are responsible in some manner for the occurrences herein alleged and that Defendants' harm as herein alleged were proximately caused by those Counter-Defendants.   Each reference in these Counterclaims to Counter-Defendants, or to a specifically named Counter-Defendant, refers also to all Counter-Defendants sued under fictitious names.

///

///

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

**Jurisdiction And Venue**

6.　The subject matter jurisdiction of this Court is based on 28 U.S.C. §§ 1331, 1338(a), and 1367 as these counterclaims seek declaratory judgments relating to non-infringement of trademarks and copyrights as well as no unfair competition and/or business practices under both state and federal laws.

7.　Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a), as a substantial part of the events giving rise to the claim occurred in this judicial district.　Venue is also proper pursuant to 28 U.S.C. § 1391(c), since Indio is subject to the personal jurisdiction of this Court on the grounds that it has a principal place of business in this judicial district and since Indio is subject to the personal jurisdiction of this Court on the grounds that they have elected to bring suit in this Court against Defendants in the above-referenced related action.

**Factual Background**

8.　Indio and CSP, which are allegedly controlled by Bakhtiari and Rodriguez, respectively, are companies that sell, *inter alia*, esoteric/mystical prayer candles and other related goods.

9.　Indio alleges that it is the owner of the following: the "Break Up" design mark (common law and U.S. Reg. No. 5,615,693), the "Oshun" design mark (common law and U.S. Reg. No. 5,615,697), and the "Holy Death" image mark (common law and U.S. Reg. No. 4,342,068) as set forth in Indio's Complaint (hereinafter "the Subject Marks").

10.　Indio also claims to be the owner of copyright registrations, including those registered under the following names: "Holy Death Image," "DUME/Black List/Lista Negra, "All Purpose," "Yemaya/Yemojya," "Elegua/Esu," "Ogun," "Oshun/Osun," "Orunla/Orunmilla," "Break Up/Separar," and "Casino/Lucky Gambler," as set forth in Indio's Complaint (hereinafter "the Subject Artwork").

11.　Indio has alleged that certain of Defendants' esoteric/mystical candles

and related items infringe Indio's alleged copyright federal law and/or create a likelihood of confusion as to source or origin concerning, the Subject Marks, thus creating an actual controversy between the parties pursuant to 28 U.S.C. §§ 2201-2202.

12.   Indio has also alleged that certain Defendants' esoteric/mystical candles and related items infringe, under state and federal laws, the Subject Artwork, thus creating an actual controversy between the parties pursuant to 28 U.S.C. §§ 2201-2202.

13.   Indio has also alleged that Defendants' marketing and advertising practices for its esoteric/mystical candles and related items constitute unfair competition and/or business practices under state and federal laws.

14.   Indio has also alleged that Defendant Rodriguez and Defendant CSP are one and the same, and that CSP is a mere instrumentality of Rodriguez. Defendants/Counterclaimants have alleged that Bakhtiari and Indio are one and the same, and that Indio is a mere instrumentality of Bakhtiari.

15.   Defendants deny that any parts of the Subject Marks are inherently distinctive, have secondary meaning, or are capable of designating a source.  The trademarks in question are descriptive, generic, and/or subject to a fair use, among other things, as noted above.  See e.g., **Exhibits 1-5**, attached hereto.

16.   Defendants deny that, to the extent that any parts of the Subject Artwork are copyrightable, that Indio owns the copyrights and/or that Defendant CSP's candles and related items infringe the Subject Artwork.

17.   Defendants further deny that its actions alleged by Indio constitute unfair competition or unfair business practices, but rather, that Defendants have the right and privilege to market and sell its products free of Indio's anti-competitive purposes and actions.

18.   Defendants still further deny that CSP is a mere instrumentality or alter ego of Rodriguez.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477   TELEPHONE: (310) 451-0647

19.     Counter-Defendants at all times mentioned herein, were fully aware of the existence of the accused products throughout the industry, via Defendants and/or third parties, but Counter-Defendants unreasonably delayed in taking action with respect to such and business practices, causing harm and prejudice to Defendants and others in the industry.

20.     Counter-Defendants' actions (and delay in taking action) are also inappropriate because any and all of their purported claims at issue are barred by waiver, estoppel, laches, and/or acquiescence.

21.     To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty which has precipitated, Defendants are entitled to an order stating its rights under 28 U.S.C. §§ 2201-2202, that the accused products do not infringe the Subject Marks under 15 U.S.C. §§ 1114, or under any applicable state laws, that the accused products do not infringe the Subject Artwork under 17 U.S.C. §§ 501, 504, or under any applicable state laws, and that Defendants' actions do not constitute unfair competition and/or business practices under applicable state or federal statutes.

22.     Indio's actions and its allegations that Defendants are infringing its trademarks (as well as other related allegations) irreparably harms and injures Defendants, and will continue to do so until an order stating their rights is issued by this Court.

## COUNT I
## DECLARATORY JUDGMENT OF TRADEMARK
## NON-INFRINGEMENT UNDER THE LANHAM ACT

(Against Indio Products, Inc. and Bakhtiari)

23.     Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-22 of their Counterclaims, as though fully set forth herein.

24

24. In its Complaint, Indio accused Defendants of infringing the Subject Marks, creating an actual controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201 and 2202.

25. Defendants categorically deny the allegations that they have used the Subject Marks in an infringing manner at any time relevant to this dispute, and thus assert that Indio is not entitled to a judgment of trademark infringement against Defendants.

26. Indio's assertions (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants infringe the Subject Marks irreparably harm and injure Defendants, and will continue to do so unless prevented by this Court. To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty that has precipitated, Defendants are entitled to a declaratory judgment stating that Defendants do not infringe the Subject Marks.

## COUNT II
## DECLARATORY JUDGMENT OF COPYRIGHT
## NON-INFRINGEMENT UNDER THE COPYRIGHT ACT

(Against Indio Products, Inc. and Bakhtiari)

27. Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-26 of their Counterclaims, as though fully set forth herein.

28. In its Complaint, Indio accused Defendants of infringing copyrights in the Subject Artwork, creating an actual controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201 and 2202.

29. Defendants categorically deny the allegations that they have used the Subject Artwork in an infringing manner at any time relevant to this dispute, and thus assert that Indio is not entitled to a judgment of copyright infringement against Defendants.

30.     Indio's assertions (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants infringe the copyrights in the Subject Artwork irreparably harm and injure Defendants, and will continue to do so unless prevented by this Court.  To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty that has precipitated, Defendants are entitled to a declaratory judgment stating that Defendants do not infringe the copyrights in the Subject Artwork.

## <u>COUNT III</u>

## <u>DECLARATORY JUDGMENT OF NO UNFAIR COMPETITION UNDER THE LANHAM ACT</u>

(Against Indio Products, Inc. and Bakhtiari)

31.     Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-30 of their Counterclaims, as though fully set forth herein.

32.     Indio's allegations that Defendants' products, designations, and business practices constitute unfair competition irreparably harms and injures Defendants, and will continue to do so until enjoined by this Court.

33.     Defendants categorically deny the allegations that they have engaged in any unfair competition at any time relevant to this dispute, and thus assert that Indio is not entitled to a judgment of unfair competition against Defendants.

34.     To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty which has precipitated, Defendants are entitled to an order declaring their rights under 28 U.S.C. §§ 2201-2202, that Defendants' goods and designations, and its associated business practices, do not constitute unfair, unlawful, or fraudulent practices under the Lanham Act.

35.     Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants' products, designations, and  business

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

practices constitute unfair competition irreparably harms and injures Defendants, and will continue to do so until an order declaring their rights is issued by this Court.

## COUNT IV

## DECLARATORY JUDGMENT OF NO VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200

(Against Indio Products, Inc. and Bakhtiari)

36.    Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-35 of their Counterclaims, as though fully set forth herein.

37.    Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants' products, designations, and business practices constitute unfair, unlawful, or fraudulent business practices irreparably harms and injures Defendants, and will continue to do so until enjoined by this Court.

38.    Defendants categorically deny the allegations that they have engaged in any unfair, unlawful, or fraudulent business practices at any time relevant to this dispute, and thus assert that Indio is not entitled to a judgment that Defendants have violated California Business & Professions Code § 17200.

39.    To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty which has precipitated, Defendants are entitled to an order declaring their rights under 28 U.S.C. §§ 2201-2202, that Defendants' goods and designations, and its associated business practices, do not constitute unfair, unlawful, or fraudulent practices under California Business and Professions Code §17200 et seq.

40.    Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants' products, designations, and business

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647      FACSIMILE: (310) 394-4477

practices constitute unfair, unlawful, or fraudulent business practices irreparably harms and injures Defendants, and will continue to do so until an order declaring their rights is issued by this Court.

## COUNT V

## DECLARATORY JUDGMENT OF NO CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT

(Against Indio Products, Inc. and Bakhtiari)

41. Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-40 of their Counterclaims, as though fully set forth herein.

42. Indio (under the direction and control of, and as the mere instrumentality of, Bakhtiari) has alleged that Defendants' products and promotional activities infringe the Subject Marks under California common law, creating an actual controversy pursuant to 28 U.S.C. §§ 2201-2202.

43. Defendants categorically deny the allegations that it has used the Subject Marks in an infringing manner at any time relevant to this dispute, and thus asserts that Indio is not entitled to a judgment of trademark infringement against Defendants.

44. To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty which has precipitated, Defendants is entitled to an order declaring its rights under 28 U.S.C. §§ 2201-2202, that Defendants' goods, labeling of its goods, and its associated business practices do not constitute common law infringement of the Subject Marks.

45. Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants have infringed the Subject Marks under state common law irreparably harms and injures Defendants, and will continue to do so until an order declaring their rights is issued by this Court.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

# COUNT VI

## DECLARATORY JUDGMENT OF NO UNFAIR COMPETITION UNDER CALIFORNIA COMMON LAW

(Against Indio Products, Inc.)

46.    Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-45 of their Counterclaims, as though fully set forth herein.

47.    Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants' products, designations, and business practices constitute unfair, unlawful, or fraudulent business practices and/or unfair competition under California common law irreparably harms and injures Defendants, and will continue to do so until enjoined by this Court.

48.    Defendants categorically deny the allegations that they have engaged in any unfairly competitive activities at any time relevant to this dispute, and thus assert that Indio is not entitled to a judgment of common law unfair competition against Defendants.

49.    To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty which has precipitated, Defendants are entitled to an order declaring its rights under 28 U.S.C. §§ 2201-2202, that Defendants' goods and designations, and its associated business practices, do not constitute unfair, unlawful, or fraudulent practices under California common law.

50.    Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants' products, designations, and business practices constitute unfair, unlawful, or fraudulent business practices and/or unfair competition under California common law irreparably harms and injures Defendants, and will continue to do so until an order declaring their rights is issued by this Court.

29

## COUNT VI

## DECLARATORY JUDGMENT OF NO ALTER EGO LIABILITY FOR RODRIGUEZ

(Against Indio Products, Inc. and Bakhtiari)

51.    Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-50 of their Counterclaims, as though fully set forth herein.

52.    Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendant CSP is a mere instrumentality, or alter ego, of Rodriguez such that Rodriguez, in his individual capacity, may be liable for the acts of Defendant CSP, if there is any liability at all, is false, inaccurate, and irreparably harms and injures Defendants, and will continue to do so until enjoined by this Court.

53.    Defendants categorically deny the allegations that Defendant CSP is a mere instrumentality, or alter ego, of Rodriguez, or has been as much at any time relevant to this dispute, such that Rodriguez, in his individual capacity, may be liable for the acts of Defendant CSP, if there is any liability at all, and thus assert that Indio is not entitled to a judgment against Rodriguez at all for any of the acts alleged in the Complaint.

54.    To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty which has precipitated, Defendants are entitled to an order declaring its rights under 28 U.S.C. §§ 2201-2202, that Rodriguez, in his individual capacity, is not liable for the acts of Defendant CSP, if there is any liability found at all in this case.

55.    Indio's allegations (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendant CSP is a mere instrumentality, or alter ego, of Rodriguez such that Rodriguez, in his individual capacity, may be liable for the acts of Defendant CSP, if there is any liability at all, irreparably harms and

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

injures Defendants, and will continue to do so until an order declaring their rights is issued by this Court.

## COUNT VII

## DECLARATORY JUDGMENT OF TRADEMARK INVALIDITY AND/OR UNENFORCEABILITY

(Against Indio Products, Inc. and Bakhtiari)

56.    Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-55 of their Counterclaims, as though fully set forth herein.

57.    In its Complaint, Indio (under the direction and control of, and as the mere instrumentality of, Bakhtiari) accused Defendants of infringing the Subject Marks, whether registered or at common law, creating an actual controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201 and 2202.

58.    Defendants not only have categorically denied the allegations that they have used the Subject Marks in an infringing manner at any time relevant to this dispute, but also, for the reasons set forth above, assert that the Subject Marks are invalid and/or unenforceable such that liability cannot be based any of the Subject Marks, whether registered or at common law.

59.    Indio's assertions (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants infringe the Subject Marks irreparably harm and injure Defendants, and will continue to do so unless prevented by this Court.  To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty that has precipitated, Defendants are entitled to a declaratory judgment stating that the Subject Marks, whether registered or at common law, are invalid and/or unenforceable.

///

///

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

## COUNT VIII

## DECLARATORY JUDGMENT OF COPYRIGHT INVALIDITY AND/OR UNENFORCEABILITY

(Against Indio Products, Inc. and Bakhtiari)

60.    Defendants repeat and reassert their responses to Paragraphs 1-75 of the Complaint, Paragraphs 1-31 of their Affirmative Defenses, and Paragraphs 1-59 of their Counterclaims, as though fully set forth herein.

61.    In its Complaint, Indio (under the direction and control of, and as the mere instrumentality of, Bakhtiari) accused Defendants of infringing copyrights in the Subject Artwork, creating an actual controversy within the jurisdiction of this Court pursuant to 28 U.S.C. §§ 2201 and 2202.

62.    Defendants not only have categorically denied the allegations that they have used the Subject Artwork in an infringing manner at any time relevant to this dispute, but also, for the reasons set forth above, assert that the copyrights in the Subject Artwork are invalid and/or unenforceable such that liability cannot be based any of the copyrights in the Subject Artwork.

63.    Indio's assertions (under the direction and control of, and as the mere instrumentality of, Bakhtiari) that Defendants infringe the copyrights in the Subject Artwork irreparably harm and injure Defendants, and will continue to do so unless prevented by this Court.  To resolve the legal and factual questions raised by Indio and to afford relief from the uncertainty that has precipitated, Defendants are entitled to a declaratory judgment stating that the copyrights in the Subject Artwork are invalid and/or unenforceable.

## PRAYER FOR RELIEF

WHEREFORE, Defendants/Counterclaimants respectfully request that this Court enter a judgment in its favor and against Indio and Bakhtiari as follows:

(a)    Striking Indio's Complaint;

(b)     Dismissing the Complaint with prejudice in its entirety, with Indio to take nothing thereby;

(c)     Declaring that Defendants/Counterclaimants do not infringe the asserted Marks under federal, state, and/or common law;

(d)     Declaring that Defendants/Counterclaimants do not infringe the asserted Copyrights;

(e)     Declaring that Defendants/Counterclaimants have not engaged in any unlawful, unfair, or fraudulent business practices or unfairly competitive activities under federal, state, and/or common law;

(f)     Declaring that all of Indio's asserted Marks and Copyrights are invalid and/or unenforceable;

(g)     Declaring that even if Defendant CSP is found liable in some measure, that Defendant Rodriguez bears no liability based on alter ego or the like;

(h)     Finding that Defendants/Counterclaimants are entitled to recover their attorneys' fees, costs, and expenses against Counter-Defendants, jointly and severally, under the Copyright Act;

(i)     Finding that this is an exceptional case under the Lanham Act and awarding Defendants/Counterclaimants their attorneys' fees, costs, and expenses incurred herein, payable jointly and severally by Counter-Defendants;

(j)     Denying Indio any of the relief it has requested; and,

///

///

///

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647     FACSIMILE: (310) 394-4477

1         (k)    Awarding Defendants/Counterclaimants such other and further relief

2    as this Court may deem just and proper.

3

4                                              Respectfully submitted,

5                                              **CISLO & THOMAS LLP**

6

7    Dated: April 30, 2019              /s/Mark D. Nielsen

                                          Mark D. Nielsen

8                                              Daniel M. Cislo

9

10                                             Attorneys for Defendants, C S P

11                                             YEMAYA INTERNATIONAL, INC.

                                          and ALDEMAR RODRIGUEZ

12   \\Srv-db\tmdocs\19-38393\Defendants' Answer to Complaint, Affirmative Defenses, and Counterclaims.docx

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647    FACSIMILE: (310) 394-4477

## **DEMAND FOR JURY TRIAL**

Defendants hereby request a trial by jury on all the triable issues raised in this Answer, Affirmative Defenses, and Counterclaim and in the Complaint.

Respectfully submitted,

**CISLO & THOMAS LLP**

Dated: April 30, 2019

/s/Mark D. Nielsen
Mark D. Nielsen
Daniel M. Cislo

Attorneys for Defendants, C S P
YEMAYA INTERNATIONAL, INC.
and ALDEMAR RODRIGUEZ

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

Exhibit 1



we are the best

**PAPA JIM II INC**

**5630 S FLORES**

**SAN ANTONIO, TX 78214**

**1988**

good luck

happiness

wealth

peace

LOVE

MONEY

**WHATEVER WORKS**
1 512 922 6665

# ‿O CANDLE FIXED

ndies are made specially by Papa Jim, and are in a
essing session. The Papa Jim Alegado (fixed) candles
to be the very best, and most powerful of all candles
istory of magic and the occult. These candles come fixed
s, as they burn, they leave a pleasing aroma for the saints.
a recommends that three alegado candles be burn't consec-
y(one after the other), for the best results.



ωas velas alegados han sido conprobadas por cientos de anos,
estas velas han sido preparadas y siguen siendo preparadas con -
aceites grasas parafinas y perfumes escojidos y preparados es-
pecialmente para resolver toda clase de problema espiritual. Los
problemas presentes, pasados, y del futuro encomiendelos a las
velas alegado y seran resultos espiritualmente. Estas velas las
consigue en la mayor parte de las tiendas de comida, botanicas
asi como en diferente tiendas  de diferente clases.

ORDER BY NUMBER $10.00      JUST ASK FOR OUR FAMOUS FIXED CANDLES

#1  ATTRACTION: love, money, luck (ATRACCION:amor,dinero, suerte)
#2  MONEY: money problems (DINERO: problemas de dinero)
#3  BUSINESS:protector of business (NEGOCIO: protector de negocio)
#4  COURT & LAW:law matters (CÒRTE Y LEY:asunto de ley)
#5  JOB SECURITY: to keep a job (TRABAJO SEGURO: detener trabajo)
#6  PERSONAL: to be successful (ALEJA PERSONAS: quitar problemas)
#7  GAMBLERS: good luck in gambling(JUGADORES: suerte en el juego)
#8  STOP GOSSIP: silent mouths (TAPA BOCAS: callar chismes)
#9  WISHES: desires (DESEOS CONCEDIDOS: para deseos)
#10 JINX REMOVING: stops bad intentions(CORTA FLUIDOS:quita intencion)
#11 LOVERS:to find love (AMANTES: ayar un amante)
#12 HEALING: cures sickness (PARA LOS ENFERMOS: para cura)
#13 BETTING & LOTTERY:gambling(APOSTANDO Y LOTERIA: jugadores)
#14 PROTECTION: protection from evil(PROTECCION: proteccion de mal)
#15 PEACEFUL HOME: peace within the family (PAZ EN EL HOGAR)
#16 COURT CASE: to help in court (CAUSA DE CORTE:ayuda en corte)
#17 BREAK UP:seperation (SEPARAR: personas o maleficios)
#18 SUCCESS:success in all your endeavors(EXITO: truinfar)
#19 CONTROLLING: to control any situation(CONTROLANDO: para controlar)
#20 DOMINATION: to dominate any situation(DOMINACION: para dominar)
#21 DUME: to hex (DOOM: para echar maleficios)
#22 SNAKE: to bust away spells (VIBORA: quebar todos maleficios)
#23 BLOCK BUSTER: to break spells (DEVASTADOR:quebar conjuros)
#24 SEVEN AFRICAN POWERS:all purpose(SIETE POTENCIAS:para todo)
#25 DOUBLE FAST LUCK:used for luck in a hurry (DOBLE SUERTE RAPIDA)
#26 REVERSIBLE: to send back a spell(REVERSIBLE: para volver mal)
#27 BINGO LUCK: for winning at bingo (BINGO: suerte en el bingo)

THE PAPA JIM FIXED ALEGADO CANDLES, ARE ALL DOUBLE ACTION, WITH
TREMENDOUS POWER

# ON SALE ONLY   $6.00

PG 1

ORDER
NUMBER

# KITS $35.00

K3501 TO MAKE SOMEONE MOVE AWAY
K3502 TO MAKE SOMEONE GET AWAY
K3503 TO STOP GOSSIP
K3504 WISHES COME TRUE
K3505 POWER OVER OTHERS
K3506 DRAW LUCK LIKE A MAGNET
K3507 TO WIN AT LOTTERY
K3508 TO WIN AT THE RACETRACK
K3509 TO WIN A BINGO
K3510 LUCKY RABBITS FOOT
K3511 TO WIN FOOTBALL POTS
K3512 GAMBLERS
K3513 FAST LUCK (quick)
K3514 GOOD LUCK
K3515 GOOD FORTUNE
K3516 TO GET RICH
K3517 MONEY COME TO ME
K3518 QUICK MONEY DRAWING
K3519 TO GET AND HOLD A JOB
K3520 SUCCESS ON YOUR JOB
K3521 BOSS FIX
K3522 UNCROSSING OR JINX REMOVING
K3523 CHANGE YOUR LUCK
K3524 ATTRACTION FOR LOVE
K3525 ATTRACTION FOR MONEY
K3526 ATTRACT FRIENDS
K3527 VICTORY IN COURT
K3528 GOING TO COURT
K3529 TO WIN A LAWSUIT
K3530 LAW STAY AWAY
K3531 BETTER BUSINESS
K3532 BUSINESS PROTECTION
K3533 PEACEFUL HOME
K3534 HOUSE PROTECTION
K3535 REMOVE EVIL FROM THE HOME
K3536 KEEP A LOVER FAITHFUL
K3537 THE MAN WHOSE WIFE LEFT HIM
K3538 TO GET MARRIED
K3539 BRING LOVE TO ME
K3540 BREAK UP A LOVE AFFAIR
K3541 GET RID OF ENEMIES
K3542 DESTROY YOUR ENEMIES
K3543 OVERCOME AN ENEMY
K3544 TO HEX AN ENEMY
K3545 TO TURN BACK A CURSE
K3546 EXORCISM
K3547 REVERSIBLE
K3548 CONTROLLING A LOVER
K3549 CONTROLLING A HUSBAND
K3550 CONTROLLING A SITUATION
K3551 PROTECTION FROM EVIL
K3552 PROTECTION FROM ENVY
K3553 PROTECTION FROM HARM
K3554 PROTECTION FROM HATE
K3555 PROTECTION FROM ENEMIES
K3556 BREAK UP

K3557 DESTROYER
K3558 SUCCESS

Are you sad, unhappy, depressed,
your lover ranaway, no money

Can't win at bingo, can't win
at the track, need a job,
someone hates you. someone
wants your husband

THESE KITS ARE EASY TO USE,
AND COME WITH INSTRUCTIONS

WE HAVE SOLD OVER A 1,000 KITS
THIS MONTH, WITH THE SAME PEOPLE
ORDERING MORE AND MORE KITS,
AND SINGING THEIR PRAISES

PAPA JIM WORKS FOR YOU

# C⊕MPLETE WITH INSTRUCTI⊕NS



*i love papa jim what a man*

# ORDER YOUR TODAY

# CALL FOR COD 1-512-922-6665

PG  2

# 7 DAY CANDLE  $3.00 EA

ORDER #

750 VIRGEN SAN JUAN- For help in time of need. Anoint with myrrh oil
751 SAINT ANTHONY- For special favors. To bring back lost items, or lost lovers
753 MONEY DRAWING- To always have money. And to draw money. Use money drawing oil
755 DIVINA PROVIDENCIA- For holy blessings
756 HIGH JOHN THE CONQUEROR-The problem solver. High John helps with problems that
                           are very difficult. Anoint candle with High John oil
758 MIRACULOUS MOTHER- For blessing and to bring good things to you
759 SAINT THERESA- Burn for special favors and blessings
761 SAINT LUCY- Freedom from evil
762 RUN DEVIL RUN- Burn this candle when the evil is coming straight from evil
                   forces and them them on their way
763 AJO MACHO-Protects from envy, evil, and enemies.
764 BLOCK BUSTER- Good candle to break spells that have been cast upon you.
765 LAW STAY AWAY-Helps keep the law away. Anoint with protection oil
766 COURT CASE- Burn for success in court
767 ANIMA JUAN MINERO- Use this candle to bring a new lover or to bring back a old one.
768 JOB- Good for finding work, burn with job oil
769 BETTER BUSINESS- Use to strengthen your business affairs, draw money
770 DUME- Burn this candle when you want to get even with someone. Anoint with dume oil
771 REVERSIBLE- Makes the spell go back to the sender
772 CHANGO MACHO- Offering for luck, money, power, or love
773 SAINT PETER- For help with any problem, anoint with anointing oil
774 HEALTH- Use with the prayer for healing
775 STEADY WORK- Burn this when having problems on the job, and to help hold the job
776 SUCCESS- Use for success with luck, money, love
778 ATTRACTION- Use to attract attention to yourself, for love and faithfulness
779 BUDA- Good for luck money, and love, also bingo
780 KING SOLOMON- Use this candle when wanting to dominate someone or something
781 PANCHO VILLA- Burn this candle for better business and protection from jinx
782 COME TO ME- Use this candle to get someone or something to come to you
784 HORN OF PLENTY- Burn for gambling luck, and to draw money
785 LODESTONE- For drawing good luck to you
786 OUR LADY OF MERCY- For spiritual blessing and daily needs **light a candle**
787 RED DRAGON- Use this when having financial problems
788 VIRGEN REGLA- For motherhood, and to keep peace between families
789 RETIRO- Someone bothering you? Burn this to make them get away and leave you alone
790 SAINT HELEN- Burn for special favors and blessings
791 CAMALEON- Use for good luck in gambling
792 PAYBACK-Burn to payback someone that has done you wrong
793 LA MADAMA-Used for protection, and to make someone that owes you money return it
794 MONEY HOUSE BLESSING-To bring money and blessing into the home
795 ELLEGUA-Use to guard against witchcraft and tomake wishes come true
796 CONGO-Helps fight against jinx, witchcraft or black magic
797 HOLY SPIRIT-For daily blessing and protection
798 EGYPTIAN GLORY-All purpose candle. Especially good for bingo
799 TAPA BOCA- Use this candle to stop gossip. Anoint with stop gossip oil
800 ANCHOR- Use this candle to make your husband or mate stay home. Anoint with
             stay at home oil.
801 SAINT EDUVIGIS-For victory in court cases.
802 SAINT CLARA- For divine favors and daily needs
803 21 ROOT- This candle is for whatever you want it for. All you do is buy
             the oil for the purpose and anoint the candle with it. For instance
             if you are using it for money  use money drawing oil $5.00
804 BLACK TOBACCO-Said to help win court cases $5.00
805 BAYBERRY FIXED- TO help draw money and good luck. $4.98
806 INFANT OF PRAGUE- For help with daily needs
807 SACRED HEART OF MARY-For serenity and spiritual blessings
808 SAN SEBASTIAN-Burn this candle to open your roads to a better life
809 ANIMA ERRANTE-To bring back a lover to you

protection

sex

love

money

PG 18



# bring luck

# PAPA JIM INCENSE   $1.25

See PaPa Jim Power Incense listing for order number.

LUCKY PLANET INCENSE...Burn especially to gain love and money.  Add Lucky Planet Oil.
LIBRA INCENSE...Burned for power and success by those born under the sign of Libra.  Add Lucky Planet Oil.
MAGNET INCENSE...Attracts all good fortune, love, and money.
MEDITATION INCENSE...Use with proper oils to achieve psychic power.
MASTER INCENSE...Gives you more power in all Voodoo work.  Strengthens all rituals.
MONEY DRAWING INCENSE...An old favorite burned to gain money quickly.
MUSK LOVERS INCENSE...A love incense burned to cause intense desire.
MYRRH INCENSE...Burn at rituals as a supreme offering to Voodoo gods to obtain their help.
MYRTLE INCENSE...Burn to preserve youth and love.
MYSTIC CUBE INCENSE...Burn to get lucky numbers.
MYSTIC RITES INCENSE...A special blend used with all rituals to purify and protect against outside forces.
NEW ORLEANS INCENSE...Breaks hexes and brings prosperity.  Makes job secure.
NIGHT OF LOVE INCENSE...Good for marriages.  Revives feelings of youth.
NIGHT QUEEN MUSK INCENSE...Increases love and desire of whoever breathes its aroma.
NIRVANA INCENSE...Burn to obtain highest state of psychic understanding.  A powerful meditation incense.
OBEAH INCENSE...Burned only by Voodoo priests or priestess to increase all their powers.
OLIBANUM INCENSE...Same as Frankincense.
ORIENTAL INCENSE...Arouse love's desire and heightens amatory powers.
PARTING INCENSE...Breaks up love affairs.  Place incense on top of paper.bearing names of those to be separated.
PATCHOULY INCENSE...Burnt as a love offering.  Add Oil of Patchouly to strengthen effects.
PEACE INCENSE...Stops strife and bad feelings.
PEACEFUL HOME INCENSE...Used like Peace Incense.
PINE INCENSE...An ancient incense burnt to gain help of friendly spirits in matter of health and need.
PISCES INCENSE...For luck and power, it is burned at various ritual by those born under the sign of Pisces.
POWER INCENSE...Makes any ritual more successful.  Add to any ritual incense or burn separately.  Very popular.
PROSPERITY INCENSE...Burn for material gain at noon or during daylight hours only.
PROTECTION FROM HARM INCENSE...Breaks curses and spells.  Creates a wall against all troubles.
RAMA DREAM INCENSE...Burn to attain psychic powers and ability to foretell future.  Add oil for strength.
ROSE INCENSE...Burn for love.  Said to be powerful.  For healing and-prophetic dreams.
ROSARY INCENSE...Same as Church and Ecclesiastic.
ROSE OF CRUCIFIXION INCENSE...Burn with Rose of Crucifixion Oil.  Refer to Oil dictionary listing.
SAINT ANTONIO INCENSE...Powerful protection and bringer of good fortune.
SAGITTARIUS INCENSE...For good luck and power, it is burned at any ritual by Sagittarius.
SANDALWOOD INCENSE...Burn for good luck and as an important offering to the gods to recieve their help.
SAINT EXPEDITO INCENSE...Burn for protection and before court cases to insure recieveing justice.
SAINT JUDE INCENSE...Clears up all kinds of difficulties and brings peace and comfortable security.
SAINT LAZARO INCENSE...Said to promote good health, healing, and happiness.
SAINT MARTHA INCENSE...Burn as an appeal to St. Michael against all evil, hexes, and curses.
SAINT RAPHAEL INCENSE...Protects from bad influences and helps in all endeavors.  Burn with Beneficial Rites.
SATAN BEGONE INCENSE...For dispelling hexes and crossed conditions.  Works well against any type.
SEVEN AFRICAN INCENSE...Keeps away harm and evil and brings financial gain.  Light incense and say aloud the names of the seven gods; Chango! Ochun! Yemala! Obatla!
SCORPIO INCENSE...For good luck and power, it is burned at any ritual by those under the sign of Scorpio.

PG 43

| FOR DOUBLE STRENGTH ADD DS TO THE NUMBER AND DOUBLE THE PRICE | OILS ½oz 1.25 | INCENSE 1oz 1.25 | POWDER 1.25 | BATH SALT 4oz 2.00 | FLOOR WASH 8oz 3.00 | PERFUME 1oz 3.00 | COLOGNE 1oz 3.00 | ESSENCIA ½oz 1.25 | WATER 8oz 3.00 |
|---|---|---|---|---|---|---|---|---|---|
| ABTINA | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 |
| ACACIA | 1001 | 2001 | 3001 | 4001 | 5001 | 6001 | 7001 | 8001 | 9001 |
| AC/DC | 1002 | 2002 | 3002 | 4002 | 5002 | 6002 | 7002 | 8002 | 9002 |
| ADAM & EVE (ADAN & EVA) | 1003 | 2003 | 3003 | 4003 | 5003 | 6003 | 7003 | 8003 | 9003 |
| AFRICAN JUJU | 1004 | 2004 | 3004 | 4004 | 5004 | 6004 | 7004 | 8004 | 9004 |
| AFRICAN VOODOO | 1005 | 2005 | 3005 | 4005 | 5005 | 6005 | 7005 | 8005 | 9005 |
| AGAINT HARM (CONTRA DANO) | 1006 | 2006 | 3006 | 4006 | 5006 | 6006 | 7006 | 8006 | 9006 |
| AGAINT LIGATURE ASTRAL CONTRA LIGADURA ASTRAL | 1007 | 2007 | 3007 | 4007 | 5007 | 6007 | 7007 | 8007 | 9007 |
| AGAINST WHITE & BLACK MAGIC CONTRA MAGIA NEGRA Y BLANCA | 1008 | 2008 | 3008 | 4008 | 5008 | 6008 | 7008 | 8008 | 9008 |
| AJO MACHO (MALE GARLIC) | 1009 | 2009 | 3009 | 4009 | 5009 | 6009 | 7009 | 8009 | 9009 |
| AL ANIMA SOLA (LONELY SOUL) | 1010 | 2010 | 3010 | 4010 | 5010 | 6010 | 7010 | 8010 | 9010 |
| ALGIERS FAST LUCK | 1011 | 2011 | 3011 | 4011 | 5011 | 6011 | 7011 | 8011 | 9011 |
| ALL PURPOSE (PARA TODO) | 1012 | 2012 | 3012 | 4012 | 5012 | 6012 | 7012 | 8012 | 9012 |
| ALL SAINTS (TODOS SANTOS) | 1013 | 2013 | 3013 | 4013 | 5013 | 6013 | 7013 | 8013 | 9013 |
| ALL SPICE (ESPICIA) | 1014 | 2014 | 3014 | 4014 | 5014 | 6014 | 7014 | 8014 | 9014 |
| ALMOND (ALMENDRA) | 1015 | 2015 | 3015 | 4015 | 5015 | 6015 | 7015 | 8015 | 9015 |
| ALTER (ALTAR) | 1016 | 2016 | 3016 | 4016 | 5016 | 6016 | 7016 | 8016 | 9016 |

| FOR DOUBLE STRENGTH ADD DS TO THE NUMBER AND DOUBLE THE PRICE | OILS ½oz 1.25 | INCENSE 1oz 1.25 | POWDER 1.25 | BATH SALT 4oz 2.00 | FLOOR WASH 8oz 3.00 | PERFUME 1oz 3.00 | COLOGNE 1oz 3.00 | ESSENCIA ½oz 1.25 | WATER 8oz 3.00 |
|---|---|---|---|---|---|---|---|---|---|
| BLACK CAT (GATO NEGRO) | 1067 | 2067 | 3067 | 4067 | 5067 | 6067 | 7067 | 8067 | 9067 |
| BLACK CHICKEN GALLINA NEGRA | 1068 | 2068 | 3068 | 4068 | 5068 | 6068 | 7068 | 8068 | 9068 |
| BLACK DEVIL DIABLO NEGRO | 1069 | 2069 | 3069 | 4069 | 5069 | 6069 | 7069 | 8069 | 9069 |
| BLACK MUS | 1070 | 2070 | 3070 | 4070 | 5070 | 6070 | 7070 | 8070 | 9070 |
| BLACK NARCISSUS NARCISO NEGRO | 1071 | 2071 | 3071 | 4071 | 5071 | 6071 | 7071 | 8071 | 9071 |
| BLACK PANTHER PANTERA NEGRO | 1072 | 2072 | 3072 | 4072 | 5072 | 6072 | 7072 | 8072 | 9072 |
| BLESSED MARY MARIA SAGRADA | 1073 | 2073 | 3073 | 4073 | 5073 | 6073 | 7073 | 8073 | 9073 |
| BLESSING (BENDICION) | 1074 | 2074 | 3074 | 4074 | 5074 | 6074 | 7074 | 8074 | 9074 |
| BLOCK BUSTER BOMBA DE DEMOLACION | 1075 | 2075 | 3075 | 4075 | 5075 | 6075 | 7075 | 8075 | 9075 |
| BLUEBERRY (ARANDANO) | 1076 | 2076 | 3076 | 4076 | 5076 | 6076 | 7076 | 8076 | 9076 |
| BLUE SONATA | 1077 | 2077 | 3077 | 4077 | 5077 | 6077 | 7077 | 8077 | 9077 |
| BOSS FIX (AREGLAR EL HEFE) | 1078 | 2078 | 3078 | 4078 | 5078 | 6078 | 7078 | 8078 | 9078 |
| BOTTOM #20 | 1079 | 2079 | 3079 | 4079 | 5079 | 6079 | 7079 | 8079 | 9079 |
| BREAK UP (BLACK) (SEPARARSE) | 1080 | 2080 | 3080 | 4080 | 5080 | 6080 | 7080 | 8080 | 9080 |
| BREAK UP (RED) (SEPARARSE) | 1081 | 2081 | 3081 | 4081 | 5081 | 6081 | 7081 | 8081 | 9081 |
| BRIDES VEL VELO DE NOVIA | 1082 | 2082 | 3082 | 4082 | 5082 | 6082 | 7082 | 8082 | 9082 |
| BROWN (CAFE) | 1083 | 2083 | 3083 | 4083 | 5083 | 6083 | 7083 | 8083 | 9083 |

| FOR DOUBLE STRENGTH ADD DS TO THE NUMBER AND DOUBLE THE PRICE | OILS ½oz 1.25 | INCENSE 1oz 1.25 | POWDER 1.25 | BATH SALT 4oz 2.00 | FLOOR WASH 8oz 3.00 | PERFUME 1oz 3.00 | COLOGNE 1oz 3.00 | ESSENCIA ½oz 1.25 | WATER 8oz 3.00 |
|---|---|---|---|---|---|---|---|---|---|
| DRESSING (ADEREZO) | 1169 | 2169 | 3169 | 4169 | 5169 | 6169 | 7169 | 8169 | 9169 |
| DUME | 1170 | 2170 | 3170 | 4170 | 5170 | 6170 | 7170 | 8170 | 9170 |
| EARTH (MUNDO) | 1171 | 2171 | 3171 | 4171 | 5171 | 6171 | 7171 | 8171 | 9171 |
| EASY LIFE (VIDA FACIL) | 1172 | 2172 | 3172 | 4172 | 5172 | 6172 | 7172 | 8172 | 9172 |
| EGGSHELL (CASCARILLA) | 1173 | 2173 | 3173 | 4173 | 5173 | 6173 | 7173 | 8173 | 9173 |
| EGYPTIAN | 1174 | 2174 | 3174 | 4174 | 5174 | 6174 | 7174 | 8174 | 9174 |
| ELEPHANT (ALEPHANTE) | 1175 | 2175 | 3175 | 4175 | 5175 | 6175 | 7175 | 8175 | 9175 |
| ELLEGUA | 1176 | 2176 | 3176 | 4176 | 5176 | 6176 | 7176 | 8176 | 9176 |
| ENCHANTMENT (ENCANTAMIENTO) | 1177 | 2177 | 3177 | 4177 | 5177 | 6177 | 7177 | 8177 | 9177 |
| ENEMY (ENEMIGO) | 1178 | 2178 | 3178 | 4178 | 5178 | 6178 | 7178 | 8178 | 9178 |
| EVE (VISPARA) | 1179 | 2179 | 3179 | 4179 | 5179 | 6179 | 7179 | 8179 | 9179 |
| EVIL EYE (MAL DE OJO) | 1180 | 2180 | 3180 | 4180 | 5180 | 6180 | 7180 | 8180 | 9180 |
| EXODUS | 1181 | 2181 | 3181 | 4181 | 5181 | 6181 | 7181 | 8181 | 9181 |
| EXORCISM (EXORCISMO) | 1182 | 2182 | 3182 | 4182 | 5182 | 6182 | 7182 | 8182 | 9182 |
| FANTASY (FANTASIA) | 1183 | 2183 | 3183 | 4183 | 5183 | 6183 | 7183 | 8183 | 9183 |
| FAST LUCK (SUERTE RAPIDA) | 1184 | 2184 | 3184 | 4184 | 5184 | 6184 | 7184 | 8184 | 9184 |
| FAST SUCCESS (EXITO RAPIDO) | 1185 | 2185 | 3185 | 4185 | 5185 | 6185 | 7185 | 8185 | 9185 |

Exhibit 2

the healers rent space they ARE NOT PART
OF   papa jim all transactions are between
the healer and you

the only store that gives something free

## THE PAPA JIM NEWSLETTER



papa jim papa jim
i love that man



PAPA JIM PAPA JIM PAPA JIM
A FOLK SAINT OF OUR TIMES

7 DAY CANDLES    $1.25



CHECK OUR BOOK DEPT

BOOKS  BOOKS

FOR HEALTH

may 1987

# $5.00     fixed candles     alegado

THESE CANDLES ARE MADE SPECIALLY BY PAPA JIM AND ARE IN A 36 HOUR BLESSING SESSION.
THE PAPA JIM ALEGADO (FIXED) CANDLES ARE KNOWN TO BE THE VERY BEST AND MOST POWERFUL
OF ALL CANDLES IN THE HISTORY OF MAGIC AND THE OCCULT. THESE CANDLES COME FIXED WITH
OILS, AS THEY BURN, THEY LEAVE A PLEASING AROMA FOR THE SAINTS.  PAPA JIM RECOMMENDS
THAT THREE ALEGADO CANDLES BE BURNT CONSECUTIVELY (ONE AFTER THE OTHER) FOR THE BEST
RESULTS.

LAS VELAS ALEGADOS HAN SIDO CONPROBADAS POR CIENTOS Y CIENTOS DE ANOS, ESTAS VELAS
HAN SIDO PREPARADAS Y SIGUEN SIENDO PREPARADAS CON ACEITES GRASAS PARAFINAS Y PERF-
UMES ESCOJIDOS Y PREPARADOS EXPECIALMENTE PARA RESOLVER TODA CLASE DE PROBLEMA ESP-
RITUAL. LOS PROBLEMAS PRESENTES PASADOS Y DEL FUTURO ENCOMIENDELOS A LAS VELAS ALE-
GADO Y SERAN RESULTOS  ESPIRITUALMENTE. ESTAS VELAS LAS CONSIGUE EN LA MAYOR PARTE
DE LAS TIENDAS DE COMIDA, BOTONICAS ASI COMO EN DIFERENTE TIENDAS DE DIFERENTE
CLASES.

ORDER BY NUMBER  $10.00 EA  JUST ASKED FOR OUR FAMOUS FIXED CANDLES

#1   ATTRACTION: LOVE, MONEY, LUCK (ATRACCION: AMOR, DINERO, SUERTE)
#2   MONEY: MONEY PROBLEMS (DINERO: PROBLEMAS DE DINERO)
#3   BUSINESS: PROTECTOR OF BUSINESS (NEGOCIO: PROTECTOR DE NEGOCIO)
#4   COURT & LAW: LAW MATTER (CORTE Y LEY: ASUNTO DE LEY)
#5   JOB SECURITY: TO KEEP A JOB (TRABAJO SEGURO: DETENER TRABAJO)
#6   PERSONAL: TO BE SUCCESSFUL (ALEJA PERSONAS: QUITAR PROBLEMAS)
#7   GAMBLERS: GOOD LUCK IN GAMBLING (JUGADORES: SUERTE EN EL JUEGO)
#8   STOP GOSSIP: SILENT MOUTHS (TAPA BOCAS: CALLAR CHISMES)
#9   WISHES: DESIRES (DESEOS COCEDIDO: PARA DESEOS)
#10  JINX REMOVING: STOPS BAD INTENTIONS (CORTA FLUIDOS : QUITA INTENCIONES)
#11  LOVERS: TO FIND A LOVER (AMANTES : AYAR UN AMANTE)
#12  HEALING: CURE SICKNESS (PARA LOS ENFERMOS: PARA CURA)
#13  BETTING & LOTTERY: GAMBLING (APOSTANDO Y LOTERIA: PARA JUGADORES)
#14  PROTECTION : PROTECTION FROM EVIL (PROTECCION :PROTECCION DE MAL)
#15  PEACEFUL HOME: PEACE WITHIN THE FAMILY (PAZ EN EL HOGAR)
#16  COURT CASE: TO HELP IN COURT (CAUSA DE CORTE: AYUDA EN CORTE)
#17  BREAK UP: SEPERATION (SEPARAR: PERSONAS O MALEFICIOS)
#18  SUCCESS: SUCCESS IN ALL YOUR ENDEAVORS (EXITO: EXITO EN LO QUE USTED DESEA)
#19  CONTROLLING: TO CONTROL ANY SITUATION (CONTROLANDO : PARA CONTROLAR)
#20  DOMINATION: TO DOMINATE ANY SITUATION (DOMINACION: PARA DOMINAR)
#21  DUME: TO HEX (DOOM: PARA ECHAR MALEFICIOS)
#22  SNAKE: TO BUST AWAY SPELLS (VIBORA: QUERBAR TODOS MALEFICIOS)
#23  BLOCK BUSTER: TO BREAK SPELLS (DEVASTADOR: QUEBRA CONJUROS)
#24  SEVEN AFRICAN POWERS: ALL PURPOSE (SIETE POTENCIAS: PARA TODO)
#25  DOUBLE FAST LUCK: USED FOR LUCK IN A HURRY (SUERTE RAPIDA)
#26  REVERSIBLE: TO SEND BACK A SPELL (REVERSIBLE:PARA VOLVER MAL)
#27  BINGO LUCK, FOR WINNING AT BINGO /KEEP LITE ALL THE TIME WHEN YOU GO TO BINGO
THE PAPA JIM ALEGADO CANDLES ARE ALL DOUBLE ACTION FIXED, WITH TREMENDOUS POWER. THEY

# new     numbers     #26  #27

# THESE ARE OUR BEST

# REGULAR $10.00

# SALE PRICE  ONLY  $5.00

4

Exhibit 3

# PAPA JIM

## CATALOG
### wholesale

## 1986 winter



STORE LOCATION                          MAILING ADDRESS

PAPA JIM AND CO                         PAPA JIM AND CO
5630 S FLORES                           PO BOX 14128
SAN ANTONIO, TX 78214

                PHONE  512 922 8277

NO CREDIT      COD, OR CASH AND CASHIER CHECK
-------------------------------------------------------------------------

WE LIKE TO SHIP UPS (united parcel service  (the one's in the brown trucks
    UPS, we need a street address and phone number
WE SHIP LARGE ORDERS OF CANDLE (in glass) by truck)

or we can ship by THE POST OFFICE

WHOLESALE_ you pay all shipping fees

YOUR ORDER MUST BE $50.00 or more and 3 of each item.

IF YOU PICK UP AT THE STORE YOU MUST, BE HERE IN THE STORE NO LATER
THEN  4:30 PM and SATURDAYS  you can pick up your order, be it must
be called in to us on Friday before noon.....

OUR WAREHOUSE PERSONEL  GO HOME AT 5:00 PM

FOR THE SAME DAY SHIPMENT, YOUR ORDERS HAS TO BE IN BEFORE
NOON......

IF YOU NEED SOMETHING AND IT IS NOT IN THE CATALOG, JUST ASK FOR
WE MIGHT  BE ABLE TO GET IT FOR YOU......

WE RESERVE THE RIGHT TO REFUSE TO SELL WHOLESALE, it is
up to us, just because you have a tax number, it doesn't require
us to give you wholesale prices..

WE DO NOT TAKE RETURNS OR EXCHANGES, WHEN YOU BUY IT, IT IS YOURS
you marked it down and get rid of it, just like we do in our
retail section.

WE EXPECT WHOLESALERS TO KNOW WHAT THEY ARE DOING AND NOT TO COME
TO US FOR AN EDUCATION.

NO PERSONAL CHECKS      PRICES SUBJECT TO CHANGE WITHOUT NOTICE
                        or misprint prices in the catalog

ALL CLAIMS MUST BE FILED WITH THE CARRIER OR THE POST OFFICE


WE LIKE TO DO BUSINESS WITH PEOPLE  WHO  ARE FAIR, WE TRY TO BE

# ALEGADO CANDLE
# FIXED
### BY Papa Jim

THESE CANDLES ARE SPECIAL MADE , AND PERSONALLY
MADE BY PAPA JIM IN A SPECIAL 36 HOUR BLESSING

THE PAPA JIM ALEGADO CANDLES ARE KNOWN TO BE THE MOST POWERFUL CANDLES
IN THE HISTORY OF MAGIC AND THE OCCULT. (TO MAKE THESE CANDLES MORE
POWERFUL YOU CAN USE A PAPA JIM OIL OF YOU CHOICE, BUT MUST BE A
PAPA JIM OIL.) THESE CANDLES COME FIXED WITH FRAGRANCE OIL AS THEY BURN
IT LEAVES A PLEASING AROMA FOR THE SAINTS. PAPA JIM RECOMMENDS THAT
THREE ALEGADO CANDLES ARE BURNED CONSECUTIVELY (ONE RIGHT AFTER THE
OTHER) FOR THOSE PEOPLE WHO HAVE MORE TROUBLESOME SITUATIONS AND NEED
THAT EXTRA POWER THAT COMES FROM BURNING THREE ALEGADOS ONE RIGHT AFTER
THE OTHER

LAS VELAS ALEGADOS HAN SIDO DISCUTIDAS POR CIENTOS Y CIENTOS DE ANOS,
ESTAS VELAS HAN SIDO PREPARADAS Y SIGUEN SIENDO PREPARADAS CON ACEITES
GRASAS PARAFINAS Y PERFUMES ESCOJIDOS Y PREPARADOS EXPECIALMENTE PARA
RESOLVER TODA CLASE DE PROBLEMAS ESPRITUALES. LOS PROBLEMAS PRESENTES
PASADOS Y DEL FURUTO ENCOMIENDELOS A LAS VELA ALEGADO Y SERAN RESULTOS
ESPIRITUALMENTE. ESTAS VELAS LAS CONSIGUE EN LA MAYOR PARTE DE LAS TIENDA
DE COMIDA, BOTONICAS , ASI COMO EN DIFERENTE TIENDAS DE DIFERENTES
CLASES.. LAS VELAS ALEGADOS SON PARA DIFERENTES PROBLEMAS, DIFERENTES
COLORES Y DIFERENTES AROMMAS.


ORDER BY NUMBER $10.00 EA
ALEGADO #1 ATTRACTION: LOVE, MONEY, LUCK (ATRACCION :AMOR, DINERO, SUERTE)
ALEGADO #2 MONEY: MONEY PROBLEMS (DINERO: PROBLEMAS DE DINERO)
ALEGADO #3 BUSINESS: PROTECTOR OF BUSINESS (NEGOCIO: PROTECTOR DE NEGOCIO)
ALEGADO #4 COURT & LAW : LAW MATTER (CORTE Y LEY : ASUNTO DE LEY)
ALEGADO #5 JOB SECURITY: TO KEEP A JOB (TRABAJO SEGURO: DETENER TRABAJO)
ALEGADO #6 PERSONAL: TO BE SUCCESSFUL (ALEJA PERSONAS: QUITAR PROBLEMAS)
ALEGADO #7 GAMBLERS: GOOD LUCK IN GAMBLING (JUGADORES: SUERTE EN EL JUEGO)
ALEGADO #8 STOP GOSSIP:SILENT MOUTHS (TAPA BOCAS : CALLAR CHISMES)
ALEGADO #9 WISHES: DESIRES (DESEOS COCEDIDO: PARA DESEOS)
ALEGADO #10 JINX REMOVING : STOPS INTENTION (CORTA FLUIDOS :QUITA INTENCIONES)
ALEGADO #11 LOVERS: TO FIND A LOVER (AMANTES: AYAR UN AMANTE)
ALEGADO #12 HEALING: CURE SICKNESS (PARA LOS ENFERMOS: PARA CURA)
ALEGADO #13 BETTING & LOTTERY:GAMBLING (APOSTANDO Y LOTTERIA: PARA JUGADORES )
ALEGADO #14 PROTECTION: PROTECTION FROM EVIL (PROTECCION: PROTECCION DE MAL )
ALEGADO #15 PEACEFUL HOME: PEACE IN THE FAMILY (HOGAR DE PAZ)
ALEGADO #16 COURT CASE: TO HELP IN COURT (CAUSA DE CORTE: AYUDA EN CORTE)
ALEGADO #17 BREAK UP: SEPERATION (SEPARAR: PERSONAS O MALEFICIOS)
ALEGADO #18 SUCCESS" SUCCESS IN YOUR DESIRE (EXITO: EXITO EN LO QUE USTED DESEA)
ALEGADO #19 CONTROLLING: TO CONTROL ANY SITUATION (CONTROLANDO:PARA CONTROLAR)
ALEGADO #20 DOMINATION : TO DOMINATE ANY SITUATION (DOMINACION:PARA DOMINAR)
ALEGADO #21 DUME: TO HEX (DOOM : PARA ECHAR MALEFICIOS)
ALEGADO #22 SNAKE : TO BUST AWAY SPELLS (VIBORA:QUERBAR TODOS MALEFICIOS)
ALEGADO #23 BLOCK BUSTER:TO BREAK SPELLS (DEVASTADOR: QUEBRA CONJUROS)
ALEGADO #24 SEVEN AFRICAN POWERS : ALL PURPOSE(SIETE POTENCIAS : PARA TODO)
ALEGADO #25 DOUBLE FAST LUCK: USED FOR LUCK IN A HURRY (SUERTE RAPIDA)

THE PAPA JIM ALEGADO CANDLES ARE ALL DOUBLE ACTION FIXED, WITH
TREMENDOUS POWER. THEY COME FIXED WITH SPECIAL OIL, AND BLESSED PAPA JIM
WHEN THEY ARE LITE, A BURST OF POWERFUL AROMA IS LEFT FOR THE SAINTS

You CAN ORDER 3 ea 

PAPA JIM OIL'S

$5.50 dz of one kind

2000. ACACIA
2001. AC-DC
2002. ADAM & EVE (ADAN Y EVA)
2003. AFRICA JU JU (JU JU AFRICANO)
2004. AFRICAN VOO DOO (VUDU AFRICANO)
2005. AL-ANIMA SOLA (LONELY SOUL)
2006. ALGIERS FAST LUCK (SUERTE RAPIDO)
2007. ALL PURPOSE (PARA TODO)
2008. ALL SAINTS (TODOS SANTOS)
2009. ALL SPICE (ESPICIA)
2010. ALMOND (ALMENDRA)
2011. ALTER (ALTERAR)
2012. AMARRA HOMBRE (SECURE YOUR MAN)
2013. AMBER (AMBAR)
2014. AMBERGRIS (AMBAR GRIS)
2015. AMBROSIA
2016. ANGEL DELIGHT (DELEITE DE ANGEL)
2017. ANGER (COLERA)
2018. ANIMAL (ANIMAL)
2019. ANISE (ANIS)
2020. ANOINTING (UNTAR)
2021. APHRODISIA (AFRIDISIACO)
2022. APPLE FRAGRANCE (FRAGANCIA DE MANZANA)
2023. APRICOT FRAGRANCE (FRAGANCIA DE ALBARICOQUE)
2024. AQUARIUS (ACUARIO)
2025. ARABIAN NIGHTS (NOCHES ARABIA)
2026. ARIES
2027. ATTRACTION (ATRACCION)
2028. AUTUMN (OTUNO)
2029. AVOCADO (AGUACATE)
2030. AZALEA FRAGRANCE(FRAGANCIA DE AZALEA)
2031. BABEL
2032. BALSAMO (BALSAM)
2033. BANANNA (PLATANO)
2034. BATS BLOOD (SANGRE DE MARCIE-LAGO)
2035. BAUM DE COMMANDER ( FUERTE COM-ANDANTE)
2036. BAY BERRY (BAYA DE LAUREL)
2037. BENEFICIAL (BENEFICIO)
2038. BEND OVER (INCLINARSE)
2039. BERGAMOT (BERGAMOTO)
2040. BERRY OF FISH (BAYA DE PES-CADO)
2041. BETTER BUSINESS (MEJOR NEGOCIO)
2042. BEWITCHING (FASCINANTE)
2043. BIBLE BOUQUET (RAMO DE BIBLA)
2044. BINGO
2045. BIRCH (ABEDUL)
2046. BLACK ARTS (ARTE NEGRO)
2047. BLACK BERRY (ZARZAMORA)
2048. BLACK CAT (GATO NEGRO)
2049. BLACK DEVIL (DIABLO NEGRO)
2050. BLACK MUS (MUS NEGRO)

2051. BLACK NARCISSUS(NARCISO NEGRO)
2052. BLACK PANTHER (PANTERA NEGRO)
2053. BLESSING (BENDICION)
2054. BLOCK BUSTER (BOMBA DE DEMOLACION)
2055. BLUEBERRY (ARANDANO)
2056. BLUE SONATA (SONATA AZUL)
2057. BOSS FIX ( AREGLAR EL HEFE)
2058. BOTTOM #20 (ABAJO NUMERO VIENTE)
2059. BOUQUET ( RAMO)
2060. BREAK UP(BLK) SEPARARSE
2061. BREAK UP(RED) SEPARARSE
2062. BRUNOS CURSE (MALDICION DE BRUNO)
2063. BUDDHA ( BUDA )
2064. BULL'S ( TORO )
2065. BUSSHA
2066.
2067. CACTUS (NOPAL)
2068. CALIPH'S BELOVED (AMADO CALIFAREO)
2069. CANCER
2070. CAPRICORN (CAPRICORNIO)
2071. CARIDAD COBRE
207. CARNATION (CLAVEL)
2073. CAST OFF EVIL (SOLTAR LO MALO)
2074. CEDAR (CEDRO)
2075. CEDAR OF LEBANON (CEDRO DE LIBANO)
2076. CHAMELEON (CAMALEON)
2077. CHANGO MACHO
2078. CHERRY (CEREZO)
2079. CHINESE LUCK (SUERTE DE CHINO)
2080. CHUPARROSA (HUMMINGBIRD)
2081. CHYPREE
2082. CINNAMON (CANELA)
2083. CITRONELLA (CITRONELA)
2084. CLEO MAY
2085. CLEOPATRA
2086. CLOSE YOUR PATH (CERAR TU CAMINO)
2087. CLOVE BUD (CLAVO)
2088. CLOVER (TREBOL)
2089. CLUB ( PALO)
2090. COCONUT (COCO)
2091. COFFEE (CAFE)
2092. COME TO ME ( VEN A MI )
2093. COME WITH ME (VEN CON MIGO)
2094. COMMANDING (DOMINARTE)
2095. COMPELLING (APREMIANTE)
2096. CONCENTRATION (CONCENTRACION)
2097. CONFUSION
2098. CONGO
2099. CONJURE (CONJURAR)
2100. CONQUERING GLORY (CONQUISTAR GLORIA)
2101. CONQUEROR (CONQUISTADOR)
2102. CONSECRATING POWER (FUERZA CONSAGRADO)
2103. CONTROLLING (CONTROLANDO)
2104. COUNTERACTING (CONTRARRESTAR)
2105. COURAGE (VALOR)
2106. COURT CASE (CAUSA DE CORTE)
2107. CROSS OF CARAVACA (CRUZ DE CARAVACA)

$5.50 dozen

2108. CROSSING ( CRUZANDO)
2109. CROWN OF SUCESS (CORONA DE EXITO)
2110. CRUCIBLE OF COURAGE (CRISOL DE VALOR)
2111. CRUCIFIXION (CRUCIFIXION)
2112. DAMNATION (CONDENACION)
2113. SPECIAL MAGIC (DE DENDE)
2114. DESIRE (DESEAR)
2115. TRIUMPH ( DE TRIUNFO)
2116. DEVIL (DIABLO)
2117. DEVIL SHOESTRING (SCENTA DE DIABLO)
2118. DEVIL TRAP ( TRAMPA DE DIABLO)
2119. DIVINE (DIVINO)
2120. DIVINE SAVIOR (DIVINO SALVADOR)
2121. DIXIE LOVE ( AMOR DIXIE)
2122. DO AS I SAY (HARAS MI VOLUNTAD)
2123. DOMINATION (DOMINADOR)
2124. DOUBLE ACTION (DOBLE EFECTO)
2125. DOUBLE CROSS (TRACION)
2126. DOVE'S BLOOD (SANGRE DE PALOMA)
2127. DRAGONS BLOOD (SANGRE DE DRAGON )
2128. DRAWING (DIBUJO)
2129. DREAM (SUENO)
2130. DRESSING (ADEREZO)
2131. DUME ((DUME)
2132. EARTH (MUNDO)
2133. EASY LIFE ( VIDA FACIL)
2134. ELEPHANT (ALEPHANTE)
2135. ENCHANMENT (ENCANTAMIENTO)
2136. ENEMY (ENEMIGO)
2137. EVE (VISPRA)
2138. EVIL EYE (MAL DE OJO)
2139. EXORCISM (EXORCISMO)
2140. EXODUS (EXODO)
2141. FANTASY ( FANTASIA)
2142. FAST LUCK (SUERTE RAPIDA)
2143. FAST SUCCESS (EXITO RAPIDO)
2144. FIERY COMMAND (ARDIENTE ORDEN)
2145. FIERY WALL OF PROTECTION (ARDIENTE
        PADRE DE PROTECCION)
2146. FIRE OF LOVE (LLUMBRE DE AMOR)
2147. FIVE CIRCLE (CINCO CIRCULOS)
2148. FLAMES OF DESIRE ( LLAMA DE DESEAR)
2149. FLAMING POWER( LAMEANTE PODER)
2150. FLYING DEVIL ( DIABLO VOLANDO)
2151. FOLLOW ME ( SEGE ME)
2152. FOLLOW ME BOY (SIGEME HOMBRE)
2153. FORGET HER (OLVIDATE DE ELLA)
2154. FORGET HIM (OLVIDATE DE EL)
2155. FORGET HIM NOT ( NO LO OLVIDES)
2156. FORGET ME NOT (NO ME OLVIDES)
2157. FORTUNE TELLER (ADIVINO)
2158. FOUR THIEVES VINEGAR( VINAGREE DE
        QUATRO RATEROS)
2159. FRANGIPANI (FRANCHIPANIERO)
2160. FRANKINCENSE (INCIENSO OLIBANO)
2161. FRENCH (FRANCES)
2162. FRENCH CREOLE (CRILLO DE FRANCES)

2163. FRENCH LOVE (AMOR FRANCES)
2164. FRIENDSHIP (AMISTAD )
2165. GALANGAL (DE GALINGALE)
2166. GAMBLERS (JUGADORES)
2167. GARDENIA (GARDENIA)
2168. GEMINI (GEMINIS)
2169. GET A JOB (AYAR TRABAJO)
2170. GET AWAY (ALEJA TE)
2171. GLORY (GLORIA)
2172. GLOW ATTRACTION ( ATRACCION BRILLANTE)
2173. GO AWAY (VETE DE AQUI)
2174. GODDESS (DIOSA)
2175. GOOD FINANCE (BUENAS FINANZAS)
2176. GOOD FORTUNE (BUENA FORTUNA)
2177. GOODNESS (BONDAD)
2178. GOONA GOONA (GOLONA GOLONA)
2179. GRAPE (UVA)
2180. GUANA GUANA (GUANA GUANA)
2181. GUARDIAN ANGEL (ANGEL GUARDANTE)
2182. GUINEA (GUIENEA)
2183. HAIL MARY (AVE MARIA)
2184. HAPPINESS (FELICIDAD)
2185. HAPPY DREAM (FELIZ SUENO)
2186. HAS HANNA ( TIENE HANNA)
2187. HAS NO HANNA (NO TIENE ALHENA)
2188. HEALING (CURANDO)
2189. HEATHER (BREZO)
2190. HEBREW (HERRO)
2191. HELIOTROPO (HELIOTROPO)
2192. HELPING HAND (MANO AYUDANTE)
2193. H & H SPELL (CONJURO DE H & H )
2194. HI ALTAR ( ALTAR ALTO)
2195. HINDU DRAWING ( DINDOU DIBUJO)
2196. HOLD YOUR MAN (DETIENE TU HOMBRE)
2197. HOLD YOUR MONEY (DETIENE TU DINERO)
2198. HOLY (BENDITO)
2199. HOLY SPIRITS BATH (BANO DE BENDITO-
        SANTOS)
2200. HONEY ( MIEL)
2201. HONEYSUCKLIE (MADRESELVA)
2202. HORN OF PLENTY (CUERNO DE ABUNDANCIA)
2203. HOT FOOT (PUE CALENTE)
2204. HUMMINGBIRD (CHUPARROSA)
2205. HYACINTH (JACINTO)
2206. I CAN DO MORE THAN YOU CAN ( YO PUEDO
        MAS QUE TU PUEDES)
2207. I CAN YOU CAN'T (YO PUEDO TU NO
        PUEDES)
2208. INDIAN GUIDE ( GUIA DE INDIO)
2209. INDIAN SPIRIT (ESPIRITU DE INDIO)
2210. INDIAN TABACCO (TABACO DE INDIO)
2211. INFLAMMATORY CONFUSION( INCENDIARIO)
2212. INFLUENCE ( INFLUENCIA)
2213. INTRANQUILLO (RESTLESS)
2214. INVISIBLE ( INVISIBLE)
2215. INVOCATION (INVOCACION)
2216. IRIS ( IRIS)

OILS

we can make the color and frangence you want    5.50 a doz

2217. IRRESTABLE (IRRESESTIBLE)
2218. IS IS ( ISIS)
2219. JACINTHE (JACINTO)
2220. JAMAICA (JAMAICA)
2221. JAPANESE (JAPONES)
2222. JASMINE (JAZMIN)
2223. JASPER (JASPE)
2224. JEALOUSY (CELOSAMENTE)
2225. JEZBLE (JAZABEL)
2226. JINX (MAL DE OJO)
2227. JINX CROSSING ( CRUZANDO LO MALO)
2228. JINX KILLER ( MATE LO MALO)
2229. JINX REMOVING ( REMUEVE LO MALO)
2230. JOB ( TRABAJO)
2231. JOB BREAKER (QUEBRA TRABAJO)
2232. JOCKEY CLUB ( CLUB DE JINETE)
2233. JOHN THE BABTIST(JUAN EL BAUTISTA)
2234. JOHN THE CONQUEROR( JUAN EL CONQUISTADOR)
2235. JOY ( ALEGRIA)
2236. JUNGLE(SELVA)
2237. JUNGLE QUEEN (REYNA DELA SELVA)
2238. JUPITOR ( JUPITOR)
2239. JUST  JUDGE(JUSTO JUEZ)
2240. KEEP AWAY ENEMIES (CONTRA ENEMIGOS)
2241. KEEP AWAY HATE (CONTRA ODIO)
2242. KEEP AWAY SPIRITS(CONTRA ES-PIRITOS)
2243. KEEP AWAY TROUBLES ( CONTRA PROBLEMAS)
2244. KHUS KHUS ( KHUS KHUS)
2245. KING ( KEY)
2246. KING SOLOMON (REY SOLOMON)
2247. KLUDDE (KLUDDE)
2248. KYPHI (KYPHI)
2249. LADY LUCK (SUERTE DE SENORA)
2250. LA SANTISIMA (SACRED)
2251. LA SANTISIMA MUERTE(SACRED DEATH)
2252. LAVENDER ( ALHUCEMA)
2253. LAW STAY AWAY (QUEDARSE LEJOS DE LA LEY)
2254. LEMON ( LIMON)
2255. LEO ( LEON)
2256. LIBRA ( LIBRA)
2257. LIFE ( VIDA)
2258. LILIAC ( LILA)
2259. LILY (LIRIO)
2260. LIME (LIMA)
2261. LODESTONE (PIEDRA IMAN)
2262. LOTUS (LOTO)
2263. LOVE (AMOR)
2264. LOVE BREAKER (QUEBRAR AMOR)
2265. LOVE DRAWING (ATRAYENTE DE AMOR )
2266. LOVE DROP'S(GOTAS DE AMOR)

2267. LOVE ME (QUIEREME)
2268. LOVERS (AMANTES)
2269. LUCKY BINGO GOLD
2270. LUCKY BINGO GREEN
2271. LUCKY DICE (SUERTE DE DADOS)
2272. LUCKY DOG (SUERTE DE PERRO)
2273. LUCKY HAND (MANO DE SUERTE)
2274. LUCKY HORSERACE (SUERTE DE CORRIDA DE CABALLOS)
2275. LUCKY LODESTONE( SUERTE DE PIEDRA IMAN
2276. LUCKY LOTTERY (SUERTE DE LOTERIA)
2277. LUCKY MASTER (SUERTE DE MAESTRO)
2278. LUCKY MOJO
2279. LUCKY MONTH (MES DE SUERTE)
2280. LUCKY NINE (SUERTE NUEVE)
2281. LUCKY PLANET (PLANETA DE SUERTE)
2282. LUCKY PLAY (SUERTE DE JUGAR)
2283. LUCKY PROFIT ( PROVECHO DE SUERTE)
2284. LUCKY SEVEN (SIETE DE SUERTE)
2285. LUCKY THIRTEEN (TRECE DE SUERTE)
2286. LUCIFER (LUCIFERO)
2287. LUV LUV LUV
2288. MACHO (MANLY)
2289. MAD (ENOHADO)
2290. MAGIC (MAGIA)
2291. MAGNET (IMAN)
2292. MAGNOLIA
2293. MAKE YOUR WISH (HAGA SU DESEO)
2294. MANDRAKE (MANDRAGORA)
2295. MAN POWER(PODER DE HOMBRE)
2296. MAN TRAP (TRAMPA DE HOMBRE)
2297. MARRIAGE (MATRIMONIAL)
2298. MARS (MARTE)
2299. MASTER (MAESTRO)
2300. MASTER GAMBLING (MAESTRO JUGADORE)
2301. MECCA (MECA)
2302. MEDICO BRUJO (WITCH DOCTOR)
2303. MEDITATION (MEDITACION)
2304. MEMORY DROP (GOTA DE MEMORIA)
2305. MERCURY (MERCURIO)
2306. MEXICAN LUCK (SUERTE MEXICANO)
2307. MIDNIGHT RITUAL (RITUAL DE MEDIA NOCHE)
2308. MIMOSA
2309. MISTLETOE (MUERDAGO)
2310. MOJO ( GOOD LUCK)
2311. MONEY (DINERO)
2312. MONEY DRAWING (ATRAYENTE DE DINERO)
2313. MONEY MIST (NIEBLA DE DINERO)
2314. MOON (LUNA)

ESENCIAS perfumes in ½ oz bottles .50 ea

( labeled in spanish or english please request which one)

1. AMANSA GUAPO
   TAMED MAN
2. ARRASA CON TODO
   TO DO AWAY WITH
3. ATRAYENTE
   APPEALING
4. AZUCENA
   WHITE LILY
5. ABRE CAMINO
   ROAD OPENER
6. ABRE PASO
   APEN STEP
7. AGUANTALO AQUI
   SUSTAIN HIM
8. ANGELES GUARDIANES
   GUARDIAN ANGELS
9. ANAMU
   PLANT TO DISPELL EVIL
10. ALBAHACA
    BASIL
11. ATRACTIVA
    ATTRACTIVE
12. AMOR VENCEDOR
    WINNER OF LOVE
13. BUENA SUERTE
    GOOD LUCK
14. BRAZO FUERTE
    STRONG ARM
15. BUSCAME
    LOOK FOR ME
16. CONTRA TRABAJO
    AGAINST WORK
17. CONTRA ENEMIGO
    AGAINST ENEMY
18. CONTRA ENVIDIA
    AGAINST ENVY
19. CONTRA EL MAL
    AGAINST EVIL
20. CORTA FLUIDO
    JINX REMOVING
21. CORTA PENSAMIENTO
    AGAINST THOUGHTS
22. CARIDAD
    CHARITY
23. CARINOSO
    LOVING
24. CONTRA ARRESTAR
    COUNTERACT
25. CONTRA VENGANZA
    AGAINST VENGEANCE
26. CONTRA INFLUENCIA
    AGAINST INFLUENCE
27. CONTRA ODIO
    AGAINST HATE

28. CUARTO VIENTOS
    FOUR WINDS
29. CANELA
    CINNAMON
30. CARINOSA
    LOVING
31. CONGO
32. DE AMOR
    LOVE
33. DE LA MADAMA
    THE MADAME
34. DE DINERO
    MONEY
35. DEL TRABAJO
    JOB
36. DESENVOLVIMIENTO
    UNCROSSING
37. DOMINANTE
    DOMINATION
38. DE LUZ
    LIGHT
39. DE FLORES
    FLOWERS
40. DEL EXITO
    SUCCESS
41. DEL PROGRESSO
    PROGRESS
42. DETENTE EN EL AIRE
    TO LEAVE UNDECIDED
43. DAMA DE LA NOCHE
    LADY OF THE NIGHT
44. DULCE
    SWEET
45. DE ODIO
    HATE
46. DESESPERO
    DESPAIR
47. DESPOJO
    DESPELL EVIL
48. EXITO EN EL NEGOCIO
    SUCCESS IN BUSINESS
49. ESPIRITU VENCEDOR
    CONQUERING ANGEL
50. FORTUNA
    FORTUNE
51. FUERZA Y AGARRE
    STRENGTH & INFLUENCE
52. FUERZA Y SUGESTION
    STRENGTH & SUGESTION
53. GERANIO
    GERANIUM
54. GERASOL
55. GUARDA CUERPO
    GUARD YOUR BODY

56. GUARDA CASA
    GUARD YOUR HOME
57. GARDENIA
58. HARAS MI VOLUNTAD
    DO AS I SAY
59. INDIO
    INDIAN
60. ILANG ILANG
    YLANG YLANG
61. GRAN PODER
    DIVINE SAVIOR
62. JUAN CONQUISTADOR
    JOHN THE CONQUEROR
63. JAZMIN
    JASMINE
64. LLAMATIVE
    TO BE CALLED ON
65. MANO SANTA
    HOLY HAND
66. MEJORANA
    MARJORAM
67. MENTA
    PEPPERMINT
68. MUSK
    ALMIZCLE
69. MANO PODEROSA
    HELPING HAND
70. NO ME ABANDONES
    DON'T ABANDON ME
71. NO ME OLVIDES
    DON'T FORGET ME
72. OLVIDAME
    FORGET ME
73. ORO
    GOLD
74. ORO Y PLATA
    GOLD & SILVER
75. OCHUN
    CARIDAD DEL COBRE
76. PAZ DEL HOGAR
    PEACE IN THE HOME
77. PAZ ETERNA
    ETERNAL PEACE
78. PAZ Y JUSTICIA
    JUSTICE & PEACE
79. PENSAMIENTO LIGERO
    LOOSE THOUGHTS
80. PATCHOULI
    PATCHOULY
81. PLATA
    SILVER
82. PROSPERIDAD
    PROSPERITY

ALL POWDERS MADE IN WHITE OTHER COLORS UPON REQUEST

40c ea
$3.60 dz of one kind

5601. ADAM & EVE (ADAN & EVA)
5602. AGAISNT HARM (CONTRA MALEFICIOS)
5603. AGAISNT LIGATURE ASTRAL (CONTRA LIGADURA ASTRAL)
5604. AGAISNT WHITE AND BLACK MAGIC (CONTRA MAGIA NEGRA Y BLANCA)
5605. AJO MACHO
5606. ALGIERS (ARGEL)
5607. ALTER (ALTERAR)
5608. AMERICAN VOODOO (VUDU AMERICANO)
5609. ANCIENT WISDOM (PRUDENCIA ANTIGUO)
5610. A NEW LIFE (DE LA NUEVA VIDA)
5611. ANGEL FROM PARADISE (ANGEL DE PARAISO)
5612. AQUARIUS (ACUARIO)
5613. ARIES
5614. AS YOU PLEASE (COMO USTED QUERER)
5615. ATTRACTION (ATRACCION)
5616. ATTRACTION FOR LOVE (ATRACCION DE AMOR)
5617. ATTRACTION FOR MONEY (ATRACCION DE DINERO)
5618. BAT'S BLOOD (SANGRE DE MURCIELAGO)
5619. BEND OVER (INCLINARSE)
5620. BETTER BUSINESS (MEJOR NEGOCIO)
5621. BIBLE (BIBLA)
5622. BLACK (NEGRO)
5623. BLACK ART (ARTE NEGRO)
5624. BLACK CAT (HEXING) (GATO NEGRO)
5625. BLACK CAT (FOR LOVE)(GATO NEGRO PARA AMOR)
5626. BLACK CHICKEN (GALLINA NEGRA)
5627. BLACK DEVIL (DIABLO NEGRO)
5628. BLACK MUS (MUS NEGRO)
5629. BLESSING (BENDICION)
5630. BLOCK BUSTER (BOMBA DE DEMOLACION)
5631. BOSS FIX (ARREGLAR EL HEFE)
5632. BREAK UP (SEPARARSE)
5633. BRIDES VEL (VELA DE NOVIA)
5634. CANCER
5635. CAPRICORN (CAPRICORNIO)
5636. CHANGO MACHO
5637. CHUPARROSA (HUMMINGBIRD)
5638. CLEOMAY
5639. CLEOPATRA
5640. COME TO ME (VEN A MI)
5641. COMMANDING (DOMINANTE)
5642. COMPELLING (APREMIANTE)
5643. CONFUSION
5644. CONGO
5645. CONQUERING (CONQUISTAR)
5646. CONTROLLING (CONTROLANDO)
5647. CONVICT (CONVICTO)
5648. COUNTERACTING (CONTRARRESTAR)
5649. COURT CASE (CAUSA DE CORTE)
5650. CROSSING (CRUZANDO)
5651. CROSS OF CARAVACA (CRUZ DE CARAVACA)

5652. CUPID (CUPIDO)
5653. DAMNATION (DAMNACION)
5654. DEL NINO FIDENCIO
5655. DEVILS GUTS (TRIPAS DE DIABLO)
5656. DEVIL SHOESTRING (SCENTA DE DIABLO)
5657. DIVINE PROVIDENCE (DIVINA PROVIDENCIA)
5658. DO AS I SAY (HAZ COMO TE DIGO)
5659. DO AS I WISH (HARAS MI VOLUNTAD)
5660. DOMINATING (DOMINAR)
5661. DOUBLE CROSS (TRAICION)
5662. DRAW ACROSS (ESCRIBIR UNA CRUZ)
5663. DRAWING (REVENIDO)
5664. DUME (FATALIDAD)
5665. EASY LIFE (VIDA FACIL)
5666. EGG SHELL (CASCARA DE HUEVO)
5667. FAST LUCK (SUERTE RAPIDA)
5668. FIERY WALL OF PROTECTION (ARDIENTE PARED DE PROTECCION)
5669. FIRE OF LOVE (LLUMBRE DE AMOR)
5670. FLAMES OF PASSION (LLAMA DE PASSION)
5671. FOR A MAN TO LOVE YOU (CARINOSO)
5672. FOR LOVE (PARA AMOR)
5673. FOUR ACES (CUARTO ASES)
5674. FOUR WINDS (CUARTO VIENTOS)
5675. FRENCH LOVE (AMOR FRANCES)
5676. GAMBLING (JUEGO)
5677. GEMINI (GEMINIS)
5678. GENUINE POWDER THE GREAT MAGIC CIRCLE OF SATURDAYS (DEL GRAN CIRCULO MAGICO DE LOS SABADOS)
5679. GERMAN (ALEMAN)
5680. GET A JOB (OBTENER TRABAJO)
5681. GET AWAY (RETIRO)
5682. GODDESS OF LOVE (DIOSA DE AMOR)
5683. GOLD AND SILVER (ORO Y PLATA)
5684. GOOD FORTUNE (FORTUNA BUENA)
5685. GOOD LUCK (BUENA SUERTE)
5686. GOOFER DUST (POLVO DE MUERTO)
5687. GRAVEYARD DUST (POLVO DE CEMENTARIO)
5688. GRIS GRIS
5689. GUARDIAN ANGEL (ANGEL DE LA GUARDA)
5690. HATE (ODIO)
5691. HEALING (CURANDO)
5692. HEART OF SWALLOW (CORAZON DE GOLONDRINA)
5693. HELPING HAND (MANO PODEROSA)
5694. HIGH ALTER (ALTERAR ALTO)
5695. HIGH JOHN THE OCNQUEROR (JUAN EL CONQUISTADOR)
5696. HORN OF PLENTY (CUERNO DE ABUNDANCIA)
5697. HOT FOOT (PIES CALLENTE)
5698. HUMILIATING HUNCHBACK (JOROBADO HUMILLANTE)
5699. I CAN MORE THAN YOU CAN (YO PUEDO MAS QUE TU)
5700. I COMMAND MY MAN (YO DOMINO A MI HOMBRE

THE POWDERS ARE MADE IN 3x5 PLASTICS IDEAL FOR PEGBOARD

PAPA JIM POWDER'S
.40¢ ea
$98.60 Per Pound

ALL POWDERS MADE IN WHITE OTHER COLORS UPON REQUEST

5701. I DOMINATE MY WOMAN (YO DOMINO A MI MUJER)
5702. INFLAMMATORY CONFUSION (INCENDIARIO CONFUSION)
5703. IRRESISTABLE
5704. JAMAICAN BUSH (ARBUSTO DE JAMAICANO)
5705. JEALOUSY (CELOS)
5706. JINX (MAL DE OJO)
5707. JINX REMOVING (CORTA FLUIDO)
5708. JOB BREAKER (QUEBRA TRABAJO)
5709. JUPITOR
5710. JURY WINNING (GANANDO LOS JURADOS)
5711. JUST JUDGE (JUSTO JUEZ)
5712. KEEP AWAY ENEMIES (CONTRA ENEMIGOS)
5713. KEEP AWAY HATE (CONTRA ODIO)
5714. KEEP AWAY SPIRITS (CONTRA ESPIRITUS)
5715. KING MIDAS (REY MIDAS)
5716. KING SOLOMON (REY SALOMON)
5717. LADY LUCK (SUERTE DE DAMA)
5718. LAW STAY AWAY (QUEDARSE LEJOS LEY)
5719. LEO (LEON)
5720. LIBRA
5721. LODESTONE (PIEDRA IMAN)
5722. LOVE (AMOR)
5723. LOVEABLE 13 ( 13 CARINOSO)
5724. LOVE BREAKER (QUEBRAR AMOR)
5725. LOVE FIRE (LLUMBRE DE AMOR)
5726. LOVERS (AMANTES)
5727. LUCKY BINGO (SUERTE DE BINGO)
5728. LUCKY HAND (MANO DE SUERTE)
5729. LUCKY PLANET (PLANETA DE SUERTE)
5730. MADAME X ( MUJER X )
5731. MAGIC (MAGICO ABORRECIDO POR TODOS)
5732. MAGIC OF LOVE (SORTELEGIO DE AMOR)
5733. MAGIC POWDER NEVER FORGET ME AND LOVE ME FOREVER (QUIEREME Y NUNCA ME OLVIDES )
5734. MAGNET (IMAN)
5735. MARVELOUS (MARAVILLOSO)
5736. MATRIMONY (MATRIMONIAL)
5737. MONEY DRAWING (ATRAYENTE DE DINERO)
5738. MOVE IN (MOVERSE)
5739. MOVE OUT (MOVERSE PARA FUERA)
5740. MOVING (MOVIENDO)
5741. MYSTIC POWERS (PODERES MISTICOS)
5742. NECROMANCY (NECROMANCIA)
5743. NEW ORLEANS
5744. NUMBER NINE (NUMERO NUEVE)
5745. OF THE HORSESHOE (DE LA HERRADURA)
5746. ORIENTAL
5747. ORIENTAL PERFUME (AROMA ORIENTAL)
5748. ORRIS (FLORENCIA)
5749. PANCHO VILLA
5750. PARTING (DE PARTIDA)
5751. PEACE (PAZ)
5752. PEACEFUL HOME (PAZ EN EL HOGAR)

5753. PISCES (PISCIS)
5754. POWER (PODER)
5755. PROSPERITY (PROSPERIDAD)
5756. PROTECTION (PROTECCION)
5757. PROTECTION FROM ENVY (PROTECCION DE ENVIDIA)
5758. PROTECTION FROM HARM (PROTECCION DE DANO)
5759. PROTECTION OF MONEY (PROTECCION DE DINERO)
5760. PSYCHIC POWERS (PODERES PSIQUICO)
5761. QUEEN OF SHEBA (REYNA DE SABA)
5762. QUEEN OF THE NIGHT (REYNA DE LA NOCHE)
5763. QUICK JOB (TRABAJO RAPIDO)
5764. QUICK LUCK IN BINGO (SUERTE RAPIDA EN BINGO)
5765. RECONCILIATION (RECONCILIACION)
5766. RED DRAGON (DRAGON ROJO)
5767. REMOVING (REMOVER)
5768. RETURN TO ME (REGRESA A MI)
5769. REVERSIBLE
5770. REY CAMALEON
5771. RUN DEVIL RUN (CORRE DIABLO CORRE)
5772. SACRED HEART OF JESUS (SAGRADO CORAZON DE JESUS)
5773. SACRED SAINT SIBILLA (SAGRADA SABILA)
5774. SAGITTARIUS (SAGITARIO)
5775. SAINT ALEX (SAN ALEJO)
5776. SAINT ANTHONY (SAN ANTONIO)
5777. SAINT CIPRIANO (SAN CIPRIANO)
5778. SAINT IGNACIO DE LOYOLA
5779. SAINT JOSEPH (SAN JOSE)
5780. SAINT JUDE (SAN JUDAS)
5781. SAINT LAZARUS (SAN LAZARO)
5782. SAINT MARTHA (SANTA MARTA)
5783. SAINT MARTIN CABALLERO
5784. SAINT MICHAEL (SAN MIGUEL)
5785. SAINT RAYMOND (SAN RAMON)
5786. SANDBURR (YERBA MORA)
5787. SANTO JUICIO
5788. SATAN BE GONE (VETE DIABLO)
5789. SCORPIO (ESCORPION)
5790. SEAL OF VENUS (EL SELLO DE VENUS)
5791. SECRET OF LOVE (SECRETA DE AMOR)
5792. SEPERATION (SEPARACION)
5793. SEVEN AFRICAN POWERS (SIETE POTENCIAS AFRICANAS)
5794. SEVEN MEN (SIETE MACHOS)
5795. SEVEN POWERS (SIETE PODERES)
5796. SKULL FOR LOVE (CALAVERA PARA AMOR)
5797. SOAP OF PLAYERS (JABON DE JUGADORES)
5798. SPIRITUAL (ESPIRITUAL)
5799. STAR FOR HAPPINESS IN YOUR HOME (ESTRELLA PARA FELICIDAD EN SU HOGAR)
5800. STAY AT HOME (QUEDARSE EN CASA)
5801. STAY AWAY (QUEDARSE LEJOS)
5802. STOP GOSSIP (TAPA BOCAS)
5803. SUCCESS (TRIUNFO)

PAPA JIM POWDERS                              $3.60 dz of one kind

5804. SUCCESS AND GOOD FORTUNE AT
      YOUR BUSINESS (EXITO EN SUS
      NEGOCIO)
5805. SUPERNATURAL (SOBRENATURAL)
5806. TAMING (AMANSAMIENTO)
5807. TAURUS (TAURO)
5808. TEASING LOVERS
5809. THE BROOM (LA ESCOBA)
5810. THE BROOM FOR PROTECTION (LA
      ESCOBA PARA PROTECCION)
5811. THE COYOTE
5812. THE DRAGON (DEL DRAGON)
5813. THE FROG (DEL SAPO)
5814. THE JUDEING SCYTHE (LA GUADANA
      JUZGADORA)
5815. THE POWERFUL HAND (LA MANO
      PODEROSA)
5816. THE SEVEN POWERS (SIETE PODERES)
5817. THOUSAND FLOWERS (MIL FLORES)
5818. TIGER GOOD LUCK IN GAMBLING
      (TIGRE DE BUENA SUERTE)
5819. TO FORGET (DEL OLVIDO)
5820. TO GET RID OF (SAL PA FUERA)
5821. TRUSTWORTHY HUSBAND (ESPOSO
      COMPLIDOR)
5822. UNCROSSING (DESCRUZANDO)
5823. UNHEXING (QUETANDO MALEFICIO)
5824. VAN VAN
5825. VENUS
5826. VENUS COME TO ME (VENUS DE VEN A MI)
5827. VESTA
5828. VICTORY OVER EVIL (TRIUNFO SOBRE
      MAL)
5829. VIRGEN DE GUADALUPE
5830. VIRGO
5831. VOLADORE
5832. VOODOO (VUDU)
5833. WALL BREAKER (QUEBRA PARED)
5834. WAR (GUERRA)
5835. WEALTHY WAY (MODO RICO)
5836. WHITE MUS (MUS BLANCA)
5837. WISHING (DESEOS)
5838. WITCH AGAINST WITCHCRAFT ( DE LA
      BRUJA CONTRA MALEFICIOS)
5839. ZORRA
5840. PYRAMID (PIRAMIDE)
5841. UNICORN (UNICORNIO)
5842. THREE SKULLS (SANTISIMA MUERTE)
5843. NINO DE ATOCHA
5844. STEADY WORK (TRABAJO ESTABLE)
5845. I HAVE YOU TIED AND NAILED (TE
      TENGO AMARRADO Y CLAVETEADO)
5846. ROAD OPENER (ABRE CAMINO)
5847. TEMPATION OF LOVE (TENTACION
      DE AMOR)
5848. GOONA GOONA

5849. THINK OF ME (PENSA EN MI)
5850.
5851. SAINT CLARA
5852. BUDA
5853. DESTRIERRO
5854. STUDENT (ESTUDIANTE)

SACHET POWDER
$2.00 a lb

COLORS
WHITE
RED
GREEN
YELLOW
PINK
BLUE
PURPLE
ORANGE
BROWN
BLACK
GRAY

INCENSE LABLED
IN SPANISH & ENGLISH
Case 2:19-cv-01018-VAP-AGR Document 29 Filed 04/30/19 Page 60 of 98 Page ID #:164
$3.60 a dz of one kind

5000. ABTINA
5001. ADAM & EVE (ADAN & EVA)
5002. AJO MACHO
5003. ALGIERS FAST LUCK
(SUERTE RAPIDA CON ARGEL)
5004. ALTER (ALTERAR)
5005. ANGEL
5006. AQUARIUS (ACUARIO)
5007. ARAB-KA SOU DAGOR
5008. ARIES
5009. ASTARTE
5010. AS YOU PLEASE (COMO TU
QUERRES)
5011. ATTRACTION (ATRACCION)
5012. BANISHING (DESTERAR)
5013. BAT'S BLOOD (SANGRE DE
MURCIELAGO)
5014. BAT'S EYE (OJO DE
MURCIELAGO)
5015. BAT'S HEART (CORAZON DE
MURCIELAGO)
5016. BEND OVER (INCLINARSE)
5017. BENIFICIAL DREAM (SUENO
BENIFICIO)
5018. BETTER BUSINESS (MEJOR
NEGOCIO)
5019. BIBLE (BIBLA)
5020. BINGO
5021. BLACK (NEGRO)
5022. BLACK ART (ARTE NEGRO)
5023. BLACK CAT (GATO NEGRO)
5024. BLESSED MARY (BENDITA MARIA)
5025. BLOCK BUSTER (BOMBA DE
DEMOLACION)
5026. BOSS FIX (AREGLAR EL HEFE)
5027. BREAK UP (SEPARARSE)
5028. BROWN (CAFE)
5029. BUCKEYE (CASTANO DE INDIAS)
5030. BUDDHA (BUDA)
5031. CANCER
5032. CANDLE (VELA)
5033. CAPRICORN (CAPRICORNIO)
5034. CAST OFF EVIL (REMOVER
DANO)
5035. CAT'S BLOOD (SANGRE DE GATO)
5036. CAT'S EYE (OJO DE GATO)
5037. CEREMONIAL
5038. CHANGO MACHO
5039. CHERRY (CEREZO)
5040. CHINESE (CHINO)
5041. CHUPARROSA (HUMMINGBIRD)
5042. CHURCH (IGLESIA)
5043. CLEO MAY
5044. CLEOPATRA
5045. COME TO ME (VEN A MI)
5046. COMMANDING (DOMINARTE)

5047. COMPELLING (APREMIANTE)
5048. CONCENTRATING (CONCENTRACION)
5049. CONFUSION
5050. CONGO
5051. CONQUERING GLORY (CONQUISTAR
GLORIA)
5052. CONQUEROR (CONQUISTADOR)
5053. CONTROLLING (CONTROLANDO)
5054. COURT CASE (CAUSA DE CORTE)
5055. CRAZY ABOUT MY LOVE (LOCO DE
MI AMOR)
5056. CROSSING (CRUZANDO)
5057. CROSS OF CARAVACA (CRUZ DE
CARAVACA)
5058. CROWN OF SUCCESS (CORONA DE
TRUINFO)
5059. CRUCIBLE OF COURAGE (CRISOL DE
VALOR)
5060. DAMNATION (CONDENACION)
5061. DEVIL MASTER (DIVINO DIABLO)
5062. DIVINE SAVIOR (SALVADOR DIVINO)
5063. DO AS I SAY (HARAS MI VOLUNTAD)
5064. DOMINATION (DOMINACION)
5065. DOUBLE CROSS (TRAICION)
5066. DOUBLE FAST LUCK (DOBLE SUERTE
RAPIDA)
5067. DOVE'S BLOOD (SANGRE DE PALOMA)
5068. DOVE'S HEART (CORAZON DE PALOMA)
5069. DRAGON'S BLOOD (SANGRE DE DRAGON)
5070. DRAW BACK (DESVENTAJA)
5071. DREAM (SUENO)
5072. DRESSING (ADEREZO)
5073. DUME
5074. EGYPTIAN (EGIPCIO)
5075. FAST LUCK (SUERTE RAPIDA)
5076. FAST SUCCESS (TRUINFO RAPIDO)
5077. FIERY COMMAND (ARDIENTE ORDEN)
5078. FIERY WALL OF PROTECTION (PADER
ARDIENTE DE PROTECCION)
5079. FIRE OF LOVE (LLUMBRE DE AMOR)
5080. FIRE OF PASSION (LLUMBRE DE
PASION)
5081. FLAMING POWER (LLAMEANTE PODER)
5082. FOLLOW ME (SEGE MI)
5083. FORTUNE TELLER (ADIVINO)
5084. FOUR WINDS (QUARTO VIENTOS)
5085. FRANKINCENSE (OLIBANO)
5086. FRENCH LOVE (AMOR FRANCES)
5087. GAMBLERS (JUGADORES)
5088. GEMINI (GEMINIS)
5089. GLOW OF ATTRACTION (ATTRACCION
BRILLANTE)
5090. GO AWAY (IRSE)
5091. GOLD (ORO)
5092. GOLDEN ORIENT (ORIENTE AUERO)
5093. GOLDEN SOVERIEGH (SUPREMO AUERO)

5094. GOOD FINANCE (FINANZAS BUENOS)
5095. GOOD LUCK MYSTIC (BUENA SUERTE MISTICO)
5096. GOOD LUCK SPIRITUAL (BUENA SUERTE ESPIRITUAL)
5097. GOONA GOONA
5098. GRAY (PLOMIZO)
5099. GREEN MONEY (DINERO VERDE)
5100. GUARDIAN ANGEL (ANGEL DE LA GUARDA)
5101. HAPPY HOME (HOGAR FELIZ)
5102. HAS NO HANNA
5103. HEALING (CURANDO)
5104. HELPING HAND (MANO PODEROSA)
5105. HERB OIL (ACIETE DE YERBA)
5106. HIGH ALTER (ALTERAR SUPREMO)
5107. HOLY (BENDITO)
5108. HOLY TRINITY (SANTISIMA TRINIDAD)
5109. HOLT FOOR (PUES CALINTES)
5110. HOUSE BLESSING (BENDICION AL HOGAR)
5111. I CAN MORE THAN YOU CAN (YO PUEDO MAS QUE TU)
5112. I CAN YOU CAN'T ( YO PUEDO TU NO)
5113. INDIAN SPIRIT (ESPIRITU DE INDIO)
5114. INFLAMMATORY CONFUSION (IN-FLAMATORIO CONFUSION)
5115. JASMINE (JAZMIN)
5116. JINX BLACK (MAL INCIENSO NEGRO)
5117. JINX KILLER (MATA LO MAL)
5118. JINX REMOVING (CORTA FLUIDO)
5119. JOB (TRABAJO)
5120. JOHN THE CONQUEROR (JUAN EL CONQUISTADOR)
5121. JUAN MINERO
5122. JUPITOR
5123. JUST JUDGE (JUSTO JUEZ)
5124. JYOTI
5125. KEEP AWAY ENEMIES (CONTRA ENEMIGOS)
5126. KEEP AWAY EVIL (CONTRA MALDAD)
5127. KEEP AWAY HATE (CONTRA ODIO)
5128. KINDLY SPIRIT (ESPIRITU COMPASIVO)
5129. KING SOLOMON (REY SALOMON)
5130. KYPHI
5131. LADY LUCK (DAMA DE SUERTE)
5132. LA MILAGROSA
5133. LAVENDAR (ALHUCEMA)
5134. LAW STAY AWAY (CONTRA LA LEY)
5135. LAXMI DHOOP
5136. LEO (LEON)
5137. LIBRA

5138. LODESTONE (PIEDRA IMAN)
5139. LONELY SOUL (ANIMA SOLA)
5140. LOVE (AMOR)
5141. LOVE BREAKER (QUEBRAR AMOR)
5142. LOVE DRAWING (ATRAYENTE DE AMOR)
5143. LOVE ME (QUIEREME)
5144. LUCKY BINGO
5145. LUCKY DREAM (SUENO DE SUERTE)
5146. LUCKY HAND (MANO DE SUERTE)
5147. LUCKY LOTTERY (LOTTERIA DE SUERTE )
5148. LUCKY MASTER (MAESTRO DE SUERTE)
5149. LUCKY MOJO (MOJO DE SUERTE)
5150. LUCKY PLANET (PLANETA DE SUERTE )
5151. LUCKY PLAY (JUEGO DE SUERTE)
5152. LUCKY SEVEN (SIETE DE SUERTE)
5153. MAGNET (IMAN)
5154. MAKE YOUR WISH (ASE TU DESEO)
5155. MEDITATION (MEDITACION)
5156. MONEY DRAWING (ATRAYENTE DE DINERO)
5157. MOVING IN (TOMAR POSESION)
5158. MOVING OUT (IRSE)
5159. MYRRH (MIRRA)
5160. MYSTIC (RITUALS MISTICO)
5161. MYSTIC CUBE (CUBO MYSTICO)
5162. NINO DE ATOCHE
5163. NINO FIDENCIO
5164. ORIENTAL
5165. ORRIS ROOT (FLORENCIA)
5166. OUR LADY OF GUADALUPE (NUESTRA SENORA DE GUADALUPE)
5167. OUR LADY OF PERPETUAL HELP (NUESTRA SENORA DE PERPETUO SOCCORRO)
5168. PANCHO VILLA
5169. PARTING (PARTIENDO)
5170. PATCHOULY (PATCHULI)
5171. PEACE (PAZ)
5172. PEACEFUL HOME (PAZ EN HOGAR)
5173. PINEAPPLE (PINA)
5174. PISCES
5175. POWER (PODER)
5176. PROSPERITY (PROSPERIDAD)
5177. PROTECTION (PROTECCION)
5178. PROTECTION FROM ENVY (PROTECCION DE ENVIDIA)
5179. PROTECTION FROM HARM (PROTECCION DE DANO)
5180. QUICK MONEY (DINERO RAPIDO)
5181. RAMA DREAM
5182. RED DRAGON (DRAGON ROJO)
5183. REVERSIBLE
5184. REY CHAMALEON
5185. ROAD OPENER (ABRE CAMINO)
5286. ROSE OF CRUCIFIXION

5187. RUN DEVIL RUN (CORRE DIABLO
       CORRE)
5188. SACRED HEART OF JESUS (SAGRADO
       CORAZON DE JESUS)
5189. SAGITTARIUS (SAGITARIO)
5190. SAINT ALEX (SAN ALEJO
5191. SAINT ANTHONY (SAN ANTONIO)
5192. SAINT BARBARA
5193. SAINT CIPRIANO
5194. SAINT EXPEDITUS
5195. SAINT FRANCES (SAN FRANSISCO)
5196. SAINT IGNACIO DE LOYOLA
5197. SAINT JOSEPH (SAN JOSE)
5198. SAINT JUDE (SAN JUDAS)
5199. SAINT LAZARO
5200. SAINT MARTHA
5201. SAINT MARTIN (SAN MARTIN
       CABALLERO)
5202. SAINT MARTIN DE PORRES
5203. SAINT RAYMOND (SAN RAMON)
5204. SANDALWOOD (SANDAL)
5205. SATISIMA MUERTE
5206. SATAN BE GONE (VETE DIABLO)
5207. SCORPIO (ESCORPION)
5208. SEVEN AFRICAN POWERS (SIETE
       POTENCIAS AFRICANIAS)
5209. SEVEN MEN (SIETE MACHOS)
5210. SPECIAL FAST LUCK (ESPECIAL SUERTE
       RAPIDA)
5211. SPELL BREAKER (QUEBRA CONJUROS)
5212. STAY AT HOME (HOGAREÑO)
5213. STEADY WORK (TRABAJO CONSERVAR)
5214. SUCCESS (TRIUNFO)
5215. SWALLOW'S BLOOD (SANGRE DE
       GOLONDRINA)
5216. SWALLOW'S EYE (OJO DE GOLONDRINA)
5217. SWALLOW'S HEART (CORAZON DE
       GOLONDRINA)
5218. TAURUS (TAURO)
5219. THREE SKULLS (SAGRADA MUERTE)
5220. UNCROSSING (DESCRUZANDO)
5221. VAN VAN
5222. VENUS
5223. VIRGEN DE CARMEN
5224. VIRGEN DE COBRE
5225. VIREGEN DE SAN JUAN
5226. VIRGO
5227. VOODOO (VUDU)
5228. WEALTHY WAY (MODO RICO)
5229. WISHING (MOJO)
5230. WITCH (BRUJA)
5231. WOLVES BLOOD (SANGRE DE LOBO)
5232. WOLVES EYE (OJO DE LOBO)
5233. WOLVES HEART (CORAZON DE LOBO)
5234. ELLEGUA
5235. ST MICHEAL (SAN MIGUEL)

FRAGRANCE INCENSE IN BULK
$2.00 PER POUND
10 lbs OR MORE PER ONE COLOR $1.00 A POUND

| COLORS | FRAGRANCE |
|--------|-----------|
| BLACK | WISTERIA |
| BLUE | JASMINE |
| BROWN | SANDALWOOD |
| GOLD | PEACH |
| GREEN | PINE |
| NATURAL | TULIP |
| ORANGE | LILAC |
| PURPLE | LILAC |
| PINK | MAGNOLIA |
| RED | ROSE |
| WHITE | VANILLA |
| YELLOW | ORCHID |

COLORED UNSCENTED POWDERED INCENSE
2.00 PER POUND
10lbs OR MORE PER ONE COLOR $1.00 A POUND

COLORS
BLACK
BLUE
BROWN
GOLD
GREEN
NATURAL
ORANGE
PURPLE
PINK
RED
WHITE
YELLOW

THESE ARE OTHER INCENSE WE CARRY THAT
ARE BURNT ON CHARCOAL

GLORIA INCENSE F-8 1 lb .........10.00
GLORIA POWDER INCENSE 1 lb ......10.00
THREE KINGS INCENSE 1 lb .......10.00
THREE KINGS INCENSE IN A BOX
36 PACKAGES TO A BOX
.85¢ A PACK OR        A BOX

THREE KINGS CHARCOAL  20 ROLLS TO A BOX
.60¢ea or 11.00 A BOX

BRASS ALLADIN LAMP TYPE INCENSE BURNER
4" - $1.30 ea
6" - $2.60 ea
10" - $9.75 ea

BRASS HANGING INCENSE BURNERS
4" -$1.65
6" -$2.60

THESE MUST BE BURNT ON CHARCOAL

SAHUMERIO COMPUESTO 1oz 75¢
BY THE POUND $8.00
SPECIAL GOOD LUCK INCENSE 1oz 75¢
BY THE POUND $6.00
SPECIAL LOVE/ATTRACTION  1oz 75¢
BY THE POUND $8.00

THESE ARE RESIN INCENSE

MYRRH & FRANKINCENSE POWDER 1oz 60¢
BY THE POUND $6.00
MYRRH GUM POWDER 1oz 60¢
BY THE POUND $7.30
MYRRH GUM CUT 1oz 60¢
BY THE POUND $5.80
COPAL WHITE 1oz 60¢
BY THE POUND $4.00
COPAL YELLOW 1oz 60¢
BY THE POUND $4.00
SANDALWOOD POWDER BROWN 1oz 60¢
BY THE POUND $7.00
SANDALWOOD POWDER RED 1oz 60¢
BY THE POUND $5.50
FRANKINCENSE POWDER 1oz 60¢
BY THE POUND $5.00
FRANKINCENSE SIFTING 1oz 60¢
BY THE POUND $5.60
FRANKINCENSE TEARS 1oz 60¢
BY THE POUND $5.35
BRIMSTONE (SULFAR) 1oz 60¢
BY THE POUND $4.00

---

INCENSE IN LARGE ENVELOPES
2½oz $1.00 ea

7 INDIAN TOBACCO
HIGH JOHN THE CONQUEROR
COCOANUT
7 AFRICAN MONEY FRUIT
JINX REMOVING
EL CURENDERO (MEDICINE MAN)
CHANGO MACHO
LA MADAMA (FORTUNE TELLER)
BUDDAH
ELEGUA
MONEY HOUSE BLESSING
7 AFRICAN POWER - $1.50

SAHUMERIOS
.40 ¢ ea
3.60 a dz OF ONE KIND

ESTORAQUE
ESTORAQUE NEGRO
SAN CIPRIANO
CORTA MALDAD(AGAINST HARM)
SANTA MARTA
CONTRA ENVIDIAS ( AGAINST ENVY)
SAN MIGUEL (SAINT MICHAEL)
SAN IGNACIO DE LOYOLA
GUADALUPANO
NINO ATOCHA
REY SALOMON(KING SOLOMON)
DEL RETIRO (GET AWAY)
ORO Y PLATA (GOLD & SILVER)
HERRADURA (HORSESHOE)
DEL GATO NEGRO NO ME OLVIDES
SAN ANTONIO (SAINT ANTHONY)
MANO PODEROSO (HELPING HAND)
ABRE CAMINO (ROAD OPENER)
FLOR DE SANDALO (SANDALWOOD)
CHUPARROSA (HUMMINGBIRD)
SABILA SAGRADA (ALOE VERA)
CALLAR CHISMES (STOP GOSSIP)
SAN JUDAS (SAINT JUDE)
PANCHO VILLA
SAN ALEJO (SAINT ALEX)
SAHUMERIO MARAVILLOSO
PEDRITO JARAMILLO
BUENA SUERTE (GOOD LUCK)
SIETE POTENCIAS (7 AFRICAN POWERS)
4 VIENTOS (FOUR WINDS)
NINO FIDENCIO
DIVINA PROVIDENCIA (HOLY TRINITY)

SPANISH WATERS          $1.00 PER 8oz BOTTLE

7000. AGAINST HARM (CONTRA DANOS)
7001. BLACK CAT DON'T FORGET ME,
      LOVE ME (NO ME OLVIDES Y
      QUIEREME SIEMPRE)
7002. CARIDAD DE COBRE
7003. COME TO ME (VEN CON MIGO)
7004. CONQUEROR (VENCEDOR)
7005. CONTROLLING (CONTROLANDO)
7006. COURT CASE (ASUNTO DE LEY)
7007. CROSS DE CARAVACA
7008. DON PEDRITO JARAMILLO
7009. DOUBLE FAST LUCK (DOBLE
      SUERTE RAPIDA)
7010. FOUR POWERS (QUARTO VIENTOS)
7011. GET AWAY (RETIRO)
7012. GOLD & SILVER (ORO Y PLATA)
7013. GOOD LUCK & PROTECTION
      (BUENA SUERTE Y PROTECCION)
7014. GOOD LUCK IN GAMBLING &
      LOTTERY (BUENA SUERTE EN
      JUEGO Y LOTERIA)
7015. GUARDIAN ANGEL (ANGEL GUARDA)
7016. HAPPINESS & PEACE IN THE HOME
      (FELICIDAD Y PAZ EN EL HOGAR)
7017. HELPING HAND (MANO PODEROSA)
7018. HOLY SPIRIT (ESPIRITU SANTO)
7019. HOLY TRINITY (SANTISIMA
      TRINIDAD)
7020. HORN OF PLENTY (CUERNO DE
      ABUNDANCIA)
7021. HORSESHOE HERRADURA DEL
      TRABAJO
7022. HUMILIATING HUNCHBACK (JOROBADO)
7023. HUMMINGBIRD (CHUPARROSA)
7024. I CAN MORE THAN YOU CAN (YO
      PUEDO MAS QUE TU)
7025. I COMMAND YOU OBEY (YO DOMINO
      TU OBEDECES)
7026. I HAVE YOU TIED AND NAILED (TE
      TENGO AMMARRADO Y CLAVETADO)
7027. JINX REMOVING (ARRAZA CON TODO)
7028. JUAN MINERO
7029. JOHN THE CONQUEROR (JUAN EL
      CONQUISTADOR)
7030. JUST JUDGE (JUSTO JUEZ)
7031. KEEP AWAY EVIL (ALEJA
      DEMONIOS)
7032. LODESTONE (IMAN)
7033. LOVE (AMOR)
7034. LOVELY (CARINOSO)
7035. AJO MACHO
7036. MAKE ME WIN (ASME GANAR)
7037. MONEY COME TO ME (DINERO
      VEN A MI
7038. NINO FIDENCIO

7039. POWER AND FORTUNE (FUERZA
      Y FORTUNA)
7040. PROTECTION OF MONEY
      (PROTECTOR DE DINERO)
7041. PROTECTION FROM ENVY
      (CONTRA ENVIDIA)
7042. RED DRAGON (DRAGON ROJO)
7043. RETURN TO ME (REGRESA
      A MI)
7044. ROAD OPENER (ABRE CAMINO)
7045. ROSES (ROSAS)
7046. SAINT ALEX (SAN ALEJO)
7047. SAINT CHRISTOPHER (SAN
      CRISTOBAL)
7048. SAINT CIPRIANO
7049. SAINT IGNACIO DE LOYOLA
7050. SAINT JUDE (SAN JUDAS)
7051. SAINT MARTHA (SANTA MARTA)
7052. SAINT MARTIN CABALLERO
7053. SAINT MICHAEL (SAN MIGUEL)
7054. SAINT RAYMOND (SAN RAMON)
7055. SANDALWOOD (SANDALO)
7056. SEVEN AFRICAN POWERS
      (SIETE POTENCIAS AFRICANAS)
7057. STOP GOSSIP AND CUT TONGUES
      (TAPA BOCAS Y CORTA LENGUAS)
7058. THREE BUDDHAS (TRES BUDAS)
7059. THREE SKULLS (SANTISIMA
      MUERTE)
7060. VENUS
7061. WORK AND BUSINESS (TRABAJO
      Y NEGOCIO)
7062. SAINT CLARA

PAPA JIM WATERS          .75¢ea

DAMNATION WATER
GLORY WATER
MAR'S WATER
NOTRE DAME WATER
PEACE WATER
WAR WATER
FOUR THIEVES VINEGAR

SANGRIA ESPIRITUAL       $1.50

THIS IS A SPECIAL MIXTURE
USED TO CLEANSE ONE'S HOME

FLOORWASHES

8oz bottle                                          very good real liquid soap
$1.00 ea

1) ADAM & EVE (ADAN Y EVA)
2) AJO MACHO
3) ALGIERS (ARGEL)
4) ALL PURPOSE (PARA TOD)
5) ATTRACTION (ATRACCION)
6) BETTER BUSINESS (MEJOR NEGOCIO)
7) BREAK UP (SEPARARSE)
8) CHANGO MACHO (SANTA BARBARA)
9) CHINESE BLUE (CHINO AZUL)
10) CHINESE GREEN (CHINO VERDE)
11) CHINESE RED (CHINO ROJO)
12) CHINESE YELLO (CHINO AMARILLO)
13) COME TO ME (VEN A MI)
14) CONTROLLING (CONTROLANDO)
15) COURT CASE (CAUSA DE CORTE)
16) CROSS DE CARAVACA
17) DO AS I SAY (HARAS MI VOLUNTAD)
18) DAMNATION (CONDENACION)
19) DOMINATION (DOMINACION)
20) DRAGON BLOOD (SANGRE DE DRAGO)
21) EVIL REMOVING (REMOVIENDO MAL)
22) FAST LUCK (SUERTE RAPIDA)
23) GAMBLERS (JUGADORES)
24) GET AWAY (RETIRO)
25) HEALING (CURANDO)
26) HELPING HAND (MANO PODEROSA)
27) HIGH JOHN THE CONQUEROR (JUAN EL CONQUISTADOR)
28) HOLD MONEY (DETENER DINERO)
29) HOLY FLOOR (PIESO BENDITO)
30) JINX REMOVING (CORTA FLUIDO)
31) JOB (TRABAJO)
32) JUST JUDGE (JUSTO JUEZ)
33) KEEP AWAY ENEMIES (CONTRA ENEMIGOS)
34) KEEP AWAY HATE (CONTRA ODIO)
35) LADY LUCK (DAMA DE SUERTE)
36) LOVE ME (QUIERME)
37) LOVERS ATTRACTION (ATRACCION DE AMANTES)
38) LOUISIANA LUCKY SCRUB
39) LUCKY 13 (TRESE DE SUERTE)
40) LUCKY LOTTERY (LOTERIA DE SUERTE)
41) MONEY DRAWING (ATRAYENTE DE DINERO)
42) MOVE OUT (SAL PA FUERA)
43) PAPA JIM SPECIAL PURPOSE (ALGO ESPECIAL)
44) PATCHOULY (PATCHOULI)
45) PEACEFUL HOME (PAZ EN HOGAR)
46) PROTECTION FROM ENVY (PROTECCION DE ENVIDIA)
47) PROTECTION FROM HARM (PROTECCION DE DANO)
48) PROTECTION FROM EVIL (PROTECCION DE MAL)
49) RUN DEVIL RUN (CORRE DIABLO CORRE)
50) SAINT ALEX (SAN ALEJO)

51) SAINT CIPRIANO
52) SAINT JUDE (SAN JUDAS)
53) SAINT LAZARUS (SAN LAZARO)
54) SAINT MARTIN CABALLERO
55) SAINT MARTIN DE PORRES
56) SAINT MICHAEL (SAN MIGUEL)
57) SEVEN AFRICAN POWERS
    (SIETE POTENCIAS AFRICANAS)
58) STEADY WORK(TRABAJO
    ESTABLE)
59) STOP EVIL/PROTECTION
    (CONTRA MAL/PROTECCION)
60) SUCCESS (EXITO)
61) UNCROSSING (DESCRUZANDO)
62) VAN VAN - NEW ORLEANS
63) VIRGEN DEL COBRE
64) 9 AFRICAN POWERS (9
    POTENCIAS AFRICANAS)


THIS IS OUR BEST SELLER
ONCE YOUR CUSTOMERS START
TO USE THIS FLOORWASH THEY
WILL BE BACK FOR MORE
THIS IS A VERY GOOD PROFIT
ITEM

BY THE GALLON $10.00
THIS IS REAL GOOD
LIQUID SOAP

NIDIA PERFUME

PATCHOULI W/ROOT IN BLUE BOX    $1.50 ea $16.00 dz
IRRESISTIBLE                    $1.50 ea $15.00 dz
LUCKY ELEPHANT                  $1.50 ea $15.00 dz


NIDIA COLOGNES

PATCHOULI LOCION W/ROOT IN BLUE BOX $1.50 ea $16.00 dz
CUS CUS          $1.50 ea $15.00 dz
JOCKEY CLUB      $1.50 ea $15.00 dz
FOLLOW ME        $1.50 ea $15.00 dz
-------------------------------------------------------------------

KOLONIA 1800 CON VETIVER 4oz     $2.25 ea
POMPEIA LARGE 3 3/4 oz           $3.50 ea
POMPEIA SMALL   3/4oz            $1.75 ea


FLORIDA WATER 7 ½ oz      $18.00 a box (12 to a box)
FLORIDA WATER COLOGNE 7½oz $19.00 a box 912 to a box)
ROSE COLOGNE 4oz  $1.25 ea $14.00 a doz
ORANGE BLOSSOM COLOGNE    $1.25 ea  $14.00 a doz


HI JOHN CONQUEROR W/ROOT $1.10 ea   $9.00 a doz
LODESTONE W/STONE    $1.10 ea    $9.00 a doz

-----

PAPA JIM BATH SALTS                      4oz jar
                                         .85¢ each


BS-100   ADAM AND EVE - FOR BRINGING A LOVER TO YOU , OR TO KEEP A LOVER
BS-101   COME TO ME - TO BRING GOOD THINGS TO YOU LIKE MONEY , OR LOVE
BS-102   CONDITION - USED TO HELP YOU IN ANY TYPE OF GOOD LUCK CONDITION NEEDED
BS-103   DRAGON'S BLOOD - PROTECTIVE BATH , ATTRACTS PEACE OF MIND AND LOVE
BS-104   FAST LUCK - TO BRING FAST LUCK TO YOU IN ANY SITUATION
BS-105   GAMBLERS - SHOULD BE USED BY ALL TYPES OF GAMBLERS
BS-106   HEALING - WHEN PEOPLE ARE SICK , SHOULD BE COMBINED WITH CLEANSING
BS-107   HIGH JOHN THE CONQUEROR- BRINGS UNBELIEVEABLE AMOUNT OF GOOD LUCK
BS-108   HOT FOOT - CAUSES TEMPORARY SUFFERING TO AN ENEMY , USED TO SPRINKLE AN ENEMY
BS-109   JINX REMOVING - TO REMOVE ANYTHING ANY ONE HAS DONE TO YOU
BS-110   LOVER'S - TO BRING TWO LOVERS TOGETHER , OR TO GET A NEW LOVER
BS-111   MONEY DRAWING - TO HELP BRING MONEY TO YOU
BS-112   PEACEFUL HOME - TO BRING PEACE TO YOUR HOUSE OR FAMILY
BS-113   MONEY HOUSE BLESSING - USE TO BRING BLESSING OF MONEY TO YOUR HOME
BS-114   SUCCESS - MIX WITH OTHER BATHSALTS TO BRING SUCCESS TO A SPELL
BS-115   UNCROSSING - TO GET ONE OUT OF A CROSSED OR HEXED CONDITION
BS-116   VAN VAN- TO PURIFY SOMETHING OR FOR CLEANSING
BS-117   STEADY WORK - TO KEEP A JOB, OR MAKE A JOB STEADY
BS-118   PROTECTION - PROTECTION FROM ALL KINDS OF EVIL , ENVY , OR SPELLS
BS-119   ALL SAINTS - SHOULD BE USED BY WORKERS AND HEALERS  EVERYDAY TO CLEANSE
BS-120   ALL PURPOSE - USED FOR ANYTHING WHEN ONE HAS MANY DIFFERENT NEEDS
BS-121   GOLD AND SILVER - FOR GAMBLING , BINGO , OR MONEY , BUSINESS
BS-122   CHANGO MACHO - FOR CHANGE OF LUCK , OR TO MAKE GOOD THINGS HAPPEN
BS-123   CLEANSING (RUE) - THIS IS FOR REMOVING HEXES OR SPELLS   CONTAINS RUDA
BS-124   CROSSING - SPRINKLE IN THE YARD OF AN ENEMY TO CAUSE THEM WRONG
BS-125   SEVEN AFRICAN POWERS - USED FOR ALL THINGS VERY POWERFUL
BS-126   7 HOLY SPIRITS - A VERY GOOD CLEANSING BATH
BS-127   CONTROLLING - USED TO CONTROL A PERSON OR SOMETHING
BS-128   JOB - USED WHEN SEEKING EMPLOYMENT

*CANDLES 7 Day*

*12 TO A CASE*

| | | | | |
|---|---|---|---|---|
| 722 SEVEN AFRICAN POWERS | 7 COLORS | 15.92 | | |
| 723 BREAK UP | RED | 13.38 | | |
| 723 BREAK UP | BLACK | 13.38 | | |
| 724 THREE SKULLS | RED | 13.38 | | |
| 724 THREE SKULLS | BLACK | 13.38 | | |
| 725 MONEY DRAWING | GREEN/GOLD | 13.79 | | |
| 726 SAN RAMON | RED | 13.38 | | |
| 727 SAN IGNACIO DE LOYOLA | WHITE | 13.38 | | |
| 728 SAINT FRANCIS | BROWN | 13.38 | | |
| 729 HELPING HAND | GREEN | 13.38 | | |
| 729 HELPING HAND | 7 COLORS | 15.92 | | |
| 730 DON PEDRITO JARAMILLO | WHITE | 13.38 | | |
| 731 SAINT MICHAEL | RED | 13.38 | | |
| 732 JUST JUDGE | RED | 13.38 | | |
| 732 JUST JUDGE | WHITE | 13.38 | | |
| 733 NINO DE ATOCHA | GOLD | 13.38 | | |
| 734 SAINT JUDE | GREEN | 13.38 | | |
| 734 SAINT JUDE | WHITE | 13.38 | | |
| 735 SAINT MARTHA | GREEN | 13.38 | | |
| 736 HOLY TRINITY | YELLOW | 13.38 | | |
| 737 LONELY SOUL | RED | 13.38 | | |
| 738 VIRGEN DE GUADALUPE | WHITE | 13.38 | | |
| 740 PEACEFUL HOME | BLUE/WHITE | 13.79 | | |
| 741 SAINT JOSEPH | YELLOW | 13.38 | | |
| 742 SAN MARTIN PORRES | WHITE | 13.38 | | |
| 743 SAN MARTIN CABALLERO | RED | 13.38 | | |
| 744 SAINT BARBARA | RED | 13.38 | | |
| 746 SAINT ALEX | PINK | 13.38 | | |

CANDLES

7 DAY    12 TO A CASE

| | | | | |
|---|---|---|---|---|
| 747 VIRGEN DE COBRE | YELLOW | 13.38 | | |
| 748 GUARDIAN ANGEL | WHITE | 13.38 | | |
| 749 SACRED HEART | RED | 13.38 | | |
| 749 SACRED HEART | WHITE | 13.38 | | |
| 750 VIRGEN DE SAN JUAN | WHITE | 13.38 | | |
| 751 SAINT ANTHONY | BROWN | 13.38 | | |
| 752 FAST LUCK | 7 COLOR | 15.92 | | |
| 753 MONEY DRAWING | 7 COLOR | 15.92 | | |
| 755 JINX REMOVING | 3 COLOR | 14.20 | | |
| 756 HIGH JOHN CONQUEROR | PURPLE | 13.38 | | |
| 758 MIRACULOUS MOTHER | BLUE | 13.38 | | |
| 759 SAINT THERESA | YELLOW | 13.38 | | |
| 761 SAINT LUCY | BLUE | 13.38 | | |
| 762 RUN DEVIL RUN | BLACK | 13.38 | | |
| 763 AJO MACHO | PURPLE | 13.38 | | |
| 764 BLOCK BUSTER | BLACK/RED | 13.79 | | |
| 765 LAW STAY AWAY | WHITE | 13.38 | | |
| 766 COURT CASE | BLUE | 13.38 | | |
| 766 COURT CASE | BROWN | 13.38 | | |
| 767 ANIMA DE JUAN MINERO | RED | 13.38 | | |
| 768 JOB | PINK/GREEN | 13.38 | | |
| 769 BETTER BUSINESS | PURPLE | 13.38 | | |
| 770 DUME | BLACK | 13.38 | | |
| 771 REVERSIBLE | BLACK/RED | 13.79 | | |
| 772 CHANGO MACHO | 3COLORS | 14.20 | | |
| 773 SAINT PETER | RED | 13.38 | | |
| 774 HEALTH | BLUE | 13.38 | | |
| 775 STEADY WORK | GOLD/GREEN | 13.79 | | |

CANDLES

7 DAY   12 to A CASE

| | | | | | |
|---|---|---|---|---|---|
| 776 SUCCESS | PINK | 13.38 | | | |
| 778 ATTRACTION | GREEN/PINK | 13.79 | | | |
| 779 BUDA | | 13.79 | | | |
| 780 KING SOLOMON | PURPLE | 13.38 | | | |
| 781 PANCHO VILLA | BROWN | 13.38 | | | |
| 782 COME TO ME | RED | 13.38 | | | |
| 784 HORN OF PLENTY | GREEN | 13.38 | | | |
| 785 LODESTONE | RED | 13.38 | | | |
| 786 OUR LADY OF MERCY | WHITE | 13.38 | | | |
| 787 RED DRAGON | RED | 13.38 | | | |
| 788 VIRGEN REGLA | BLUE | 13.38 | | | |
| 789 RETIRO (GET AWAY) | RED | 13.38 | | | |
| 790 SAINT HELEN | WHITE | 13.38 | | | |
| 791 CAMALEON | RED | 13.38 | | | |
| 792 PAY BACK | 7 COLORS | 15.92 | | | |
| 793 LA MADAMA (FORTUNE TELLER) | | 13.38 | | | |
| 794 MONEY HOUSE BLESSING | BLUE | 13.38 | | | |
| 795 ELLEGUA | WHITE | 13.38 | | | |
| 796 CONGO | | 13.38 | | | |
| 797 HOLY SPIRIT | WHITE | 13.38 | | | |
| 798 EGYPTIAN GLORY | 7 COLORS | 15.92 | | | |
| 799 TAPA BOCA | RED | 13.38 | | | |
| 800 ANCHOR | BLUE | 13.38 | | | |
| 801 ST EDUVIGS | Blue | 13.38 | | | |
| 802 SAINT CLARA | WHITE | 13.38 | | | |
| 803 21 ROOT | | 30.00 | | | |
| 804 BLACK TOBACCO | | 36.00 | | | |
| 805 BAYBERRY FIXED | | 30.00 | | | |

# FIXED CANDLES

## 12 TO A CASE

| | | | | |
|---|---|---|---|---|
| #1 ATTRACTION (ATRACCION) | 36.00 | | | |
| #2 MONEY (DINERO) | 36.00 | | | |
| #3 BUSINESS (NEGOCIO) | 36.00 | | | |
| #4 COURT & LAW (CORTE Y LEY) | 36.00 | | | |
| #5 JOB SECURITY (TRABAJO SEGURO) | 36.00 | | | |
| #6 PERSONAL (ALEJA PERSONAS) | 36.00 | | | |
| #7 GAMBLERS (JUGADORES) | 36.00 | | | |
| #8 STOP GOSSIP (TAPA BOCAS) | 36.00 | | | |
| #9 WISHES (DESEOS) | 36.00 | | | |
| #10 JINX REMOVING (CORTA FLUIDO) | 36.00 | | | |
| #11 LOVERS (AMANTES) | 36.00 | | | |
| #12 HEALING (PARA CURAR) | 36.00 | | | |
| #13 BETTING AND LOTTERY | 36.00 | | | |
| #14 PROTECTION | 36.00 | | | |
| #15 PEACEFUL HOME (PAZ EN HOGAR) | 36.00 | | | |
| #16 COURT CASE (CAUSA DE CORTE) | 36.00 | | | |
| #17 BREAK UP (SEPARARSE) | 36.00 | | | |
| #18 SUCCESS (EXITO) | 36.00 | | | |
| #19 CONTROLLING (CONTROLANDO) | 36.00 | | | |
| #20 DOMINATION (DOMINACION) | 36.00 | | | |
| #21 DUME (DOOM) | 36.00 | | | |
| #22 SNAKE (VIBORA) | 36.00 | | | |
| #23 BLOCK BUSTER (DEVASTADOR) | 36.00 | | | |
| #24 SEVEN AFRICAN POWERS | 36.00 | | | |
| #25 DOUBLE FAST LUCK | 36.00 | | | |
| | | | | |
| | | | | |

Exhibit 4

# 1991
# THE FAMOUS
# PAPA JIM CATALOG



## "WHAT EVER WORKS"

PAPA JIM AND CO. INC.
PO BOX 14128
SAN ANTONIO, TX 78214
1-512-922-6665

MONDAY-TUESDAY-WEDNESDAY-THURSDAY-FRIDAY
8:30am-6:00pm
SATURDAY
9:00am-5:00pm
SUNDAY
11:00am-4:00pm
CENTRAL DAYLIGHT TIME






COD          COD

TO OUR MANY DEAR CUSTOMERS,

PAPA JIM IS PROUD TO SEND YOU THE 1991 PAPA JIM CATALOG.
IT IS FILLED WITH MANY GREAT ITEMS, SOME OLD SOME NEW.
REMEMBER PAPA JIM IS THE ONLY WORKING PRESIDENT OF ANY
MAGICAL CORPORATION, THAT IS A TRUE PRACTICING ROOT MAN,
WE PRACTICE WHAT WE PREACH.

PAPA JIM HAS BECOME A LIVING LEGEND  , KNOWN THRU OUT THE
WORLD FOR HIS MIRACULOUS POWERS, WHICH HAS ALLOWED HIM TO
BE GIVEN VISIONS, AND HELP HIM RECREATE PRODUCTS USED IN THE
OLD DAYS. THE SPIRITS SMILE KINDLY UPON PAPA JIM.

PAPA JIM IS A VERY DOWN TO EARTH MAN, COULD BE A RICH MAN, BUT
HE'S NOT. HE SELLS HIS PRODUCTS FOR A VERY REASONABLE PRICE, JUST
SO HE CAN HAVE A HOUSE AND CAR, AND PAY HIS EMPLOYEES A LIVING WAGE.

PAPA JIM LOOKS AT OTHER CATALOGS AND WONDERS HOW PEOPLE CAN CHARGE
SUCH HIGH PRICES, FOR THE SAME ITEMS LISTED IN OUR CATALOG AT HALF
THE PRICE.

THE PEOPLE OF SAN ANTONIO ( THE NEW CENTER FOR VOODOO), ARE VERY
FOND OF PAPA JIM, AS A HERB DOCTOR HE IS VERY GOOD AND HAS HELPED
MANY OF OUR CUSTOMERS THRU THEIR ILLNESSES. ALSO WE HAVE MANY
CATALOG CUSTOMERS OVER 20,000 ALL OVER THE WORLD.

PAPA JIM INTRODUCED THE HOUSE OF AVALON FOR THE PEOPLE WHO
WANTED THE PURE FOR OF PRODUCTS.

PAPA JIM PRAYS FOR YOU EACH DAY, AND HOPES YOU AND YOUR FAMILY
HEALTH, WEALTH, AND HAPPINESS. AND THANKS EACH AND EVERY ONE
OF OUR CUSTOMERS FOR THEIR  PATRONAGE.

BE SURE AND READ PAPA JIM BOOKS

BOOK 1 PAPA JIM MAGICAL HERB BOOK
BOOK 2 PAPA JIM MAGICAL OIL BOOK
BOOK 3 PAPA JIM MAGICAL SPELLS AND RECIPES
BOOK 4 PAPA JIM MEDICINAL HERB BOOK
BOOK 5 PAPA JIM HERBS FOR ILLNESSES

LOOK FOR NEW  BOOKS IN THE MAKING FROM THE FAMOUS PAPA JIM

# NOW OUT

# THE PAPA JIM CANDLE BOOK #6

# $9.99

PAPA JIM BOTANICA AND HOUSE OF AVALON ORDERING PROCEDURES

## HOUSE OF AVALON

THE HOUSE OF AVALON IS A COMPANY FORMED BY PAPA JIM. TO MAKE OILS,
POWDERS, INCENSE AND BATHS, FROM ANCIENT FORMULAS, AND RECIPES.
AFTER MANY YEARS AND LONG HOURS OF RESEARCH, PAPA JIM PUT TOGETHER
THE FORMULAS AND THE PRODUCTS NEEDED TO CREATE THESE FABULOUS AND
POWERFUL OILS, POWDERS, INCENSE, AND BATHS.  WE WILL CREATE THESE
BY USING THEIR ANCIENT FORMULA.

THE POWDERS WILL BE MADE FROM HERBS  OR RESIN POWDERS. THE OILS WILL BE
MADE FROM ESSENTIAL FRAGRANCES. THE INCENSE WILL BE MADE FROM NATURAL
HERBS AND RESINS.

OVER THE NEXT YEAR YOU WILL RECIEVE 3 DIFFERENT CATALOGS, PAPA JIM CATALOG,
HOUSE OF AVALON CATALOG, AND HERBS AND THINGS CATALOG. SO THAT IS WHY IT
IS IMPORTANT TO USE CORRECT CODE NUMBER AND DESCRIPTION WHEN ORDERING.
YOU CAN ORDER FROM ALL THREE CATALOGS ON THE SAME ORDER BLANK, BUT PLEASE
USE CORRECT CODE NUMBER AND DESCRIPTION.

HOUSE OF AVALON PHONE NUMBER 1-512-922-6665 PAPA JIM PHONE NUMBER 1-512-922-6665

---

NO PERSONAL CHECKS         # HOW TO ORDER

YOU CAN ORDER COD- WHICH MEANS YOU PAY ALL SHIPPING AND COD FEES TO THE

POSTMAN. ( IF YOU DON'T PICK YOUR PACKAGE UP, WILL WILL NO LONGER SHIP
            TO YOU COD )

YOU CAN PLACE YOUR ORDER BY TELEPHONE 1-512- 922-6665

WE NOW ACCEPT VISA, MASTER CARD, DISCOVER, AND AMERICAN EXPRESS, THERE
IS A MINIMUM ORDER OF 15.00 ON CREDIT CARD USERS.

YOU CAN ORDER THRU THE MAIL, WHEN YOU ORDER PLEASE INCLUDE THE SHIPPING
AND HANDLING FEE, WHICH IS $4.00. IF YOU ORDER FROM ALL 3 CATALOGS, THEN
YOU ONLY HAVE TO SEND ONE SHIPPING FEE.

IF YOU NEED SOMETHING WE DON'T HAVE LISTED IN THE CATALOG, PLEASE CALL,
WE MIGHT BE ABLE TO GET THE ITEM FOR YOU.

HOUSE OF AVALON
PO BOX 14128
SAN ANTONIO, TX 78214
1-512- 922-6665

PAPA JIM BOTANICA
PO BOX 14128
SAN ANTONIO, TEXAS 78214
1-512-922-6665



# SPECIAL HERBAL CANDLES

## ********9.99 each********

## ¡¡VERY POWERFUL!!

### order no.



*LOVE*

FHC-100   JINX REMOVING SPECIAL HERBAL CANDLE
BURN THIS CANDLE TO REMOVE ALL JINXS AND HEXED
CONDITIONS.

FHC-101   MONEY DRAWING SPECIAL HERBAL CANDLE
USED TO DRAW MONEY YOUR WAY FOR LOANS, CARS, AND
YOUR EVERYDAY NEEDS.

FHC-102   LOVE DRAWING SPECIAL HERBAL CANDLE
TO ATTRACT LOVE OR BRING A LOVER CLOSER TO YOU.

FHC-103   COURT CASE SPECIAL HERBAL CANDLE
USE WHEN GOING TO COURT TO WIN LEGAL MATTERS,
LAWSUITS, CRIMINAL CASES, AND TRAFFIC VIOLATIONS.

FHC-104   GAMBLERS SPECIAL HERBAL CANDLE
TO WIN AT BINGO, LOTTERIES, RACE TRACKS, HORSE
RACES, DICE, CARDS, FOOTBALL POTS, TO MAKE YOUR-
SELF WIN IN ANY GAMBLING GAME.

**JINX**

FHC-105   GOOD LUCK SPECIAL HERBAL CANDLE
BURN WHEN YOU NEED GOOD LUCK IN LOVE, MONEY, WORK,
SCHOOL, BUSINESS, AND ATTRACTION.

*GOOD LUCK*

FHC-106   REMOVE EVIL SPECIAL HERBAL CANDLE
USED TO REMOVE THE EVIL EYE, OR IF SOMEONE HAS PUT
SOMETHING DOWN ON YOUR HOUSE, CAR, JOB, OR EVEN
ON YOU, TO REMOVE ALL EVIL CURSES.

FHC-107   DUME SPECIAL HERBAL CANDLE
TO CAUSE HARM TO AN ENEMY, FRIEND, BOSS, BOYFRIEND,
GIRLFRIEND, OR AN EX LOVER.

FHC-108   CONTROLLING OR COMMANDING SPECIAL HERBAL CANDLE
TO CONTROL AND COMMAND YOUR HUSBAND, WIFE, CHILDREN,
MONEY, LOVE, BOSS, FRIENDS, AND ANY OTHER SITUATIONS.

FHC-109   PROTECTION SPECIAL HERBAL CANDLE
FOR PROTECTION FROM ANY HARM THAT PEOPLE MAY BE DOING
TO YOU, PROTECTION FROM EVIL SPIRITS, PROTECTION FROM
ENVIOUS PEOPLE.

FHC-110   7 AFRICAN SPECIAL HERBAL CANDLE
THIS CANDLE CAN BE USED FOR ANY PROBLEM THAT YOU MAY
HAVE, IT IS AN ALL PURPOSE CANDLE. YOU CAN USE FOR
LOVE, MONEY, PROTECTION, GOOD LUCK, AND HEALTH.

FHC-111   ATTRACTION SPECIAL HERBAL CANDLE
BURN TO ATTRACT LOVERS OR SOMEONE YOU DESIRE. USED
TO ATTRACT MONEY, HAPPINESS, FRIENDSHIP, GOOD JOBS.

*DUME*

# CALL FOR C.O.D.  1-512-922-6665

**7**

# SPECIAL HERBAL CANDLES

FHC-112  GET OUT OF JAIL SPECIAL HERBAL CANDLE
BURN THIS CANDLE WHEN YOU WANT SOMEONE TO GET
OUT OF JAIL IN A HURRY.

FHC-113  TO ATTRACT GAY LOVER SPECIAL HERBAL CANDLE
TO ATTRACT GAY LOVERS, ALSO BURN TO BRING A GAY
RELATIONSHIP CLOSER TOGETHER.

**BREAK UP**

FHC-114  BRING LOVER BACK SPECIAL HERBAL CANDLE
TO BRING BACK A BOYFRIEND, GIRLFRIEND, HUSBAND,
OR WIFE, THAT HAS LEFT YOU FOR SOMEONE ELSE.

FHC-115  BRING NATURE BACK (FOR HIM OR HER) SPECIAL HERBAL CANDLE
IF YOUR NATURE HAS BEEN MOJO'D , OR SOMEONE HAS A SPELL
ON YOUR NATURE, BURN THIS TO BRING BACK YOUR NATURE.

FHC-116  TO STOP HIM OR HER FROM FOOLING AROUND SPECIAL HERBAL CANDLE
IF YOUR SPOUSE, BOYFRIEND, OR GIRLFRIEND IS CHEATING
OR RUNNING AROUND ON YOU, BURN THIS CANDLE TO STOP THEM.

FHC-117  BREAK UP SPECIAL HERBAL CANDLE
BURN THIS CANDLE TO BREAK UP RELATIONSHIPS, FRIENDSHIPS,
AND ANY TWO PEOPLE THAT YOU WANT TO BREAK UP

FHC-118  BETTER BUSINESS ( DRAWS CUSTOMERS) SPECIAL HERBAL CANDLE
USE THIS CANDLE TO DRAW CUSTOMERS AND MONEY TO YOUR
PLACE OF BUSINESS, IT IS ALSO GOOD WHEN YOUR BUSINESS IS
NOT DOING SO GOOD.

FHC-119  FOR A JINXED BUSINESS SPECIAL HERBAL CANDLE
IF SOMEONE HAS JINXED YOUR BUSINESS, AND YOUR BUSINESS IS
GOING DOWN, THIS WILL REMOVE THE JINX THAT HAS BEEN PUT
ON YOUR BUSINESS.

FHC-120  REVERSIBLE SPECIAL HERBAL CANDLE  **PROTECTION**
THIS IS TO BE USED WHEN COMPLETE CHAOS SEEMS TO HAVE SURROUNDED
YOU AND THERE APPEARS TO BE NO WAY OUT. BURN TO REVERSE JINX,
EVIL SPELLS, AND WITCHCRAFT, SEND IT BACK TO THE SENDER.

FHC-121  GET A JOB SPECIAL HERBAL CANDLE.
BURN THIS CANDLE TO FIND A JOB, BURN WHEN PUTTING APPLICATIONS
SO THE JOBS WILL COME YOUR WAY

FHC-122  TO JINX A BUSINESS SPECIAL HERBAL CANDLE
USED TO CAUSE BAD LUCK TO A BUSINESS, TO STOP CUSTOMERS FROM
GOING TO THE BUSINESS, AND TO BRING THE BUSINESS MONEY PROBLEMS.

FHC-123  STUDENT SPECIAL HERBAL CANDLE
BURN THIS CANDLE TO HELP PASS TESTS, FOR BETTER GRADES
FOR BETTER CONCENTRATION, AND TO HELP YOU IN HOMEWORK.

FHC-124  SEX OR BETTER SEX SPECIAL HERBAL CANDLE
INCREASE YOUR SEXUAL AND EROTIC FEELINGS , WHEN YOU BURN
THIS CANDLE, HELPS PUT MORE PASSION IN YOUR SEX LIFE.

# ORDER TODAY

# 8

# SPECIAL HERBAL CANDLES

FHC-125   HEALTH SPECIAL HERBAL CANDLE
BURN THIS CANDLE WHEN HEALTH PROBLEMS OCCUR OR
FOR ONE WHO IS IN ILL HEALTH.

FHC-126   COME TO ME SPECIAL HERBAL CANDLE
USE THIS CANDLE TO ATTRACT THE PERSON YOU WANT
OR DESIRE, OR TO BRING BACK A PERSON WHO HAS LEFT.

FHC-127   ALL PURPOSE SPECIAL HERBAL CANDLE
BURN THIS CANDLE WHEN YOU NEED HELP IN ANY
SITUATION OR IN ANY PROBLEM.

**VERY POWERFUL CANDLES !!!!**

**\*\*GETS THE JOB DONE\*\***



# PAPA JIM LUCKY MOJO COIN

LUCKY MOJO COIN

ON THE COIN THESE ITEMS APPEAR,
WISHBONE, 4 LEAF CLOVER, LUCKY #7,
MASTER KEY, COFFIN NAIL, RABBITS FOOT,
MAGIC ELEPHANT, FRIENDSHIP, ALL SEEING
EYE, MAGIC LAMP.

THIS COIN IS VERY POWERFUL. IT IS
CARRIED FOR GOOD LUCK IN LOVE, GAMBLING,
PROTECTION AGAINST EVIL.
CARRY THE LUCKY MOJO COIN IN YOUR
POCKET, OR CARRY IN A GREEN FLANNEL BAG,
WHEN GAMBLING HOLD IT IN YOUR LEFT HAND.

ONCE A WEEK WASH IT WITH SEKHAMET PERFUME
THIS IS A VERY POWERFUL PERFUME, PUT SOME
OF THE PERFUME IN YOUR BATH WATER.





LUCKY MOJO COIN..................... $5.00

GREEN FLANNEL BAG ..... #P1009.......   .75C

SEKHAMET PERFUME....... #ELP-55...... $3.00

9

# FIXED CANDLES

VERY POWERFUL CANDLES ALREADY FIXED WITH SPECIAL OILS.
THE MORE YOU KEEP THE CANDLE BURNING THE BETTER THE JOB WILL WORK.
THESE CANDLES ARE MADE ESPECIALLY BY PAPA JIM, AND ARE IN A 36 HOUR
BLESSING SESSION. THE PAPA JIM ALEJADO (FIXED) CANDLES, ARE KNOWN TO
BE THE VERY BEST, AND MOST POWERFUL OF ALL CANDLES IN THE HISTORY OF
MAGIC AND THE OCCULT. THESE CANDLES COME FIXED WITH OILS, AS THEY BURN
THEY LEAVE A PLEASING AROMA FOR THE SAINTS. PAPA JIM RECCOMENDS THAT
THREE ALEGADO CANDLES BE BURNT CONSECUTIVELY (ONE AFTER THE OTHER) FOR
BEST RESULTS. ## SUCCESS

LAS VELAS ALEGADOS HAN SIDO CON PROBADADS POR CIENTOS DE ANOS, ESTAS
VELAS HAN SIDO PREPARADAS Y SIGUEN SIENDO PREPARADAS CON ACEITES GRASAS
PARAFINAS Y PERFUMES ESCOJIDOS Y PREPARADOS ESPECIALMENTE PARA RESOLVER
TODA CLASE DE PROBLEMA ESPIRITUAL. LOS PROBLEMAS PRESENTES, PASADOS,Y
DEL FUTURO ENCOMENDELOS A LAS VELAS ALEGADO Y SERAN RESULTOS ESPIRITUALMENTE.
ESTAS VELAS LAS CONSIQUE EN LA MAYOR PARTE DE LAS TIENDASDE COMIDA,
BOTANICAS, ASI COMO EN DIFERENTE TIENDAS DE DIFERENTE CLASE.

ORDER BY NUMBER $6.99  **$6.99**  JUST ASK FOR OUR FAMOUS FIXED CANDLES

#1  ATTRACTION: LOVE, MONEY, LUCK (ATRACCION: AMOR, DINERO, SUERTE)
#2  MONEY: MONEY PROBLEMS (DINERO: PROBLEMAS DE DINERO)
#3  BETTER BUSINESS: PROTECTOR OF BUSINESS (NEGOCIO: PROTECTOR DE NEGOCIO)
#4  LAW STAY AWAY: KEEP POLICE AWAY(RETIRAR LA LEY: RETIRAR LA POLICIA)
#5  GET A JOB: TO GET OR KEEP A JOB (PARA TRABAJO: AGARAR O DETENER TRAGAJO)
#6  GET AWAY: TO REMOVE SOMEONE (RETIRO: PARA ALEJAR A PERSONAS)
#7  GAMBLERS: GOOD LUCK IN GAMBLING (JUGADORES: SUERTE EN LOS JUEGOS)
#8  STOP GOSSIP: SILENT MOUTHS (TAPA BOCA: CALLAR CHISMES)
#9  WISHES: DESIRES (DESEOS CONSEDIDOS: PARA DESEOS)
#10 JINX REMOVING: STOPS BAD INTENTIONS (CORTA FLUIDOS: QUITA INTENCIONES)
#11 LOVERS: TO FIND LOVE (AMANTES: ENCONTRAR UN AMANTE)
#12 HEALING: CURES SICKNESS (PARA LOS ENFERMOS: PARA CURAR)
#14 PROTECTION: PROTECTION FROM EVIL (PROTECCION: PROTECCION DE MAL)
#15 PEACEFUL HOME: PEACE WITHIN THE FAMILY (PAZ EN EL HOGAR Y LA FAMILIA)
#16 COURT CASE: TO HELP IN COURT (CAUSA DE CORTE: AYUDA EN CORTE)
#17 BREAK UP: SEPERATION (SEPARAR: PERSONAS O MALEFICIOS)
#18 SUCCESS: SUCCESS IN ALL YOUR ENDEAVORS (EXITO: TRUINFAR EN TODO)
#19 CONTROLLING: TO CONTROL ANY SITUATION (CONTROLANDO: PARA CONTROLAR)
#20 DOMINATION: TO DOMINATE ANY SITUATION (DOMINAR: PARA DOMINAR SITUACIONES)
#21 DUME: TO HEX SOMEONE (DOOM: PARA ECHAR MALEFICIOS)
#23 BLOCK BUSTER: TO BREAK SPELLS (DEVASTADOR: QUEBRAR CONJUROS)
#24 SEVEN AFRICAN POWERS: ALL PURPOSE (SIETE POTENCIAS: PARA TODO)
#25 DOUBLE FAST LUCK: USED FOR LUCK IN A HURRY (DOBLE SUERTE RAPIDA)
#26 REVERSIBLE: TO SEND BACK A SPELL (REVERSIBLE: PARA VOLVER MAL)
#27 BINGO LUCK: FOR WINNING AT BINGO (BINGO: SUERTE EN EL BINGO)
#29 GET OUT OF JAIL: TO GET SOMEONE OUT OF JAIL (SALIR DE LA CARSEL)
#30 COME TO ME: TO BRING SOMEONE CLOSER TO YOU (VEN A MI: ATTRACTAR PERSONAS)
#31 ADAM & EVE: FOR LOVE OR LOVERS (ADAM & EVA: PARA AMANTES O AMOR)

THE PAPA JIM FIXED ALEGADO CANDLES ARE DOUBLE ACTION WITH TREMENDOUS POWER.



$3.50 PER CAN

# SPRAYS *POWERFUL*

SPRAYS: THEY HAVE MANY USES. YOU CAN USE THEM TO SPRAY YOUR CAR FOR PROTECTION. OR
   USE THEM TO SPRAY THE CHILDREN TO PROTECT THEM FROM DANGER. SPRAY
   THE HOUSE TO REMOVE EVIL.

# PLEASING FRAGRANCES

ORDER NUMBER

YK100– ALL PURPOSE ( PARA TODO): THIS IS GOOD FOR MONEY, LUCK, LOVE, PROTECTION

YK102– BLESSED ( BENDICION): THIS IS FOR BLESSING YOUR MAGICAL ITEMS.

YK103– CHUPAROSA ( HUMMINGBIRD): TO ATTRACT LOVE, MONEY, FRIENDS.

YK104– COMMANDING DO MY WILL ( YO PUEDO TU NO): USE FOR CONTROLLING



YK106– CRUZ DE CARAVACA: A WISHING SPRAY

YK107– DRAWING POWER: USED TO HAVE BLESSING SHOWERED UPON YOU

YK108– FAST LUCK (SUERTE RAPIDA): USE WHEN LUCK IS NEED IN A HURRY

YK109– GAMBLERS ( JUGADORES): USE FOR GAMBLING LUCK IN BINGO, TRACKS, LOTTERY

YK110– GO AWAY EVIL ( KITAMAL  ):  TO BREAK SPELLS, OR HEXES, REMOVE JINX

YK111– HELPING HAND ( MANO PODEROSA): USE WHEN HELP IS NEEDED IN A HURRY

YK112– JACK POT– GOOD FOR BINGO, LOTTERY, RACE TRACK.

YK113– JINX REMOVING ( CORTA FLUIDO): REMOVE EVIL FROM THE HOME, OR PERSON

YK114– JOHN THE CONQUEROR ( JUAN CONQUISTADOR): MONEY, FAST LUCK, PROTECTION

YK117– LOVERS ( PARA AMOR): TO BRING LOVE YOUR WAY

YK118– LUCKY ELEPHANT: USE FOR GAMBLING LUCK

YK119– MONEY BUDA ( BUDA DINERO): TO GAIN PROSERITY AND GOOD FORTUNE

YK120– MONEY HOUSE BLESSING( 9 FRUITS): USE FOR MONEY DRAWING, PROTECTION

YK121– MONEY ( DINERO): HELPS DRAW MONEY

YK122– NINE FRUITS OF LIFE– GOOD FOR EVERYDAY USE, SO YOU WILL HAVE GOOD LUCK
                ALL DAY LONG



YK123– ORO Y PLATA ( GOLD & SILVER): HELPS TO BRING AND HOLD ON TO YOUR MONEY

YK125– SAINTA BARBARA: FOR PROTECTION, AND FOR ATTRACTION OF THE OPPOSITE SEX

YK126– SAINT CLARA: FOR PEACE IN THE HOME.

YK128– SAINT MARTHA: USED TO DOMINATE YOUR LOVER OR YOUR HUSBAND

YK130– SAINT MICHAEL ( SAN MIGUEL): PROTECTS YOU FROM YOUR ENEMIES.

YK132– SEVEN AFRICAN POWERS ( SIETE POTENCIAS): GOOD FOR EVERYTHING

YK133– SUCCESS(EXITO): FOR SUCCESS ON THE JOB, MONEY, LOVE, ETC.

YK135– UNCROSSING(DESENVOLVIMIENTO): USE TO REMOVE JINX

YK136– VIRGEN DE COBRE– FOR LOVE, AND MONEY DRAWING

# CALL COD



19

# POWERFUL SOAPS

PRICE ::: $2.00 each bar        BEAUTIFUL SOAPS



ORDER NUMBER
MSO-1   PATCHOULI- USE FOR LOVE OR JUST EVERYDAY
MSO-3   PINE TAR GRANDPA SOAP- USE TO WASH THE HAIR, OR SCALP PROBLEMS
MSO-4   LOVE(AMOR)- WHEN YOUR ARE GOIN TO MEET SOMEONE YOU LOVE
MSO-5   7 AFRICAN POWERS- VERY POWERFUL IN ANY USE
MSO-6   HUMMINGBIRD(CHUPAROSA)- VERY GOOD FOR DRAWING LOVER, OR LUCK IN GAMBLING
MSO-7   GAMBLERS(JUGADORES)-GOOD FOR ANY TYPE OF GAMBLING
MSO-8   HIGH JOHN THE CONQUEROR- FOR ALL TYPES OF GOOD LUCK
MSO-9   CHANGO MACHO (GOLD & SILVER)- FOR CHANGE OF LUCK
MSO-10  JINX REMOVING(CORTA FLUIDO)- RO REMOVE ANY JINXED CONDITION
MSO-11  DOUBLE FAST LUCK-FOR FAST LUCK IN ANY MATTER
MSO-12  MONEY DRAWING(DE DINERO)- WHEN YOU NEED MONEY, OR A LOAN
MSO-13  UNCROSSING(DESNOVLIMENTO)- TO GET UNCROSSED
MSO-15  MONEY HOUSE BLESSING- BLESSING IN THE HOME
MSO-16  BUSINESS(COMERCIANTE)- GOOD FOR BUSINESS BRINGS BUSINESS
MSO-22  I COMMAND MY MAN (YO DOMINO MI HOMBRE)-TO CONTROL YOUR MAN
MSO-25  KEEP AWAY ENVY(CONTRA ENVIDIA)-PROTECTION FROM ENVY
MSO-29  ALAN KARDEC- VERY FAMOUS HEALER, HEALERS AND WORKERS USE THIS



MSO-31  BREAK UP (SANTISIMA MUERTE)- TO BREAK UP EVIL, OR MARRIAGES
MSO-32  SAN MARTIN CABALLERO- A SAINTS WHO HELPS IN BUSINESS
MSO-34  BUDA OF LIFE- GOOD FOR GAMBLING
MSO-37  AGAINST EVIL(CONTRA DANO)- TO PROTECT AGAINST EVIL
MSO-38  STOP GOSSIP(CALLAR CHISMES)- TO STOP PEOPLE FROM TALKING ABOUT YOU
MSO-43  PEACE IN THE HOME(PAZ EN EL HOGAR)- KEEP PEACE IN THE HOUSE
MSO-45  MARRIAGE(MATRIMONIAL)- KEEP PEACE IN THE MARRIAGE, OR GET MARRIED
MSO-53  ELEPHANT- GOOD LUCK IN GAMBLING
MSO-57  CLEANSING(LIMPIAS)- GOOD TO REMOVE ALL EVIL
MSO-69  SANDALWOO(SANDALO)- FOR HEALING, AND GOOD LUCK IN GAMBLING
MSO-71  FORTUNE TELLER- READERS USE THIS WHEN THEY ARE AT WORK , TO HELP
        THEM TELL THE FUTURE BETTER



MSO-72  ALL PURPOSE- THIS IS FOR MONEY, LUCK, PROTECTION, ALL PURPOSE
MSO-73  SAINT CLARA- FOR PEACE, AND TRANQUILITY
MSO-74  SAINT BARBARA- FOR CHANGE OF LUCK, AND GAMES OF CHANCE
MSO-75  SAINT MICHAEL-FOR PROTECTION FROM ENEMIES, EVIL, AND JINX
MSO-76  JACK POT- FOR BINGO, LOTTERY, RACETRACK, GAMBLING LUCK

# LUCKY HORSESHOE

ORDER NUMBER- HS 100
PRICE - $8.99

SPIRIT OF GOOD LUCK PRAYER

OH! MYSTERIOUS SPIRIT THAT DIRECTS ALL THE
COURSES IN MY LIFE. DESCEND UNTO MY HUMBLE
HOME, ILLUMINATE ME THROUGH THE CONFUSED
SECRETS OF THE LOTTERY, THE PRIZE THAT IS
TO GIVE ME FORTUNE AND WITH IT HAPPINESS
AND THE WELL BEING THAT MY HEART WILL
RECIEVE, OBSERVE MY INTENTIONS THAT ARE PURE
AND GOOD HEARTED AND ARE DIRECTED IN A MANNER
TO DO GOOD AND HELP ME AND ALL HUMAN BEINGS
IN GENERAL.
I AM NOT AMBITIOUS FOR RICHNESS, SO THAT I
CAN BE EGOTISTICAL AND A SHOW OFF, I ONLY
WANT THE MONEY TO HAVE THE PEACE OF MY
HEART, HELP THE ONES I LOVE AND TO BETTER
THE STOCK IN MYSELF.
I CARRY A HORSESHOE WITH THE WORD GOOD LUCK
AND I CALL ON THEE TO DO JUSTICE FOR ME
AT ALL TIMES.
OH! POWERFUL SPIRIT, IF YOU THINK THAT I
SHOULD STILL PASS MANY DAYS ON THIS EARTH,
SUFFERING THE INCONVENIENCES THAT DESTINY
SETS FORTH TO ME, DO WHAT YOU WILL; I RESIGN
MYSELF TO YOUR WISHES, IF IT IS WRITTEN IN THE
BOOK OF MY DESTINY, BE THEY SATISFACTORILY
ATTENDED TO; MY VOTES WHICH ARE EXPRESSED
WITH ALL SINCERITY FROM MY HEART. AMEN.

SAY YOUR REQUEST.
MAKE THE SIGN OF THE CROSS.



LUCKY HORSESHOE
LOVE- LUCK- CONTROL
POWER- PROTECTION

We have this special
very powerful LUCKY
HORSESHOE made especially
for you to use in your
home or office

The special stones will
bring you money, true
love, peace and great
protection for your
home or business.

Hang it over your door
way and once a week add
a drop of SPECIAL BROWN
OIL to keep it working
from now on.



20



# INCENSE
# STICK INCENSE



ORDER NUMBER   PRICE PER PACKAGE   $2.00 ea

| | | | |
|---|---|---|---|
| STI-100 | BAYBERRY(BAYA DE LAUREL) | STI-150 | ATTRACTION(ATRACCION) |
| STI-101 | BLUEBERRY(ARANDANO) | STI-151 | BINGO |
| STI-102 | BLUE ROSE(ROSA AZUL) | STI-152 | BREAK UP (SEPARARSE) |
| STI-103 | CARNATION(CLAVEL) | STI-153 | CONTROLLING(CONTROLANDO) |
| STI-104 | CHERRY(CEREZO) | STI-154 | DUME |
| STI-105 | CINNAMON(CANELA) | STI-155 | FAST LUCK(SUERTE RAPIDA) |
| STI-106 | COCONUT(COCO) | STI-156 | GOOD LUCK(BUENA SUERTE) |
| STI-107 | COPAL | STI-157 | HAPPINESS(FELICIDAD) |
| STI-108 | FRANGI PANI | STI-158 | HOUSE BLESSING (BENDICION) |
| STI-109 | FRANKINCENSE(OLIBANO) | STI-159 | JINX REMOVING(CORTA FLUIDO) |
| STI-110 | HONEYSUCKLE(MADRESELVA) | STI-160 | JOB (TRABAJO) |
| STI-111 | JASMINE | STI-161 | JOB BREAKER (QUEBRA TRABAJO) |
| STI-112 | LEMON(LIMON) | STI-162 | LOVE(AMOR) |
| STI-113 | LOTUS(LOTO) | STI-163 | LUCKY BUDDHA |
| STI-114 | MUSK(ALMIZCLE) | STI-164 | MONEY DRAWING (AYAR DINERO) |
| STI-115 | MYRRH(MIRRA) | STI-165 | PEACEFUL HOME(PAZ EN HOGAR) |
| STI-116 | PASSION FLOWER | STI-166 | PROTECTION (PROTECCION) |
| STI-117 | PATCHOULI | STI-167 | PROTECTION FROM ENVY(CONTRA ENVIDIA) |
| STI-118 | PINE (PINO) | STI-168 | ROAD OPENER(ABRE CAMINO) |
| STI-119 | ROSE(ROSA) | STI-169 | SAINTS OFFERING(PARA SANTOS) |
| STI-120 | SANDALWOOD(SANDALO) | STI-170 | SEVEN AFRICAN POWERS |
| STI-121 | SPICE(ESPECIA) | STI-171 | SAINT BARBARA |
| STI-122 | SPIRIT(ESPIRITU) | STI-172 | SAINT JUDE( SAN JUDAS) |
| STI-123 | STRAWBERRY(FRESA) | STI-173 | SAINT LAZARUS (SAN LAZARO) |
| STI-124 | TANGERINE | STI-174 | TO KEEP LOVE( DETENER AMOR) |
| STI-125 | FRANKINCENSE & MYRRH | STI-175 | UNCROSSING (DESCURZAR) |
| STI-126 | VANILLA(VAINILLA) | | |
| STI-127 | WATERMELON(SANDIA) | | 100 STICK INCENSE FOR $5.00 |
| STI-128 | PINA COLADA | | OF ONE KIND ONLY NO MIXED |

PRICE $2.00 ea
ORDER NUMBER

# CONE INCENSE

| | | | |
|---|---|---|---|
| CON-5450 | BAYBERRY (BAYA DE LAUREL) | CON-5460 | MUSK (ALMIZCLE) |
| CON-5451 | CHERRY(FREZA) | CON-5461 | PASSION FLOWER |
| CON-5452 | CINNAMON (CANELA) | CON-5462 | PATCHOULI |
| CON-5453 | COCONUT (COCO) | CON-5463 | PINE (PINO) |
| CON-5454 | FRANKINCENSE(OLIBANO) | CON-5464 | ROSE (ROSA) |
| CON-5455 | FRANKINCENSE & MYRRH | CON-5465 | SANDALWOOD (SANDAL) |
| CON-5456 | HONEYSUCKLE (MADRESELVA) | CON-5466 | SPICE(ESPECIA) |
| CON-5457 | JASMINE | CON-5467 | SPIRIT (ESPIRITU) |
| CON-5458 | LOTUS(LOTO) | CON-5468 | STRAWBERRY(FRESA) |
| CON-5459 | MONEY HOUSE BLESSING | CON-5469 | VANILLA (VAINILLA) |

# MAKE YOUR HOUSE SMELL PRETTY

# the incense they burn in church

THREE KINGS INCENSE PER PACKAGE- $1.50
THREE KINGS INCENSE BY POUND- $20.00

CHARCOAL IS NEEDED TO BURN THIS
BEAUTIFUL INCENSE
THREE KINGS CHARCOAL-per 5 pc roll 1.00
THREE KINGS CHARCOAL BY BOX
20 ROLLS TO A BOX 15.00

WE ALSO CARRY GLORIA   INCENSE

GLORIA GRANULES INCENSE PER PACKAGE- $1.50
GLORIA POWDER INCENSE PER PACKAGE-  $1.50
GLORIA INCENSE BY POUND-  $20.00

Both of these incense are very rich in
aroma, and are widely used by the churches
for or during mass



order # P-1000

PAPA JIM AND CO INC.
1630 S FLORES
SAN ANTONIO, TX 78214
516-923-6665

$2.50

POTURRI
SPECIAL MADE FOR LIMPIAS/CLEANSING
USE FOR CLEANSING OR BURN ON CHARCOAL
WITH GLORIA RO CLEANSING THE HOUSE TO
USE AS A BATH POUR 1 GALLON OF HOT
WATER OVER HERM MIXTURE AND
LEAVE SET FOR 20 MIN. THEN
STRAIN AND USE 1pt. OF THE
GR TEA IN BATH OR
SHOWER

## good buy

LARGE SIZE POWDERED INCENSE 2½OZ

ORDER #                         3.00
LI-100 7 INDIAN MONEY FRUIT
LI-101 LUCKY COCONUT
LI-102 7 AFRICAN POWERS
LI-103 MONEY HOUSE BLESSING(burn everyday)
LI-104 7 INDIAN TOBACCO (gets you help)
LI-105 GOOD LUCK FORTUNE TELLER
LI-106 HIGH JOHN THE CONQUEROR(always good)
LI-107 JINX REMOVING (gets rid of jinx)
LI-108 LUCKY BUDDHA (gambling luck)
LI-109 ELEGGUA (opens your roads)
LI-110 PAPA JIM PROTECTION(everyone uses this

## LARGE PACKAGE



PaPa Jim & Co., Inc.
729 S. FLORES
SAN ANTONIO, TEXAS 78204

HERBAL
PAPA JIM,S SPECIAL EVIL AND JINX
REMOVING INCENCE.
(BURN WITH CARBON)

INCENSO ESPECIAL PARA RETIRO Y
   AS INFLUENCIAS

order #P-1001

$2.50



PaPa Jim & Co., Inc.
729 S. FLORES
SAN ANTONIO, TEXAS 78204

order # P-1003

SAHUMARIO COMPUESTO
INCENCIO
(BURN ON CHARCOAL)
A VERY FINE MIXTURE OF
HERBS AND POWDERED INCENCI
BURN TO KEEP THE HOUSE
BLESSED, A VERY POPULAR
INCENSE

$2.50



PAPA JIM'S HERBAL
GOOD LUCK INCENSE
(BURN ON CARBON)

PAPA JIM'S GOOD LUCK INCENSE
SHOULD BE MIXED WITH PAPA JIM'S
JINX REMOVING INCENSE FOR
BETTER RESULTS AND SHOULD BE
BURNED EVERYDAY.

LUCKY IN LOVE

YOUR WISH COME TRUE

order # P-1002          2.50

22

# CANDLES IN THE GLASS

EVERYONE AT SOME TIME OR ANOTHER, USES CANDLES TO CREATE AN ATMOSPHERE OR TO MAKE A PRAYER OR WISH COME TRUE. WE OFFER YOU MANY DIFFERENT CANDLES FOR MANY PURPOSES. IF YOU APPROACH CANDLE BURNING WITH AN ATTITUDE OF PRAYER AND ASK GODS BLESSING UPON IT THE FLAME CAN RISE AS CONSTANT PRAYER FOR THE HELP OF THE ALMIGHTY.

BE SURE TO ORDER AN OIL TO DRESS YOU CANDLE WITH IF YOU DO NOT ALREADY HAVE WHAT YOU NEED(FOR EXAMPLE IF YOU ARE GOING TO BURN A ADAM & EVE CANDLE, GET ADAM & EVE OIL TO DRESS THE CANDLE) YOU MIGHT ALSO ADD ADAM & EVE INCENSE FOR ADDED POWER AND STRENGTH.

THE FOLLOWING IS A LIST OF OUR 7 DAY GLASS CANDLES $3.00 ea

ORDER NUMBER
701 DIVINE SAVIOR- THIS CANDLE IS USED TO MAKE ONES WISHES COME TRUE
702 LADY OF PERPETUAL HELP- FOR PEOPLE IN NEED OF HELP
704 CROSS OF CARAVACA- PROTECTION, GOOD LUCK, AND PROSPERITY
705 NINO FIDENCIO- USE THIS POWERFUL CNADLE FOR BLESSINGS AND PROTECTION
706 SAN LAZARO- THIS CANDLE IS BURNT FOR HEALING PURPOSES AND SICKNESSES
707 SAN CIPRIANO- FOR PROTECTION FROM WITCHCRAFT AND HELPS SOLVE LOVE PROBLEMS
710 ADAM & EVE- USE TO BRING LOVERS TOGETHER ANOINT WITH LOVE OIL
711 LUCKY BINGO- ANOINT WITH BINGO OIL AND BURN FOR BIG WINNINGS
712 CONTROLLING - CONTROL THE AFFAIRS OF YOUR HUSBAND, WIFE, MONEY. USE
              CONTROLLING INCENSE FOR ADDED STRENGTH
713 INDIAN SPIRIT- USE FOR THE BLESSING AND GUIDANCE OF THE INDIAN SPIRIT
714 JINX REMOVING- BURN THIS CANDLE TO GET RID OF JINXED CONDITIONS
715 FAST LUCK- TRY THIS CANDLE WITH FAST LUCK OIL AND INCENSE TO TURN THINGS YOUR WAY
716 BLACK CAT- FOR GOOD LUCK AND MONEY DRAWING
717 UNCROSSING- BURN FOR UNCROSSING ONESELF. ANOINT WITH UNCROSSING OIL
718 PROTECTION- WHENEVER THERE IS A FEELING THAT THERE IS EVIL AROUND, BURN THIS
              CANDLE ANOINTED WITH PROTECTION OIL
719 CHUPAROSA(HUMMINGBIRD)- THIS CANDLE IS USED FOR DRAWING THE LOVE OF ANOTHER
722 SEVEN AFRICAN POWERS- USED FOR SUCCESS AND HELP WHEN PROBLEMS ARE HARD
723 BREAK UP- STRONG CANDLE TO BREAK UP TWO PEOPLE, USE IT ALONG WITH BREAK UP OIL
724 THREE SKULLS- USED FOR LOVE DRAWING. TO BRING A LOST LOVE BACK TO YOU
725 MONEY DRAWING- USE TO DRAW MONEY YOUR WAY. USE MONEY DRAWING PERFUME
726 SAINT RAYMOND- USED TO STOP GOSSIP. ANOINT CANDLE WITH STOP GOSSIP OIL
727 SAN IGNACIO DE LOYOLA- USE TO PROTECT YOUR HOME FROM EVIL SPIRITS
728 ST FRANCIS OF ASSISI- FOR SERENITY AND SPIRITUAL BLESSINGS
729 HELPING HAND- GET A HELPING HAND TALISMAN AND BURN THE CANDLE FOR GREAT BLESSINGS
              AND HELP
730 DON PEDRITO JARAMILLO- USE THIS CANDLE TO HEAL THE SICK. ANOINT WITH HEALING OIL
731 SAINT MICHAEL-BURN FOR COURAGE, PROTECTION AND DELIVERANCE FROM ENEMIES
732 JUST JUDGE- BURN FOR VICTORY AND PROTECTION IN COURT
733 NINO ATOCHA- BURN FOR FREEDOM FROM PUNISHMENT, SIN AND GUILT
734 SAINT JUDE- HELPS WITH DIFFICULT MATTERS. THE SAINT OF THE IMPOSSIBLE
735 SAINT MARTHA- KNOWN AS THE DOMINATOR OF MEN. USE TO DOMINATE ALONG WITH
              DOMINATION OIL. ASLO GOOD FOR OVERCOMING DIFFICULT MATTERS
736 HOLY TRINITY- BURN FOR HOLY BLESSINGS
737 LONELY SOUL- BURN TO BRING LOST THINGS BACK TO YOU. ALSO FOR SALVATION AND MERCY
738 VIRGEN GUADALUPE-USE THIS CANDLE TO HELP IN ALL AREAS FOR PROTECTION
740 PEACEFUL HOME- BURN THIS CANDLE TO BRING LOVE, PEACE AND HAPPINESS TO YOUR HOME
741

25

# CANDLES IN THE GLASS
## $3.00 ea

ORDER NUMBER

741 SAINT JOSEPH- FOR FAMILY BLESSING AND NEEDS. ALSO TO HELP FIND A JOB
742 SAN MARTIN DE PORRES- FOR FREEDOM FROM SIN AND TO FIVE NECCESSITIES
743 SAN MARTIN CABALLERO- FOR BETTER BUSINESS, MONEY DRAWING, GOOD LUCK
744 SAINT BARBARA- FOR COURAGE TO DO THE THINGS YOU NEED TO DO AND PROTECTION
746 SAINT ALEX- TO KEEP ENEMIES AWAY FROM YOU. OR TO GET RID OF SOMEONE UNWANTED
747 CARIDAD DE COBRE- USE THIS CANDLE FOR MONEY DRAWING. ALSO FOR LOVE DRAWING
748 GUARDIAN ANGEL-USE THIS TO PROTECT ONESELF FROM EVIL SPIRITS
749 SACRED HEART OF JESUS- FOR DAILY BLESSINGS
750 VIRGEN DE SAN JUAN-FOR HELP IN TIME OF NEED, USE MYRRH OIL
751 SAINT ANTHONY- FOR SPECIAL FAVORS. TO BRING BACL LOST ITEMS, OR LOST LOVERS
755 DIVINA PROVIDENCIA- FOR HOLY BLESSINGS
756 HIGH JOHN THE CONQUEROR- THE PROBLEM SOLVER.HIGH JOHN HELPS WITH PROBLEMS
            THAT ARE VERY DIFFICULT.
758 MIRACULOUS MOTHER- FOR BLESSING AND TO BRING GOOD THINGS TO YOU
759 SAINT THERESA- BURN FOR SPECIAL FAVORS OR BLESSINGS
761 SAINT LUCY- FREEDOM FROM EVIL
762 RUN DEVIL RUN- BURN THIS CANDLE WHEN THE EVIL IS COMING STRAIGHT FROM EVIL
            FORCES AND SEND THEM ON THEIR WAY
763 AJO MACHO- PROTECTS FROM ENVY, EVIL AND ENEMIES
764 BLOCK BUSTER- GOOD CANDLE TO BREAK THE SPELLS THAT HAVE BEEN CAST UPON YOU
765 LAW STAY AWAY- HELPS KEEP THE LAW AWAY. ANOINT WITH PROTECTION OIL
766 COURT CASE- BURN FOR SUCCESS IN COURT
767 ANIMA DE JUAN MINERO- USE THIS CANDLE, TO BRING A NEW LOVER OR TO BRING BACK
            AN OLD ONE
768 JOB- GOOD FOR FINDING WORK BURN WITH JOB OIL
769 BETTER BUSINESS- USE TO STRENGTHEN YOUR BUSINESS AFFAIRS,DRAWS MONEY
770 DUME-BURN THIS CANDLE WHEN YOU WANT TO GET EVEN WITH SOMEONE. ANOINT WITH
            DUME OIL
771 REVERSIBLE- MAKES THE SPELL GO BACK TO THE SENDER
772 CHANGO MACHO- OFFERING FOR LUCK, MONEY, POWER, OR LOVE
773 SAINT PETER- FOR HELP WITH ANY PROBLEM, ANOINT WITH ANOINTING OIL
774 HEALTH INFANT- USE WITH THE PRAYER FOR HEALING
775 STEADY WORK- BURN THIS WHEN HAVING PROBLEMS ON THE JOB, TO HOLD A JOB
776 SUCCESS- USE FOR SUCESS WITHLUCK, MONEY, AND LOVE
778 ATTRACTION- USE TO ATTRACT ATTENTION TO YOURSELF, FOR LOVE AND FAITHFULNESS
779 BUDA- GOOD FOR LUCK IN MONEY, AND LOVE, ALSO BINGO
780 KING SOLOMON- USE THIS CANDLE WHEN WANTING TO DOMINATE SOMEONE OR SOMETHING
781 PANCHO VILLA- USE FOR BETTER BUSINESS AND PROTECTION FROM JINX
782 COME TO ME-USE TO GET SOMEONE OR SOMETHING TO COME TO YOU
784 HORN OF PLENTY-BURN FOR GAMBLING LUCK, AND TO DRAW MONEY
785 LODESTONE- FOR DRAWING GOOD LUCK TO YOU
786 OUR LADY OF MERCY- FOR SPIRITUAL BLESSINGS
787 RED DRAGON- USE THIS WHEN HAVING FINANCIAL PROBLEMS
788 VIRGEN REGLA- FOR MOTHERHOOD, AND TO KEEP PEACE BETWEEN FAMILIES
789 RETIRO(GET AWAY)- BURN THIS TO MAKE THEM GET AWAY AND LEAVE YOU ALONE
790 SAINT HELEN- BURN FOR SPECIAL FAVORS AND BLESSINGS
791 CAMALEON- USE FOR GOOD LUCK IN GAMBLING
792 PAYBACK- BURN TO PAYBACK SOMEONE THAT HAS DONE YOU WRONG
793 LA MADAMA- USED FOR PROTECTION, AND TO MAKE SOMEONE THAT OWES YOU MONEY
794 MONEY HOUSE BLESSING-TO BRING MONEY AND BLESSINGS INTO THE HOME
795 ELLEGUA- USE TO GUARD AGAINST WITCHCRAFT AND TO MAKE WISHES COME TRUE

# USES AND ORDER NO. FOR OILS, INCENSE, POWDER, BATHSALTS, FLOORWASH, PERFUMES

ADAM & EVE ( ADAN Y EVA): USE TO BIND TWO LOVERS TOGETHER
( OIL- 1003/ INCENSE- 2003/ POWDER- 3003/ BATHSALT- 4003
FLOORWASH- 5003/ PERFUME- 6003 )

AFRICAN JUJU: USE TO PROTECT YOURSELF FROM BEING HEXED OR JINXED
( OIL- 1004/ INCENSE- 2004/ POWDER- 3004/ BATHSALT- 4004
FLOORWASH- 5004/ PERFUME- 6004 )

AFRICAN VOODOO: SAID TO ADD STRENGTH TO ONES WILL AND DETERMINATION
( OIL- 1005/ INCENSE- 2005/ POWDER- 3005/ BATHSALT- 4005
FLOORWASH- 5005/ PERFUME- 6005 )

AGAINST HARM: USE TO PROTECT YOURSELF FROM VIOLENCE, WITCHCRAFT.
( OIL- 1006/ INCENSE- 2006/ POWDER- 3006/ BATHSALT- 4006
FLOORWASH- 5006/ PERFUME- 6006 )

AJO MACHO( MALE GARLIC): SAID TO PROTECT YOU FROM ENVIOUS PEOPLE
( OIL- 1009/ INCENSE- 2009/ POWDER- 3009/ BATHSALT- 4009
FLOORWASH- 5009/ PERFUME- 6009 )

AL ANIMA SOLA ( LONELY SOUL): USED TO HELP THE SPIRITS CROSS OVER WHEN
SOMEONE DIES.
( OIL- 1010/ INCENSE- 2010/ POWDER- 3010/ BATHSALT- 4010
FLOORWASH- 5010/ PERFUME- 6010 )

ALGIERS FAST LUCK: CONSIDERED TO MAKE ONE VERY LUCKY IN LOTTERY
( OIL- 1011/ INCENSE- 2011/ POWDER- 3011/ BATHSALT- 4011
FLOORWASH- 5011/ PERFUME- 6011 )

ALL PURPOSE (PARA TODO): SAID TO AID ONE IN LUCK, LOVE, MONEY, AND HEALTH
( OIL- 1012/ INCENSE- 2012/ POWDER- 3012/ BATHSALT- 4012
FLOORWASH- 5012/ PERFUME- 6012 )

ALL SAINTS( TODO SANTOS): TO BRING SUCCESS AND GOOD FORTUNE TO YOUR LIFE.
( OIL- 1013/ INCENSE- 2013/ POWDER- 3013/ BATHSALT- 4013
FLOORWASH- 5013/ PERFUME- 6013 )

ALTER( ALTAR): USE TO CLEANSE THE ALTER FROM ALL IMPURITIES.
( OIL- 1016/ INCENSE- 2016/ POWDER- 3016/ BATHSALT- 4016
FLOORWASH- 5016/ PERFUME- 6016 )

ANGER (COLERA): USE TO QUIET AND SMOOTH SOMEONE WHEN THEIR TEMPER FLARES
( OIL- 1026/ INCENSE- 2026/ POWDER- 3026/ BATHSALT- 4026
FLOORWASH- 5026/ PERFUME- 6026 )

ANOINTING(UNTAR): USED TO MAGNETIZE CANDLE OR ANY ITEM YOU WANT TO CONSECRATE
( OIL- 1029/ INCENSE- 2029/ POWDER- 3029/ BATHSALT- 4029
FLOORWASH- 5029/ PERFUME- 6029 )

APHRODISIA: SAID TO AROUSE PASSION IN THE OPPOSITE SEX.
( OIL- 1030/ INCENSE- 2030/ POWDER- 3030/ BATHSALT- 4030
FLOORWASH- 5030/ PERFUME- 6030 )

AQUARIUS ( AQUARIO): USED BY PEOPLE BORN UNDER THE SIGN FOR GOOD LUCK
( OIL- 1033/ INCENSE- 2033/ POWDER- 3033/ BATHSALT- 4033
FLOORWASH- 5033/ PERFUME- 6033 )

# USES AND ORDER NO. FOR OILS, INCENSE, POWDER, BATHSALTS, FLOORWASH, PERFUMES

BOSS FIX( AREGLAR EL HEFE): THIS WILL CAUSE THE EMPLOYER TO LOOK
FAVORABLY UPON YOUR WORK, WHICH MAY LEAD TO A PROMOTION OR A RAISE.
( OIL- 1078/ INCENSE- 2078/ POWDER- 3078/ BATHSALT- 4078/ FLOORWASH- 5078
PERFUME- 6078 )

BOTTOM #20: TO CAUSE CONFUSION AND HAVOC TO YOUR ENEMIES.
( OIL- 1079/ INCENSE- 2079/ POWDER- 3079/ BATHSALT- 4079/ FLOORWASH- 5079
PERFUME- 6079)

BREAK UP BLACK( SEPARARSE): USED TO BREAK UP RELATIONSHIPS.
( OIL- 1080/ INCENSE- 2080/ POWDER- 3080/ BATHSALT- 4080/ FLOORWASH- 5080
PERFUME- 6080 )

BUCKEYE(CASTANO): USED FOR GOOD LUCK. ALSO WHEN ADDED TO THE BATH WATER
IT IS SAID TO HELP HEAL THE SICK.
( OIL- 1085/ INCENSE- 2085/ POWDER- 3085/ BATHSALT- 4085/ FLOORWASH- 5085
PERFUME- 6085 )

BUDDHA: MANY PEOPLE BELIEVE THAT WHEN YOU ANOINT A BUDDHA STATUE WITH
BUDDHA OIL, OR POWDER IT WILL GIVE YOU GOOD LUCK.
(OIL- 1086/ INCENSE- 2086/ POWDER- 3086/ BATHSALT- 4086/ FLOORWASH- 5086
PERFUME- 6086 )

CAPRICORN: USED FOR GOOD LUCK TO THOSE BORN UNDER THE SIGN OF CAPRICORN.
( OIL- 1093/ INCENSE- 2093/ POWDER- 3093/ BATHSALT- 4093/ FLOORWASH- 5093
PERFUME- 6093 )

CAST OFF EVIL( SOLTAR LO MALO): IF YOU SEEM TO BE HAVING A STREAK OF BAD
LUCK, USE THIS TO REMOVE YOUR JINXED CONDITION.
(OIL- 1095/ INCENSE- 2095/ POWDER- 3095/ BATHSALT- 4095/ FLOORWASH- 5095
PERFUME- 6095 )



CATS BLOOD(SANGRE DE GATO): USED TO BREAK UP SPELLS THAT HAVE BEEN PUT
ON YOU.
( OIL- 1096/ INCENSE- 2096/ POWDER- 3096/ BATHSALT- 4096/ FLOORWASH- 5096
PERFUME- 6096 )

CATS EYE(OJO DE GATO): USED TO PROTECT YOURSELF FROM ENVIOUS PEOPLE.
( OIL- 1097/ INCENSE- 2097/ POWDER- 3097/ BATHSALT- 4097/ FLOORWASH- 5097
PERFUME- 6097 )

CEREMONIAL: USED BEFORE PERFORMING ANY RITUAL OR CEREMONY TO INSURE SUCCESS.
( OIL- 1100/ INCENSE- 2100/ POWDER- 3100/ BATHSALT- 4100/ FLOORWASH- 5100
PERFUME- 6100 )

CHAMLEON(CAMALEON): USED FOR DOMINATING AND CONTROLLING YOUR LOVERS, ALSO
MANY PEOPLE USE THE CHAMLEON FOR GOOD LUCK IN GAMBLING.
( OIL- 1101/ INCENSE- 2101/ POWDER- 3101/ BATHSALT- 4101/ FLOORWASH- 5101
PERFUME- 6101 )

CHANGO MACHO: USED FOR A CHANGE OF LUCK, ALSO USED FOR PEOPLE WHO PLAY
GAMES OF CHANCE.
( OIL- 1102/ INCENSE- 2102/ POWDER- 3102/ BATHSALT- 4102/ FLOORWASH- 5102
PERFUME- 6102 )



CHINESE(CHINO): WHEN A HIGHER LEVEL OF KNOWLEDGE IS DESIRED, USE CHINESE
IN YOUR BATH WATER, ANOINTED ON THE TEMPLES, AND BURN WHILE MEDITATING.
( OIL- 1104/ INCENSE- 2104/ POWDER- 3104/ BATHSALT-4104/ FLOORWASH- 5104
PERFUME- 6104 )

# USES AND ORDER NO. FOR OILS,INCENSE,
# POWDER,BATHSALTS,FLOORWASH,PERFUMES



DRAGONS BLOOD( SANGRE DE DRAGON): A VERY POWERFUL UNCROSSING MIXTURE.
WILL REMOVE ANY TYPE OF JINX THAT HAS BEEN PLACED ON YOU.
( OIL- 1164/ INCENSE- 2164/ POWDER- 3164/ BATHSALT- 4164/ FLOORWASH- 5164
PERFUME- 6164 )

DRAW ACROSS: USED TO DRAW BACK LOVERS THAT HAVE LEFT THE CITY, THIS
WILL DRAW THEM BACK TO YOU.
( OIL-1165/ INCENSE- 2165/ POWDER- 3165/ BATHSALT- 4165/ FLOORWASH- 5165
PERFUME- 6165 )

DRAW BACK: A POWERFUL FORCE FOR DRAWING LUCK, IF YOUR LUCK HAS TURNED
TO BAD LUCK. USE THIS IT WILL DRAW BACK GOOD LUCK.
( OIL- 1166/ INCENSE- 2166/ POWDER- 3166/ BATHSALT- 4166/ FLOORWASH- 5166
PERFUME- 6166 )

DRAWING: BRINGS BACK A WANDERING LOVER OR MATE. ALSO USED FOR DRAWING
MONEY TOWARDS YOU.
( OIL- 1167/ INCENSE- 2167/ POWDER- 3167/ BATHSALT- 4167/ FLOORWASH- 5167
PERFUME- 6167 )

DREAM (SUENO): WHEN PLACED ON THE PILLOW BEFORE BEFORE RETIRING, THIS WILL
INSURE A QUIET AND PEACEFUL SLEEP. WARDS OFF NIGHTMARES.
( OIL- 1168/ INCENSE- 2168/ POWDER- 3168/ BATHSALT- 4168/ FLOORWASH- 5168
PERFUME- 6168 )

DRESSING(ADEREZO): AN ALL PURPOSE MIXTURE USED FOR DRESSING CANDLES, ALTARS,
TALISMANS, AMULETS.
( OIL- 1169/ INCENSE- 2169/ POWDER- 3169/ BATHSALT- 4169/ FLOORWASH- 5169
PERFUME- 6169 )

DUME: USED FOR GETTING EVEN WITH YOUR ENEMIES, WHEN USED WITH BLACK
CANDLES, THIS WILL CAUSE THEM TO HAVE VERY BAD LUCK.
( OIL- 1170/ INCENSE- 2170/ POWDER- 3170/ BATHSALT- 4170/ FLOORWASH- 5170
PERFUME- 6170 )

EASY LIFE ( VIDA FACIL): WHEN EVERYTHING SEEMS TO BEING WRONG  FOR YOU,
USE THIS TO SMOOTH THINGS OUT. LETS YOU ENJOY LIFE AT AN EASIER PACE.
( OIL- 1172/ INCENSE- 2172/ POWDER- 3172/ BATHSALT- 4172/ FLOORWASH- 5172
PERFUME- 6172 )

ELLEGUA: VERY GOOD FOR COURT CASES, TO DELAY THEM, OR FOR A LIGHTER SENTENCE.
( OIL- 1176/ INCENSE- 2176/ POWDER- 3176/ BATHSALT- 4176/ FLOORWASH- 5176
PERFUME - 6176 )

EVIL EYE ( MAL OJO): USE FOR PROTECTION FROM THE EVIL EYE, PROTECTS SMALL
CHILDREN FROM PICKING UP EVIL THINGS OR INFLUENCES.
( OIL- 1180/ INCENSE- 2180/ POWDER- 3180/ BATHSALT- 4180/ FLOORWASH- 5180
PERFUME- 6180 )

EXODUS: VERY GOOD FOR WHEN YOU WANT SOMEONE TO LOSE THEIR JOB, JUST SPRINKLE
IN THEIR WORK AREA.
( OIL- 1181/ INCENSE- 2181/ POWDER- 3181/ BATHSALT- 4181/ FLOORWASH- 5181
PERFUME- 6181 )

EXORCISM( EXORCISMO): THIS WILL REMOVE EVIL SPIRITS , THAT HAVE INVADED
YOUR BODY OR HOME.
( OIL- 1182/ INCENSE- 2182/ POWDER- 3182/ BATHSALT- 4182/ FLOORWASH- 5182
PERFUME- 6182 )



# USES AND ORDER NO. FOR OILS,INCENSE,
# POWDER,BATHSALTS,FLOORWASH,PERFUMES

KING SOLOMON( REY SALAMON): MOSTLY USED FOR DOMINATION. CAN ALSO BE USED
  TO DRAW LUCK AND MONEY YOUR WAY.
 ( OIL- 1322/ INCENSE- 2322/ POWDER- 3322/ BATHSALT- 4322/ FLOORWASH- 5322
  PERFUME- 6322 )



KING MIDAS: USE FOR DRAWING MONEY, RUB SOME ON YOUR WALLET EVERY MORNING.
 ( OIL- 1323/ INCENSE- 2323/ POWDER- 3323/ BATHSALT- 4323/ FLOORWASH- 5323
  PERFUME- 6323 )

KYPHI: PUT ON CASH REGISTER AND ON ALL CORNERS OF THE DOORS, TO INSURE
  SUCCESS AND GOOD FORTUNE THROUGHOUT THE DAY AT YOUR BUSINESS.
 ( OIL- 1325/ INCENSE- 2325/ POWDER- 3325/ BATHSALT- 4325/ FLOORWASH- 5325
  PERFUME- 6325 )

LADY LUCK ( DAMA DE SUERTE): RUB ON YOUR HANDS AND BOTTOM OF YOUR FEET ,
  WHEN GOING TO GO GAMBLE.
 ( OIL- 1326/ INCENSE- 2326/ POWDER- 3326/ BATHSALT- 4326/ FLOORWASH- 5326
  PERFUME- 6326)

LA SANTISIMA MUERTE: USE WITH CANDLE BY SAME NAME, TO BRING BACK A LOVER.
 ( OIL- 1329/ INCENSE- 2329/ POWDER- 3329/ BATHSALT- 4329/ FLOORWASH- 5329
  PERFUME- 6329 )



LAW STAY AWAY ( CONTRA LA LEY): WHEN THE POLICE ALWAYS SEEM TO FOLLOW YOU,
  ADD THIS TO YOUR BATH WATER WHILE SAYING PSALM 23. ALSO MOP THE HOUSE
  TO KEEP THE LAW AWAY FROM YOUR HOME.
 ( OIL- 1331/ INCENSE- 2331/ POWDER- 3331/ BATHSALT- 4331/ FLOORWASH- 5331
  PERFUME- 6331 )

LEO ( LEON): GOOD LUCK TO THOSE BORN UNDER THE SIGN OF LEO.
 ( OIL- 1334/ INCENSE- 2334/ POWDER- 3334/ BATHSALT-4334/ FLOORWASH- 5334
  PERFUME- 6334 )

LIBRA: GOOD LUCK TO THOSE BORN UNDER THE SIGN OF LIBRA
 ( OIL- 1335/ INCENSE- 2335/ POWDER- 3335/ BATHSALT- 4335/ FLOORWASH- 5335
  PERFUME- 6335 )

LOVE ( PARA AMOR): USE TO DRAW LOVE, USE WITH ADAM AND EVE CANDLE.
  ANOINT SEAL OF LOVE ( S402) WITH LOVE OIL AND PLACE BENEATH CANDLE.
 ( OIL- 1342/ INCENSE- 2342/ POWDER- 3342/ BATHSALT- 4342/ FLOORWASH- 5342
  PERFUME- 6342 )

LOVE BREAKER ( QUEBRA AMOR): THIS IS USED TO SEPERATE AND DESTROY RELATIONSHIPS.
 ( OIL- 1344/ INCENSE- 2344/ POWDER- 3344/ BATHSALT- 4344/ FLOORWASH- 5344
  PERFUME- 6344 )

LOVE DRAWING ( ATRAYENTE DE AMOR): USE TO DRAW LOVE AND AFFECTION YOUR WAY
 ( OIL- 1345/ INCENSE- 2345/ POWDER- 3345/ BATHSALT- 4345/ FLOORWASH- 5345
  PERFUME- 6345 )

LOVE DROPS ( GOTAS DE AMOR): USE THIS TO ADD SOME SPICE TO YOUR MARRIAGE, OR
  RELATIONSHIP.
 ( OIL- 1346/ INCENSE- 2346/ POWDER- 3346/ BATHSALT- 4346/ FLOORWASH- 5346
  PERFUME- 6346 )



LOVE ME ( QUIEREME ) : WEAR ON YOUR BOSOM AND ON YOUR EAR LOBES, SO THAT
  YOUR PARTNER WILL ONLY LOVE YOU. HIS THOUGHTS WILL ALWAYS REMAIN ON YOU.
 ( OIL- 1348/ INCENSE- 2348/ POWDER- 3348/ BATHSALT- 4348/ FLOORWASH- 5348
  PERFUME- 6348 )

# PERFUMES

ORDER NUMBER

# $3.00 EACH

ELP- 15   TAPA BOCA(STOP GOSSIP): DESIGNED TO STOP GOSSIP, OR TO KEEP
          PEOPLE FROM TALKING ABOUT YOU. WEAR THIS PERFUME WITH CONFIDENCE.

ELP- 16   ATTRACTION COME TO ME PERFUME: ATTRACT OR BRING MONEY, GOOD LUCK,
          LOVE DRAWING, AND BUSINESS

ELP- 19   ELEGGUA PERFUME: ONE OF THE SAINTS FROM SANTERIA. VERY GOOD FOR
          COURT CASES. VERY GOOD TO OPEN YOUR ROAD TO A BETTER LIFE.

ELP- 20   HIGH JOHN CONQUISTADOR PERFUME: GOOD FOR LUCK, MONEY, ALL PURPOSE,
          CONQUERING ALL OBSTACLES IN YOUR WAY.

ELP- 21   EL JOROBADO(HUNCHBACK) PERFUME: VERY FAMOUS FOR ITS GAMBLING
          POWER. VERY GOOD FOR PEOPLE WHO GO TO BINGO.

ELP- 22   MONEY DRAWING PERFUME: WEAR TO ATTRACT MONEY, ALSO RUB ON YOUR
          MONEY TO HELP HOLD ON TO IT.

ELP- 23   ONE DROP OF LUCK(UNA GOTA DE SUERTE) PERFUME: WEAR FOR GOOD LUCK,
          LOVE, BINGO, GETTING A JOB.

ELP- 24   BINGO LUCK PERFUME: GREAT FOR BINGO, OR ANY TYPE OF GAMBLING.
          MAKE SURE TO RUB SOME  ON THE  BINGO CARDS.

ELP- 25   LUCKY RABBITS FOOT PERFUME: USE FOR GOOD LUCK

ELP- 26   SEVEN AFRICAN POWERS PERFUME: ALL PURPOSE, FOR LOVE, MONEY, PROTECTION,
          HEALTH, GOOD LUCK.

ELP- 27   BINGO LUCK OIL: USE IN ANY TYPE OF BINGO CANDLE, OR IN YOUR BATH
          WATER, RUB ON THE BINGO CARDS FOR SUCCESS IN BINGO

ELP- 28   CHUPAROSA(HUMMINGBIRD) PERFUME: IS A SIGN OF GOOD LUCK AND GOOD
          HEALTH. VERY POTENT FOR ATTRACTING LOVE.

ELP- 29   7 DROPS OF GOOD LUCK PERFUME: VERY POPULAR FOR BUSINESS AND
          GAMBLING .

ELP- 30   7 DROPS OF LOVE PERFUME: ALSO KNOWN AS TRUE LOVERS PERFUME, IT IS
          USED TO HOLD MARRIAGES TOGETHER.

ELP- 31   BETTER BUSINESS: BRINGS MONEY TO THE BUSINESS OR FOR PEOPLE WHO
          SELL. SPRINKLE ALL AROUND THE BUSINESS, OR WEAR THIS PERFUME.

ELP- 32   JINX REMOVING PERFUME: REMOVES CURSES, HEXES, JINXS, KEEPS THEM
          ALL AWAY FROM YOU. SO NO HARM  WILL COME TO YOU.

ELP- 33   DOMINATION, I HAVE YOU TIED AND NAILED PERFUME: USE TO COMMAND
          AND DOMINATE SOMEONE OR A SITUATION. KEEPS THE HUSBANDS IN LINE.

ELP- 34   LOVE & KISS, MAD PASSION PERFUME: MAKE THAT LOVE COME ON HOT, MAKES
          YOUR LOVER MORE PASSIONATE, WEAR IT AND BE READY.

ELP- 35   LUCKY BUDDHA PERFUME: USE FOR MONEY, OR GAMBLING, ALSO TO ANOINT
          BUDDHA STATUES FOR ADDED POWER AND GOOD LUCK.

ELP- 36   SPECIAL WITCH'S PERFUME: ALL HEALERS, READERS, WORKERS, SHOULD
          WEAR THIS FOR PROTECTION. WEAR DURING ALL CEREMONIES



PERFUMES ARE 1 FLUID OUNCE BOTTLES.
PERFUMES BY THE PINT $10.00 PERFUMES BY THE QUART  $18.00



# more other items

**SANTERIA**

P1088 ELLEGUA HEADS.........15.00
P1089 RAILROAD SPIKES........3.00

P1091 TOOLS W/OSUN..........30.00

**MISC**

P1092 BLACK PINS(18) FOR.....1.00
P1093 COFFIN NAIL(to cause an enemy
       to move)..............2.00

P1095 AMBERGRIS CRYSTAL(for love)
       .....................3.00
P1096 QUICK SILVER(use to put in
       nutmegs for gambling luck)
       .....................2.00

P1098 CAMPHOR(ALCANFOR).....1.00
P1099 EYE DROPPERS..........1.00
P1100 PUMICE STONE(PIEDRA POMA)
       .....................1.00
P1101 MUSK(ALMIZCLE).......2.00
P1102 MASTER WHEEL OF OCCULT
       SECRETS..............3.00
P1103 RABBITS FOOT.........2.00
P1104 LIONS CLAW SMALL......8.00
P1105 MAGNETIC HORSESHOE.....1.00
P1106 LARGE FIXED HORSESHOE.....5.00
P1107 CANDLE TOPS...........1.00

P1111 HOLY WATER CONTAINER.....1.00
P1112 RIBBON..............60¢ A YD
       yellow, blue, pink, white,
       red, black, brown
P1113 BLUE BALLS(use to purify and
       cleanse away evil spirits
       and to bring good luck)..50¢ea

P1115 BLACK CAT BONE(add to mojo
       bags for good luck).....3.00
P1116 SWALLOW HEART(Place in love
       charm bags)...........3.00
P1117 BAT EYE(use for protection
       from jinx)...........3.00
P1118 BAT HEART(Carry in a green
       flannel bag for bingo luck)
       .....................3.00
P1119 DOVE EYE(Add to all your
       mojo bags for more power)3.00

P1120
   BLACK SALT(SAL NEGRA)..........3.00

**STATUES**

   Most of the statues are made out
of porcelian

P1121 KATERIA TEKAKWITHA........ $13.99
P1122 NINO ATOCHA..............18.00
P1123 SAN LAZARO..............  13.99

P1125 SAN RAMON..............15.00
P1126 SAINT ANTHONY...........11.00
P1127 SAINT BARBARA..........11.99
P1128 SAINT EXPEDITO..........13.00
P1129 SAINT FRANCIS..........11.00
P1130 SAINT JUDE............  14.99

P1132 SAINT MARTHA ..........13.99
P1133 SAN MARTIN PORRES.......13.99
P1134 SACRED HEART OF JESUS....13.99
P1135 SAINT THERESA..........  13.99

P1137 VIRGEN MERCY........... $19.97
P1138 VIRGEN COBRE  6"........9.99
P1139 VIRGEN COBRE 9"........  18.00

**CAR STATUES  4"**

   Use in the car to protect the car
from accidents, or harm

P1141 SAINT JUDE.............3.00
P1142 SAN MARTIN PORRES.......3.00
P1143 VIRGEN MERCY...........3.00
P1144 SAINT RITA.............3.00
P1145 SAINT THERESA..........3.00
P1146 SACRED HEART OF JESUS...3.00
P1147 VIRGEN REGLA...........3.00
P1148 SAINT MICHAEL..........3.00
P1149 NINO ATOCHA............3.00
P1150 INFANT PRAGUE..........3.00
P1151 SAINT MARTHA..........3.00
P1152 SAN LAZARO.............3.00
P1153 SAINT JOSEPH..........3.00
P1154 SAINT FRANCIS.........3.00
P1155 ECCE HOMO.............3.00
P1156 MILAGROSA(MIRACULOUS MOTHER
P1157 HOLY FAMILY..........3.00
P1158 VIRGEN GUADALUPE.......3.00
P1159 SAINT CLARA...........3.00
P1160 SAINT CHRISTOPHER......3.00
P1161 CARIDAD COBRE........3.00
P1162 SAINT ANTHONY.........3.00
P1163 SAINT BARBARA.........3.00

Exhibit 5

**Carlos Navarette, San Pascualito Rey y el Culto a la Muerte en Chipapas (1982)**

**Book Cover**



**Title Page**



**Copyright Page**



Primera edición: 1982

DR © 1982, Universidad Nacional Autónoma de México
Ciudad Universitaria 04510 México, D. F.
DIRECCIÓN GENERAL DE PUBLICACIONES
Impreso y hecho en México

ISBN 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-X

733356

**Illustration 81 (no page number)**



Lámina 81. Estampa de la Santísima Muerte.
Mercados de Chiapas y Guatemala.

**Illustrations 82 & 83 (no page number)**



## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on April 30, 2019, I caused the foregoing document to be served by the Court's Electronic Filing System:

Edward W. Lukas, Jr., Esq.
HARRINGTON, FOXX, DUBROW & CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071-1429
Telephone: (213) 489-3222
Fax: (213) 623-7929
elukas@hfdclaw.com

Linda D. Mettes, Esq.
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351
lmettes@brookskushman.com

☒ **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 30, 2019, at Los Angeles, California.

/s/Stephanie Diaz-Sandoval
Stephanie Diaz-Sandoval