Mark D. Nielsen, Esq., No. 210,023
   *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
   *dan@cislo.com*
Rebecca Makitalo, Esq., No. 330,258
   *rmakitalo@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendant,
C S P YEMAYA INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIO PRODUCTS, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>C S P YEMAYA INTERNATIONAL, INC., a California Corporation,<br><br>    Defendant. | CASE NO. 2:19-cv-01018 VAP (AGRx)<br><br>[Hon. Virginia A. Phillips]<br><br>**[PROPOSED] ORDER GRANTING CISLO & THOMAS, LLP'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT** |

# [PROPOSED] ORDER

WHERFORE, the Court having considered Cislo & Thomas LLP's Unopposed Motion for Leave to Withdraw as Counsel of Record for Defendant and the papers submitted therewith, and finding good cause shown,

**IT IS HEREBY ORDERED** that:

Cislo & Thomas LLP's motion for leave to withdraw as counsel of record for Defendant C S P Yemaya International, Inc. is **GRANTED**.

**IT IS SO ORDERED**.

Dated: _____, 2020

_____
Hon. Virginia A. Phillips
United States District Judge

Presented by:
**CISLO & THOMAS LLP**

/s/Mark D. Nielsen
Mark D. Nielsen
Daniel M. Cislo
Rebecca Makitalo
Attorneys for Defendant,
C S P YEMAYA INTERNATIONAL, INC.

Dated: July 31, 2020

\\Srv-db\tmdocs\19-38393\[Proposed] Order Granting Cislo & Thomas, LLP's Unopposed Motion for Leave to Withdraw as Counsel for Defendant.docx

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on July 31, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Edward W. Lukas, Jr., Esq.
HARRINGTON, FOXX, DUBROW & CANTER, LLP
333 South Hope Street, Suite 1000
Los Angeles, California 90071-1429
Telephone: (213) 489-3222
Fax: (213) 623-7929
elukas@hfdclaw.com

Linda D. Mettes, Esq.
BROOKS KUSHMAN P.C.
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351
lmettes@brookskushman.com

Anita C. Marinelli, Esq.
MILLER, CANFIELD, PADDOCK and STONE, PLC
150 W. Jefferson Ave., Suite 2500
Detroit, Michigan 48226
Tel: (313) 496-7971
Fax: (313) 496-7500
Marinelli@millercanfield.com

☒ **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 31, 2020, at Los Angeles, California.

/s/Laura Banuelos
Laura Banuelos

2