1  Mark D. Nielsen, Esq., No. 210,023
       *mnielsen@cislo.com*
2  Daniel M. Cislo, Esq., No. 125,378
       *dan@cislo.com*
3  Rebecca Makitalo, Esq., No. 330, 258
       *rmakitalo@cislo.com*
4  CISLO & THOMAS LLP
   12100 Wilshire Boulevard, Suite 1700
5  Los Angeles, California 90025
   Telephone: (310) 451-0647
6  Fax: (310) 394-4477

7  Attorneys for Defendant,
   C S P YEMAYA INTERNATIONAL, INC.
8

9
                 UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11

12
   INDIO PRODUCTS, INC., a          )  CASE NO. 2:19-cv-01018 VAP (AGRx)
13 California Corporation,          )
                                    )  [Hon. Virginia A. Phillips]
14          Plaintiff,              )
                                    )  **SUPPLEMENTAL DECLARATION
15                                  )  OF MARK D. NIELSEN IN
                                    )  SUPPORT OF UNOPPOSED
16          vs.                     )  MOTION BY CISLO & THOMAS
                                    )  LLP FOR LEAVE TO WITHDRAW
17 C S P YEMAYA INTERNATIONAL, )  AS COUNSEL OF RECORD FOR
   INC., a California Corporation,  )  DEFENDANT**
18                                  )
            Defendant.              )  Date: August 31, 2020
19                                  )  Time: 2:00 p.m.
                                    )  Place: 350 W. 1st Street, Courtroom 8A
20                                  )
                                    )
21 _____ )

22

23

24

25

26

27

28

## **SUPPLEMENTAL DECLARATION OF MARK D. NIELSEN**

I, Mark D. Nielsen, declare:

1.     I am an attorney admitted to practice in the State of California and before this Court.  I am a partner in the law firm of Cislo & Thomas LLP representing Defendant CSP Yemaya International, Inc. I make this declaration of my own personal knowledge or on information and belief where so stated.  If called as a witness, I could and would competently testify to the truth of the matters asserted herein.

2.     On August 3, 2020, Cislo & Thomas LLP received a letter from CSP Yemaya International, Inc.'s owner, Aldemar Rodriguez.  Based on such correspondence, it is our understanding that our representation of CSP Yemaya International, Inc. has been terminated.

3.     In addition, it is my understanding that on or about August 3, 2020, CSP Yemaya International, Inc. directly contacted counsel for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2020 in Westlake Village, California.


/s/ Mark D. Nielsen
Mark D. Nielsen

\\Srv-db\tmdocs\19-38393\Nielsen Supplemental Declaration in Support of Motion for Leave to Withdraw.docx

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BLVD,
LOS ANGELES, CALIFORNIA 90025-7117
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477

2

**CISLO & THOMAS LLP**
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BLVD,
LOS ANGELES, CALIFORNIA 90025-7117
TELEPHONE: (310) 979-9190   FACSIMILE: (310) 394-4477

1

## CERTIFICATE OF SERVICE

2

    I HEREBY CERTIFY that on August 5, 2020, a true and correct copy of

3 **SUPPLEMENTAL DECLARATION OF MARK D. NIELSEN IN SUPPORT OF**

4 **UNOPPOSED MOTION BY CISLO & THOMAS LLP FOR LEAVE TO WITHDRAW AS**

**COUNSEL OF RECORD FOR DEFENDANT** was served via electronic mail on counsel for the

5 Plaintiff:

6                                    Edward W. Lukas, Jr., Esq.

7                        HARRINGTON, FOXX, DUBROW & CANTER, LLP
                                333 South Hope Street, Suite 1000

8                                 Los Angeles, California 90071-1429
                                     Telephone: (213) 489-3222

9                                        Fax: (213) 623-7929
                                        elukas@hfdclaw.com

10

11                                       Linda D. Mettes, Esq.
                                        BROOKS KUSHMAN P.C.

12                                  1000 Town Center, 22nd Floor
                                     Southfield, Michigan 48075

13                                       Tel: (248) 358-4400
                                         Fax: (248) 358-3351

14                                 lmettes@brookskushman.com

15                                     Anita C. Marinelli, Esq.

16                        MILLER, CANFIELD, PADDOCK and STONE, PLC
                                150 W. Jefferson Ave., Suite 2500

17                                     Detroit, Michigan 48226
                                         Tel: (313) 496-7971

18                                       Fax: (313) 496-7500
                                  Marinelli@millercanfield.com

19

20   ☒   **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of
         America that the foregoing is true and that I am (or am employed in the office of) a member
21       of the Bar of this Court (at whose direction the service was made).

22
         Executed on August 5, 2020, at Westlake Village, California.
23

24                                                     /s/Laura Banuelos
                                                       Laura Banuelos
25

26

27

28

                                              3